| | | | |
|---|---|---|---|
| **A-101** | ACE Hardware | **B-106A** | Maui Bubble Tea |
| **B-106B** | Blue Hawaii Spa & Reflexology | **A-201/A-202** | Maui Powerhouse Gym |
| **D-101** | Central Pacific Bank | **E-108** | Minit Medical Urgent Care |
| **B-109** | Compass | **B-110** | Moku Roots |
| **B-108** | County of Maui DMVL | **B-114A-B117** | O'Reilly Auto Parts |
| **C-101** | Da Shrimp Hale | **A-104** | Pieology Pizzeria |
| **C-104** | Foodland Farms | **E-104** | Rainbow Dialysis Lahaina |
| **E-106** | Galan Sports Chiropractic | **B-104** | Ross Dress for Less |
| **E-112** | Island Cream Co. | **B-114** | Spectrum |
| **F-101C/F-101D** | Kihei Caffe Lahaina | **E-111** | Supercuts |
| **B-112** | Khloella's Garden | **B-119** | Teddy's Bigger Burgers |
| **B-113** | Local Motion | **E-101** | The Vitamin Shoppe |
| **B-107** | Mahina Maui | **F-101A/F-101B** | T-Mobile |
| **B-105A** | Management Office | **E-107** | Verizon |



2nd Level

**HONOAPIILANI HWY**

EXHIBIT 5