Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

|  |  |
|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. _____ ) ) |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII. MAUI COUNTY, | ) ) ) ) ) ) |
| Defendants | ) ) |

EXHIBIT 8

## <u>DECLARATION OF ANDREW NAMIKI ROBERTS ON BEHALF OF HAWAII FIREARMS COALITION</u>

**COMES NOW**, Andrew Namiki Roberts, and states as follows:

1. I am a natural person, an adult male, legal permanent resident of the United States of America, resident of the State of Hawaii, Honolulu county and I reside in Honolulu and am competent to provide this declaration. If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2. All statements made about me, and the Hawaii Firearms Coalition (HIFICO) in the complaint in this action are true and accurate;

3. I am a member of the Hawaii firearms Coalition (HIFICO);

4. I am a law abiding citizen;

5. I am the Director of HIFICO;

6. Hawaii Firearm Coalition has 416 members.

7. Hawaii Firearms Coalition has members in Maui and the other counties that have concealed carry permits.

8.  Hawaii Firearm Coalition has members in Maui and elsewhere in

Hawaii who would carry in areas prohibited by the laws at issue in

this litigation but for the laws challenge in this lawsuit.

**FURTHER, DECLARANT SAYETH NAUGHT.**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2022.

Andrew Namiki Roberts