Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII.<br>MAUI COUNTY,<br><br>Defendants | Civil Action No. _____<br><br>Notice of Appearance |

Notice of Appearance

Attorney Alan Beck files his appearance on behalf of Plaintiffs.

Dated:  June 23, 2023.

                        Respectfully submitted,

                        /s/ Alan Beck
                        Counsel for Plaintiffs

                        Alan Alexander Beck
                        Law Office of Alan Beck
                        2692 Harcourt Drive
                        San Diego, CA  92123
                        (619) 905-9105
                        HI Bar No. 9145
                        Alan.alexander.beck@gmail.com