Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1136 Union Mall, Suite 808
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII. MAUI COUNTY,<br><br>Defendants. | Civil Action No. _____<br><br><br><br><br><br>MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

**Motion for Temporary Restraining Order and Preliminary Injunction**

Comes now the Plaintiffs Jason Wolford, Alison Wolford and Atom Kasprzycki pursuant to Rule 65 of the F.R.C.P. and moves this Court for a temporary restraining order and a preliminary injunction enjoining;

1. H.R.S. §134-A (9) which prohibits carry in parks and beaches and their parking lots.

2. H.R.S. §134-A (4) to the extent it bans the carry of handguns in restaurants and their parking lots.

3. H.R.S. §134-A (12) prohibition on the carrying of handguns in banks, financial institutions and their parking lots.

4. H.R.S. §134-E which prohibits "[c]arrying or possessing a firearm on private property of another person without authorization" in its entirety.

5. H.R.S. §134-A (1) to the extent that duplicates the ban on carry challenged elsewhere in this lawsuit (e.g. the parking lot of parks, beaches and banks that have government buildings).

Dated: June 23, 2023.

        Respectfully submitted,

           *Counsel for Plaintiff*

           /s/*Kevin Gerard O'Grady*
           Kevin O'Grady

           */s/ Alan Beck*
           Alan Alexander Beck