Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. _____ |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII. MAUI COUNTY, ) ) ) ) ) ) | |
| Defendants ) | |

## DECLARATION OF ALAN BECK

**COMES NOW**, Alan Beck, and states as follows:

1. I am a natural person, an adult male, United States of America citizen, resident of the State of California and am competent to provide this declaration. I make this declaration based on personal knowledge, except where otherwise stated.

2. I am one of the attorneys representing the Plaintiffs in this matter.

3. On June 22, 2023, I emailed the following attorneys at the Hawaii Attorney General's office. Caron M. Inagaki, Esq, Robert Tadao Nakatsuji, Esq. and Nicholas Mclean Esq. I informed them that myself and my co-counsel Kevin O'Grady would be filing a temporary restraining order against certain provisions of SB 1230 later that day. A true and correct copy of that email is attached to this declaration.

4. On June 21, 2023, I called the Maui Department of the Corporation Counsel's main telephone line and spoke to their receptionist. I asked her to put me through to their litigation counsel. She was unable to do so because I did not have an open case with their office. I asked her to provide me with their litigation counsel's email. She said the only email she was able to provide me was their general email address. I found the names of Sonya Toma, Esq. and Victoria J. Takayesu, Esq. on the Maui Department of the

    Corporation Counsel website as the contacts for that department. I found their email addresses on the Hawaii State Bar Website.

5. I have previously litigated cases against the State of Hawaii and Attorney General Lopez. And based upon that experience, I know the attorneys I emailed as described below are among the attorneys at the Hawaii Attorney General's Office that handle cases like the one at issue in this litigation.

6. On June 22, 2023, I emailed the following attorneys at the Maui Department of the Corporation Counsel, Sonya Toma and Victoria J. Takayesu as part of the same email as I used to contact the Attorney General's office. I also emailed the Maui Department of the Corporation Counsel general email address. I informed them that I would be filing a temporary restraining order later that day against SB 1230's sensitive places restrictions and I was giving them notice pursuant to Rule 65 of the F.R.C.P. A true and accurate copy of that email is attached to this declaration.

7. I also informed counsel for both Defendants that Kevin and I were in the process of finalizing the temporary restraining order and other associated documents.

8. I requested that both parties provide me with the email address of the correct person to send the documents to at their respective offices.

9. Later that day at 10:12 a.m. H.S.T., I called the Hawaii Attorney General's Office, Appellate Division and spoke to Mr. Nicholas Mclean, Esq. He confirmed receipt of the aforementioned email and we discussed the temporary restraining order that is about to be filed. He requested that I send a copy of the temporary restraining order once it was finalized.

10. At 11:44 a.m. H.S.T. on June 22, 2023, Counsel for Attorney General Lopez, Nickolas Mclean, Esq., emailed me confirming receipt of my original email and told me to email him once the temporary restraining order and other documents were finalized. A true and correct copy of that email is attached to this declaration.

11. On June 22, 2023, Counsel for the Department of the Corporation Counsel for the County of Maui, Thomas Kolbe, Esq., emailed me and confirmed receipt of the email I sent to Victoria J. Takayesu and Sonya Toma. He requested that I copy him and Victoria J. Takayesu on future email communications and to email a copy of the filed temporary restraining order and other documents. A true and correct copy of that email is attached to this declaration.

12. On June 23, 2023 I emailed Nicholas Mclean, Victoria Takayesu and Thomas Kolbe the finalized complaint, temporary restraining order and other associated documents. A true and correct copy of that email is attached to this declaration.

**FURTHER, DECLARANT SAYETH NAUGHT**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2023.


s/Alan Beck

Alan Beck