| | |
|---|---|
| **From:** | Alan Beck |
| **To:** | Paralegal 1; Kevin O"Grady |
| **Subject:** | Fwd: [EXTERNAL] Notice of TRO Pursuant to Rule 65 of FRCP |
| **Date:** | Thursday, June 22, 2023 11:12:13 PM |

---------- Forwarded message ---------
From: **Thomas Kolbe** <Thomas.Kolbe@co.maui.hi.us>
Date: Thu, Jun 22, 2023 at 6:51 PM
Subject: RE: [EXTERNAL] Notice of TRO Pursuant to Rule 65 of FRCP
To: Victoria Takayesu-hamilton <Victoria.Takayesu-hamilton@co.maui.hi.us>, <alan.alexander.beck@gmail.com>
Cc: corpcoun <corpcoun@co.maui.hi.us>


HI Alan, for now, please respond to both Victoria (Tori) and me.  I did not see any attachments to your email and understood that it was just a notice that the TRO filing would be forthcoming.  If we are missing something, please resend.  thanks


**From:** Alan Beck <alan.alexander.beck@gmail.com>
**Sent:** Thursday, June 22, 2023 3:41 PM
**To:** Victoria Takayesu-hamilton <Victoria.Takayesu-hamilton@co.maui.hi.us>
**Cc:** Thomas Kolbe <Thomas.Kolbe@co.maui.hi.us>; corpcoun corpcoun <corpcoun@co.maui.hi.us>; Caron.M.Inagaki@hawaii.gov; nicholas.mclean@hawaii.gov; Robert.T.Nakatsuji@hawaii.gov; kevin@kevinogradylaw.com
**Subject:** Re: [EXTERNAL] Notice of TRO Pursuant to Rule 65 of FRCP


Dear Victoria.


Since you responded, unless corrected, I will assume you are the correct person to send the TRO to.  Thank you for your response. However, I did notice that the email was blank.  Did something get omitted?


-Alan


On Thu, Jun 22, 2023 at 6:35 PM Victoria Takayesu-hamilton <Victoria.Takayesu-hamilton@co.maui.hi.us> wrote:

Victoria J. Takayesu

Corporation Counsel

Department of the Corporation Counsel

200 S. High Street

Wailuku, HI 96793

Ph. (808) 270-7740

Fax: (808) 270-7152

email: victoria.takayesu-hamilton@co.maui.hi.us

This message is covered by the Electronic Communications Privacy Act, Title 18, United States Code, 2510-2521. This e-mail and any attached files are deemed privileged and confidential, and are intended solely for the use of the individual(s) or entity to whom this e-mail is addressed. If you are not one of the named recipient(s) or believe that you have received this message in error, please delete this e-mail and any attached files from all locations in your computer, server, network, etc. and notify the sender IMMEDIATELY at (808) 270-7582. Any other re-creation, dissemination, forwarding or copying of this e-mail and any attached files is strictly prohibited and may be unlawful. Receipt to anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

E-mail is an informal method of communication and is subject to possible data corruption, either accidentally or intentionally. Therefore, it is normally inappropriate to rely on legal advice contained in an e-mail without obtaining further confirmation of said advice.

**From:** McLean, Nicholas <nicholas.mclean@hawaii.gov>
**Sent:** Thursday, June 22, 2023 11:45 AM
**To:** Sonya Toma <Sonya.H.Toma@co.maui.hi.us>; Victoria Takayesu-hamilton <Victoria.Takayesu-hamilton@co.maui.hi.us>; CORPCOUN@mauicounty.gov corpcoun <corpcoun@co.maui.hi.us>; Alan Beck <alan.alexander.beck@gmail.com>; Caron M Inagaki <Caron.M.Inagaki@hawaii.gov>; Robert T Nakatsuji <Robert.T.Nakatsuji@hawaii.gov>; Kevin O'Grady <kevin@kevinogradylaw.com>
**Subject:** RE: [EXTERNAL] Notice of TRO Pursuant to Rule 65 of FRCP

Hi Alan,

Thank you for letting us know. We acknowledge receipt of your email. As we discussed, please send a courtesy copy of any filings to me by email.

Please don't hesitate to reach out if you have any questions.

Best regards,

Nick

**Nicholas M. McLean**

First Deputy Solicitor General

Department of the Attorney General | Ka ʻOihana O Ka Loio Kuhina

State of Hawaiʻi

Phone: 808.586.1360

Email:  nicholas.mclean@hawaii.gov

Confidentiality Notice: This email message (and any attachments) is for the sole use of the intended recipient(s). It may contain confidential and/or privileged information. It might also be protected from disclosure under the Hawaiʻi Uniform Information Practices Act (UIPA) or other laws or regulations. Any review, use, disclosure, or distribution by unintended recipients is prohibited. If you are not the intended recipient, please contact the sender immediately in a separate e-mail and destroy the original message and any copies.

**From:** Alan Beck <alan.alexander.beck@gmail.com>
**Sent:** Thursday, June 22, 2023 4:18 AM
**To:** Inagaki, Caron M <Caron.M.Inagaki@hawaii.gov>; Nakatsuji, Robert T <Robert.T.Nakatsuji@hawaii.gov>; McLean, Nicholas <nicholas.mclean@hawaii.gov>; Sonya.h.toma@co.maui.hi.us; Victoria.Takayesu-hamilton@co.maui.hi.us; CORPCOUN@mauicounty.gov; Kevin O'Grady <kevin@kevinogradylaw.com>

**Subject:** [EXTERNAL] Notice of TRO Pursuant to Rule 65 of FRCP

Dear Counsel for Attorney General Lopez and the County of Maui;

Rule 65 of the Federal Rules of Civil Procedure requires that I give my opposing counsel notice prior to filing a temporary restraining order. Myself and Attorney Kevn O'Grady represent several residents of Maui who will be impacted by SB 1230's implementation on July 1st, 2023. Kevin and I plan on filing a restraining order against certain parts of SB 1230's sensitive places law later today. We are in the process of finalizing the motion and various associated documents. Once they are finalized, who should I send them to for Attorney General Lopez? And who should I send them to for the County of Maui?

Respectfully,

-Alan