

Alan Beck <alan.alexander.beck@gmail.com>

## Notice of TRO Pursuant to Rule 65 of FRCP
1 message

**Alan Beck** <alan.alexander.beck@gmail.com>　　　　　　　　　　　　　　　　　　　　Thu, Jun 22, 2023 at 7:18 AM
To: "Inagaki, Caron M" <Caron.M.Inagaki@hawaii.gov>, "Nakatsuji, Robert T" <Robert.t.nakatsuji@hawaii.gov>, "McLean, Nicholas" <Nicholas.mclean@hawaii.gov>, Sonya.h.toma@co.maui.hi.us, Victoria.Takayesu-hamilton@co.maui.hi.us, CORPCOUN@mauicounty.gov, Kevin O'Grady <kevin@kevinogradylaw.com>

Dear Counsel for Attorney General Lopez and the County of Maui;

Rule 65 of the Federal Rules of Civil Procedure requires that I give my opposing counsel notice prior to filing a temporary restraining order. Myself and Attorney Kevn O'Grady represent several residents of Maui who will be impacted by SB 1230's implementation on July 1st, 2023. Kevin and I plan on filing a restraining order against certain parts of SB 1230's sensitive places law later today. We are in the process of finalizing the motion and various associated documents. Once they are finalized, who should I send them to for Attorney General Lopez? And who should I send them to for the County of Maui?

Respectfully,

-Alan