

Alan Beck <alan.alexander.beck@gmail.com>

## Notice of TRO Pursuant to Rule 65 of FRCP

**Thomas Kolbe** <Thomas.Kolbe@co.maui.hi.us>                                 Thu, Jun 22, 2023 at 6:41 PM
To: corpcoun <corpcoun@co.maui.hi.us>, Sonya Toma <Sonya.H.Toma@co.maui.hi.us>, Victoria Takayesu-hamilton <Victoria.Takayesu-hamilton@co.maui.hi.us>, alan.alexander.beck@gmail.com, Caron.M.Inagaki@hawaii.gov, nicholas.mclean@hawaii.gov, Robert.T.Nakatsuji@hawaii.gov, kevin@kevinogradylaw.com
Cc: Candace Stahl <Candace.Stahl@co.maui.hi.us>, Michele White <Michele.White@co.maui.hi.us>, Tabitha Martins <Tabitha.Martins@co.maui.hi.us>

Alan, the County also acknowledges your email and likewise would appreciate courtesy copies of any filings via email. Thank you, tom.

**From:** McLean, Nicholas <nicholas.mclean@hawaii.gov>
**Sent:** Thursday, June 22, 2023 11:44 AM
**To:** CORPCOUN@mauicounty.gov corpcoun <corpcoun@co.maui.hi.us>; Kevin O'Grady <kevin@kevinogradylaw.com>; Victoria Takayesu-hamilton <Victoria.Takayesu-hamilton@co.maui.hi.us>; Sonya Toma <Sonya.H.Toma@co.maui.hi.us>; Robert T Nakatsuji <Robert.T.Nakatsuji@hawaii.gov>; Caron M Inagaki <Caron.M.Inagaki@hawaii.gov>; Alan Beck <alan.alexander.beck@gmail.com>
**Subject:** RE: [EXTERNAL] Notice of TRO Pursuant to Rule 65 of FRCP

Hi Alan,

Thank you for letting us know. We acknowledge receipt of your email. As we discussed, please send a courtesy copy of any filings to me by email.

Please don't hesitate to reach out if you have any questions.

Best regards,

Nick

**Nicholas M. McLean**

First Deputy Solicitor General

Department of the Attorney General | Ka ʻOihana O Ka Loio Kuhina

State of Hawaiʻi

Phone: 808.586.1360

Email: nicholas.mclean@hawaii.gov

Confidentiality Notice: This email message (and any attachments) is for the sole use of the intended recipient(s). It may contain confidential and/or privileged information. It might also be protected from disclosure under the Hawai'i Uniform Information Practices Act (UIPA) or other laws or regulations. Any review, use, disclosure, or distribution by unintended recipients is prohibited. If you are not the intended recipient, please contact the sender immediately in a separate e-mail and destroy the original message and any copies.

**From:** Alan Beck <alan.alexander.beck@gmail.com>
**Sent:** Thursday, June 22, 2023 4:18 AM
**To:** Inagaki, Caron M <Caron.M.Inagaki@hawaii.gov>; Nakatsuji, Robert T <Robert.T.Nakatsuji@hawaii.gov>; McLean, Nicholas <nicholas.mclean@hawaii.gov>; Sonya.h.toma@co.maui.hi.us; Victoria.Takayesu-hamilton@co.maui.hi.us; CORPCOUN@mauicounty.gov; Kevin O'Grady <kevin@kevinogradylaw.com>
**Subject:** [EXTERNAL] Notice of TRO Pursuant to Rule 65 of FRCP

Dear Counsel for Attorney General Lopez and the County of Maui;

Rule 65 of the Federal Rules of Civil Procedure requires that I give my opposing counsel notice prior to filing a temporary restraining order.  Myself and Attorney Kevn O'Grady represent several residents of Maui who will be impacted by SB 1230's implementation on July 1st, 2023.  Kevin and I plan on filing a restraining order against certain parts of SB 1230's sensitive places law later today.  We are in the process of finalizing the motion and various associated documents.  Once they are finalized, who should I send them to for Attorney General Lopez?  And who should I send them to for the County of Maui?

Respectfully,

-Alan