| | |
|---|---|
| **From:** | Alan Beck |
| **To:** | Victoria Takayesu-hamilton; Thomas Kolbe; Kevin O'Grady; Paralegal 1 |
| **Subject:** | Fwd: Sb1230 First lawsuit Wolford COMPLAINT etc NO EXH Email 1 |
| **Date:** | Friday, June 23, 2023 10:51:13 AM |
| **Attachments:** | sb 1230 complaint FINAL w VERS.pdf |
| | SB1230 First lawsuit Civil Cover sheet 22Jun23.pdf |
| | Summons AG.pdf |
| | Summons Maui.pdf |

This is the 1st of several emails that contains the finalized documents we will be filing shortly.

---------- Forwarded message ---------
From: **Kevin O'Grady** <kevin@kevinogradylaw.com>
Date: Fri, Jun 23, 2023 at 1:15 PM
Subject: Sb1230 First lawsuit Wolford COMPLAINT etc NO EXH Email 1
To: Alan Beck <alan.alexander.beck@gmail.com>, Paralegal 1
<paralegal1@kevinogradylaw.com>, Kevin O'Grady <kevin@kevinogradylaw.com>

Respectfully,

Kevin O'Grady, Esquire

The Law Office of Kevin O'Grady, LLC

1164 Bishop Street

Suite 1605

Honolulu, Hawaii 96813

Telephone 808-521-3367

800-DUI-CASE

Facsimile 808-521-3369

WWW.KevinOGradyLaw.Com

U.S. Law Shield Attorney- Hawaii

Member –

United States Supreme Court

United States Court of Appeals for the Ninth Circuit

United States District Court for the Northern District of Texas

United States District Court for the District of Hawaii

Hawaii State Bar Association

National Association of Criminal Defense Lawyers

Hawaii Association of Criminal Defense Lawyers

National College For DUI Defense

American Council of Second Amendment Lawyers

| | |
|---|---|
| **From:** | Alan Beck |
| **To:** | Thomas Kolbe; Victoria Takayesu-hamilton; McLean, Nicholas; Paralegal 1; Kevin O'Grady |
| **Subject:** | Fwd: SB1230 First Lawsuit Wolford Complaint Exhibits A |
| **Date:** | Friday, June 23, 2023 10:51:37 AM |
| **Attachments:** | EXh 1.pdf |
| | Exh 2.pdf |
| | Exh 3.pdf |
| | EXH 4 FINAL.pdf |

this is the second email with filings

---------- Forwarded message ---------
From: **Kevin O'Grady** <kevin@kevinogradylaw.com>
Date: Fri, Jun 23, 2023 at 1:20 PM
Subject: SB1230 First Lawsuit Wolford Complaint Exhibits A
To: Alan Beck <alan.alexander.beck@gmail.com>, Paralegal 1
<paralegal1@kevinogradylaw.com>, Kevin O'Grady <kevin@kevinogradylaw.com>

Respectfully,

Kevin O'Grady, Esquire

The Law Office of Kevin O'Grady, LLC

1164 Bishop Street

Suite 1605

Honolulu, Hawaii 96813

Telephone 808-521-3367

800-DUI-CASE

Facsimile 808-521-3369

WWW.KevinOGradyLaw.Com

U.S. Law Shield Attorney- Hawaii

Member –

United States Supreme Court

United States Court of Appeals for the Ninth Circuit

United States District Court for the Northern District of Texas

United States District Court for the District of Hawaii

Hawaii State Bar Association

National Association of Criminal Defense Lawyers

Hawaii Association of Criminal Defense Lawyers

National College For DUI Defense

American Council of Second Amendment Lawyers

| | |
|---|---|
| **From:** | Alan Beck |
| **To:** | Thomas Kolbe; McLean, Nicholas; Victoria Takayesu-hamilton; Paralegal 1; Paralegal 2 |
| **Subject:** | Fwd: Sb12330 First Lawsuit Wolford Complaint exhibits 2 |
| **Date:** | Friday, June 23, 2023 10:51:23 AM |
| **Attachments:** | Exh 5.pdf |
| | Exh 7.pdf |
| | exhibit 6 finalb.pdf |
| | HIFICO DEC FINAL w sig.pdf |

third email with filings

---------- Forwarded message ---------
From: **Kevin O'Grady** <kevin@kevinogradylaw.com>
Date: Fri, Jun 23, 2023 at 1:45 PM
Subject: Sb12330 First Lawsuit Wolford Complaint exhibits 2
To: Paralegal 1 <paralegal1@kevinogradylaw.com>, Alan Beck
<alan.alexander.beck@gmail.com>, Kevin O'Grady <kevin@kevinogradylaw.com>

Respectfully,

Kevin O'Grady, Esquire

The Law Office of Kevin O'Grady, LLC

1164 Bishop Street

Suite 1605

Honolulu, Hawaii 96813

Telephone 808-521-3367

800-DUI-CASE

Facsimile 808-521-3369

WWW.KevinOGradyLaw.Com

U.S. Law Shield Attorney- Hawaii

Member –

United States Supreme Court

United States Court of Appeals for the Ninth Circuit

United States District Court for the Northern District of Texas

United States District Court for the District of Hawaii

Hawaii State Bar Association

National Association of Criminal Defense Lawyers

Hawaii Association of Criminal Defense Lawyers

National College For DUI Defense

American Council of Second Amendment Lawyers

| From: | Alan Beck |
|---|---|
| To: | McLean, Nicholas; Thomas Kolbe; Victoria Takayesu-hamilton; Paralegal 1; Kevin O'Grady |
| Subject: | Fwd: SB1230 First Lawsuit Wolford TRO (a) |
| Date: | Friday, June 23, 2023 10:51:31 AM |
| Attachments: | Koons_Stay order.pdf |
| | SB1230 PMTN for TRO+PI(b) 23 Jun 23.pdf |
| | SB1230 TRO COS 23Jun23.pdf |
| | SB1230 TRO Final draft TC TA AB 22 Jun 23.pdf |

5th email with filings

---------- Forwarded message ---------
From: **Kevin O'Grady** <kevin@kevinogradylaw.com>
Date: Fri, Jun 23, 2023 at 1:47 PM
Subject: SB1230 First Lawsuit Wolford TRO (a)
To: Alan Beck <alan.alexander.beck@gmail.com>, Paralegal 1
<paralegal1@kevinogradylaw.com>, Kevin O'Grady <kevin@kevinogradylaw.com>

Respectfully,

Kevin O'Grady, Esquire

The Law Office of Kevin O'Grady, LLC

1164 Bishop Street

Suite 1605

Honolulu, Hawaii 96813

Telephone 808-521-3367

800-DUI-CASE

Facsimile 808-521-3369

WWW.KevinOGradyLaw.Com

U.S. Law Shield Attorney- Hawaii

Member –

United States Supreme Court

United States Court of Appeals for the Ninth Circuit

United States District Court for the Northern District of Texas

United States District Court for the District of Hawaii

Hawaii State Bar Association

National Association of Criminal Defense Lawyers

Hawaii Association of Criminal Defense Lawyers

National College For DUI Defense

American Council of Second Amendment Lawyers

| | |
|---|---|
| **From:** | Alan Beck |
| **To:** | Thomas Kolbe; McLean, Nicholas; Victoria Takayesu-hamilton; Paralegal 1; Kevin O'Grady |
| **Subject:** | Fwd: SB1230 First lawsuit Wolford TRO Decl |
| **Date:** | Friday, June 23, 2023 10:51:36 AM |
| **Attachments:** | EM frm Maui ack.pdf |
| | EM from Mclean response to ntc tro.pdf |
| | EM to Maui+AG Alert them of TRO.pdf |
| | Wolford Maui email for Declaration.pdf |
| | wolford SB1230 AB dec updated for TRO 23 Jun 23.pdf |

6th and final email with filings

---------- Forwarded message ---------
From: **Kevin O'Grady** <kevin@kevinogradylaw.com>
Date: Fri, Jun 23, 2023 at 1:48 PM
Subject: SB1230 First lawsuit Wolford TRO Decl
To: Alan Beck <alan.alexander.beck@gmail.com>, Paralegal 1
<paralegal1@kevinogradylaw.com>, Kevin O'Grady <kevin@kevinogradylaw.com>

Respectfully,

Kevin O'Grady, Esquire

The Law Office of Kevin O'Grady, LLC

1164 Bishop Street

Suite 1605

Honolulu, Hawaii 96813

Telephone 808-521-3367

800-DUI-CASE

Facsimile 808-521-3369

WWW.KevinOGradyLaw.Com

U.S. Law Shield Attorney- Hawaii

Member –

United States Supreme Court

United States Court of Appeals for the Ninth Circuit

United States District Court for the Northern District of Texas

United States District Court for the District of Hawaii

Hawaii State Bar Association

National Association of Criminal Defense Lawyers

Hawaii Association of Criminal Defense Lawyers

National College For DUI Defense

American Council of Second Amendment Lawyers

**From:**    Alan Beck
**To:**    Thomas Kolbe; McLean, Nicholas; Victoria Takayesu-hamilton; Paralegal 1; Kevin O"Grady
**Subject:**    there are only 5 emails total
**Date:**    Friday, June 23, 2023 11:38:07 AM

My apologies.  I labeled the emails incorrectly.  The emails labeled I called the 5th and 6th emails are actually the 4th and 5th emails.  There are only 5 emails total. You have all the finalized documents.