Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1136 Union Mall, Suite 808
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII. MAUI COUNTY,<br><br>Defendants. | Civil Action No. _____<br><br><br><br>CERTIFICATE OF SERVICE<br><br><br><br>Judge: N/A<br>Trial: N/A<br>Hearing: N/A |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date noted below, the foregoing document was filed with this Court's ECF system, which generated a notice of filing, and a true and correct copy of the foregoing Motion, Memorandum in Support and Certificate of Service was emailed to the following counsel for Defendants:

>CARON M. INAGAKI, ESQ.
>ROBERT TADAO NAKATSUJI, ESQ.
>NICHOLAS MCLEAN Esq
>Deputy Attorneys General
>Department of the Attorney
>General, State of Hawaii
>425 Queen Street
>Honolulu, HI  96813
>Email:	Caron.M.Inagaki@hawaii.gov
>	Robert.t.nakatsuji@hawaii.gov
>	Nicholas.mclean@hawaii.gov
>
>THOMAS KOLBE
>VICTORIA J. TAKAYESU
>Maui Corporation Counsel
>200 S High St, Wailuku, HI 96793
>Email:	Thomas.Kolbe@co.maui.hi.us
>	Victoria.Takayesu-hamilton@co.maui.hi.us

Dated: June 23, 2023.

>Respectfully submitted,
>
>*Counsel for Plaintiff*
>
>/s/*Kevin Gerard O'Grady*
>Kevin O'Grady
>
>*/s/ Alan Beck*
>Alan Alexander Beck

2