Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 1:23-cv-00265-LEK-WRP |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII. MAUI COUNTY, ) ) ) ) ) ) ) | Corporate Disclosure Statement |
| Defendants ) | |

## Corporate Disclosure Statement

This Corporate Disclosure Statement is filed on behalf of the Plaintiff Hawaii Firearms Coalition.  Pursuant to Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation. Plaintiff Hawaii Firearms Coalition declares that that there is no such corporation.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated:  June 23, 2023.

                                              Respectfully submitted,

                                              /s/ Alan Beck
                                              Counsel for Plaintiffs

                                              Alan Alexander Beck
                                              Law Office of Alan Beck
                                              2692 Harcourt Drive
                                              San Diego, CA  92123
                                              (619) 905-9105
                                              HI Bar No. 9145
                                              Alan.alexander.beck@gmail.com