ANNE E. LOPEZ                                  7609
   Attorney General of the State of Hawaiʻi
KALIKOʻONĀLANI D. FERNANDES        9964
   Solicitor General
NICHOLAS M. MCLEAN                      10676
   First Deputy Solicitor General
Department of the Attorney
 General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone:  (808) 586-1360
E-Mail:  kaliko.d.fernandes@hawaii.gov
        nicholas.mclean@hawaii.gov

Attorneys for Defendant ANNE E. LOPEZ,
in her official capacity as Attorney General
of the State of Hawaiʻi

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>      Plaintiffs,<br><br>   v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi; MAUI COUNTY,<br><br>      Defendants. | Civil No. 1:23-cv-00265-LEK-WRP<br><br>**NOTICE OF APPEARANCE; CERTIFICATE OF SERVICE**<br><br>Hon. Leslie E. Kobayashi<br><br>Hon. Wes Reber Porter |

## **NOTICE OF APPEARANCE**

KALIKOʻONĀLANI D. FERNANDES hereby enters her appearance as counsel for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi.  By this Notice, appearing counsel formally requests that her name be added to the docket for this case, and that all future correspondence and pleadings be additonally directed to:

> Kalikoʻonālani D. Fernandes
> Department of the Attorney General
> 425 Queen Street
> Honolulu, Hawaiʻi  96813
> Tel.:  (808) 586-1360
> E-mail:  kaliko.d.fernandes@hawaii.gov

Neither this Notice nor any subsequent appearance, pleading, claim, suit, or other filing is intended to waive any rights, including any right to challenge the jurisdiction of the Court or purusaunt to the Eleventh Amendment to the United States Constitution, state sovereign immunity, or any other rights, claims, actions, or defenses to which Defendant is or may be entitled in law or in equity, all of which are hereby expressly reserved.

/

/

/

/

/

1

DATED:  Honolulu, Hawaiʻi, June 23, 2023.

/s/ *Kalikoʻonālani D. Fernandes*
KALIKOʻONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN

Attorneys for Defendant ANNE E. LOPEZ,
in her official capacity as Attorney General
of the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI, HAWAII FIREARMS COALITION, | Civil No. 1:23-cv-00265-LEK-WRP |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi; MAUI COUNTY, | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was

served electronically through the Court's CM/ECF system upon the following:

> KEVIN GERARD O'GRADY
> Law Office of Kevin O'Grady
> 1164 Bishop Street, Suite 1605
> Honolulu, HI  96813
> Phone:  (808) 521-3367
> E-mail:  Kevin@KevinOGradyLaw.com
>
> ALAN ALEXANDER BECK
> Law Office of Alan Beck
> 2692 Harcourt Drive
> San Diego, CA  92123
> Phone:  (619) 905-9105
> E-mail:  Alan.alexander.beck@gmail.com
>
> Attorneys for Plaintiffs JASON WOLFORD; ALISON WOLFORD;
> ATOM KASPRZYCKI; HAWAII FIREARMS COALITION

1

DATED:  Honolulu, Hawai‘i, June 23, 2023..

ANNE E. LOPEZ
Attorney General of the State of Hawai‘i

*/s/ Kaliko‘onālani D. Fernandes*
KALIKO‘ONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN

Attorneys for Defendant ANNE E. LOPEZ, in
her official capacity as Attorney General of the State
of Hawai‘i

2