ANNE E. LOPEZ                                            7609
   Attorney General of the State of Hawaiʻi
KALIKOʻONĀLANI D. FERNANDES            9964
   Solicitor General
NICHOLAS M. MCLEAN                              10676
   First Deputy Solicitor General
Department of the Attorney
 General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-1360
E-Mail: kaliko.d.fernandes@hawaii.gov
        nicholas.mclean@hawaii.gov

Attorneys for Defendant ANNE E. LOPEZ,
in her official capacity as Attorney General
of the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi; MAUI COUNTY,<br><br>    Defendants. | Civil No. 1:23-cv-00265-LEK-WRP<br><br>**NOTICE OF APPEARANCE; CERTIFICATE OF SERVICE**<br><br>Hon. Leslie E. Kobayashi<br><br>Hon. Wes Reber Porter |

# NOTICE OF APPEARANCE

NICHOLAS M. MCLEAN hereby enters his appearance as counsel for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi.  By this Notice, appearing counsel formally requests that his name be added to the docket for this case, and that all future correspondence and pleadings be additonally directed to:

> Nicholas M. McLean
> Department of the Attorney General
> 425 Queen Street
> Honolulu, Hawaiʻi  96813
> Tel.:  (808) 586-1360
> E-mail:  nicholas.mclean@hawaii.gov

Neither this Notice nor any subsequent appearance, pleading, claim, suit, or other filing is intended to waive any rights, including any right to challenge the jurisdiction of the Court or purusaunt to the Eleventh Amendment to the United States Constitution, state sovereign immunity, or any other rights, claims, actions, or defenses to which Defendant is or may be entitled in law or in equity, all of which are hereby expressly reserved.

/

/

/

/

/

1

DATED: Honolulu, Hawai'i, June 23, 2023.

/s/ *Nicholas M. McLean*
KALIKO'ONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawai'i

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI, HAWAII FIREARMS COALITION,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi; MAUI COUNTY,<br><br>Defendants. | Civil No. 1:23-cv-00265-LEK-WRP<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon the following:

    KEVIN GERARD O'GRADY
    Law Office of Kevin O'Grady
    1164 Bishop Street, Suite 1605
    Honolulu, HI 96813
    Phone: (808) 521-3367
    E-mail: Kevin@KevinOGradyLaw.com

    ALAN ALEXANDER BECK
    Law Office of Alan Beck
    2692 Harcourt Drive
    San Diego, CA 92123
    Phone: (619) 905-9105
    E-mail: Alan.alexander.beck@gmail.com

    Attorneys for Plaintiffs JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION

DATED: Honolulu, Hawaiʻi, June 23, 2023..

    ANNE E. LOPEZ
    Attorney General of the State of Hawaiʻi

    */s/ Nicholas M. McLean*
    KALIKOʻONĀLANI D. FERNANDES
    NICHOLAS M. MCLEAN

    Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi

2