HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| Jason Wolford, Alison Wolford, Atom Kasprzycki, Hawaii Firearms Coalition (HIFICO) <br> *Plaintiff* <br> v. <br> Anne E. Lopez, in her Official Capacity as the Attorney General of the State of Hawaii, Maui County <br> *Defendant* | ) ) ) ) ) ) ) )   Civil Action No. CV 23-00265 JAO-WRP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Anne E. Lopez, in her capacity as the Attorney General of the State of Hawaii, 425 Queen St, Honolulu, Hawaii 96813;

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kevin O'Grady, Law office of Kevin O'Grady, LLC, 1164 Bishop Street, Suite 1605, Honolulu, Hawaii 96813, 808-521-3367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



LUCY H. CARRILLO
*CLERK OF COURT*

Date: June 23, 2023

/s/ LUCY H. CARRILLO, by: JI, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 23-00265 JAO-WRP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attorney General State of Hawai'i
was received by me on *(date)* June 26, 2023.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mark M. Nomura , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
for State of Hawaii only on *(date)* 6/26/23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6-26-23

*Server's signature*

Chris Kimsel , Process Server
*Printed name and title*

412 Iolani Ave, Honolulu, 96813
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |