AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Maui County**
was received by me on *(date)* **6/27/23**.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **John J. GORES** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Maui County**
on *(date)* **6/27/23** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **6/27/2023**

*Server's signature*

**M. SMYTHE Process Server**
*Printed name and title*

**P.O. Box 688, Haiku, HI., 96708**
*Server's address*

Additional information regarding attempted service, etc:

X [signature] — John J. Gores

Dep Corp Counsel