DEPARTMENT OF THE CORPORATION COUNSEL 205
VICTORIA J. TAKAYESU            5481
 Corporation Counsel
THOMAS KOLBE                    7679
BRADLEY J. SOVA                 10557
 Deputies Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Telephone No. (808) 270-7741
Facsimile No. (808) 270-7152
Email: thomas.kolbe@co.maui.hi.us
Email: bradley.j.sova@co.maui.hi.us

 Attorneys for Defendant
   COUNTY OF MAUI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaii; MAUI COUNTY,<br><br>Defendants. | Civil No. CV 23-00265 LEK-WRP<br><br>NOTICE OF APPEARANCE; CERTIFICATE OF SERVICE<br><br><br><br><br><br>Hon. Leslie E. Kobayashi<br><br>Hon. Wes Reber Porter |

**NOTICE OF APPEARANCE**

BRADLEY J. SOVA, Deputy Corporation Counsel, hereby enters his appearance as counsel for Defendant County of Maui.  By this Notice, appearing counsel formally requests that his name be added to the docket for this case, and that all future correspondence and pleadings be directed to:

> Bradley J. Sova, Deputy Corporation Counsel
> Department of the Corporation Counsel
> County of Maui
> 200 S. High Street
> Wailuku, HI  96793
> Telephone:  (808) 270-7741
> Email:  Bradley.j.sova@co.maui.hi.us

Neither this Notice or subsequent appearance, pleading, claim, suit, or other filing is intended to waive any rights, including the right to challenge the jurisdiction of the Court or pursuant to the Eleventh Amendment to the United States Constitution, state sovereign immunity, or any other rights, claims, actions, or defenses to which Defendant is or may be entitled in law or in equity, of which are hereby expressly reserved.

DATED:  Wailuku, Maui, Hawaii,            June 27, 2023         .

>                    VICTORIA J. TAKAYESU
>                    Corporation Counsel
>                    Attorneys for Defendants
>                    MAUI COUNTY
>
>                    By:   /s/ Thomas Kolbe
>                         THOMAS KOLBE
>                         BRADLEY J. SOVA
>                         Deputies Corporation Counsel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII; MAUI COUNTY,<br><br>Defendants. | Civil No.: CV23-00265 LEK-WRP<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of NOTICE OF APPEARANCE was served electronically through the Court's CM/ECF system upon the following parties at their last known address on the date below:

    KEVIN GERARD O'GRADY    (Kevin@KevinOGradyLaw.com)
    Law Office of Kevin O'Grady
    1164 Bishop Street, Suite 1605
    Honolulu, HI 96813

ALAN ALEXANDER BECK            (Alan.alexander.beck@gmail.com)
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123

Attorneys for Plaintiffs
JASON WOLFORD; ALISON WOLFORD;
ATOM KASPRZYCKI; HAWAII FIREARMS COALITION


KALIKOʻONĀLANI D. FERNANDES (kaliko.d.fernandes@hawaii.gov)
Solicitor General
NICHOLAS M. MCLEAN            (nicholas.mclean@hawaii.gov)
First Deputy Solicitor General
Department of the Attorney
General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813

Attorneys for Defendant
ANNE E. LOPEZ,
in her official capacity as Attorney General
of the State of Hawaiʻi


DATED:  Wailuku, Maui, Hawaii,            June 27, 2023            .

                    VICTORIA J. TAKAYESU
                    Corporation Counsel
                    Attorneys for Defendants
                    MAUI COUNTY

                    By:      /s/ Thomas Kolbe
                        THOMAS KOLBE
                        BRADLEY J. SOVA
                        Deputies Corporation Counsel