# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 23-00265 LEK-WRP |
| CASE NAME: | Jason Wolford et al., vs. Anne E. Lopez et al., |
| ATTYS FOR PLA: | Alan Beck, Kevin O'Grady |
| ATTYS FOR DEFT: | Kaliko'onalani Fernandes, Nichola McLean Thomas Kolbe, Bradley Sova, |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 6/28/2023 | TIME: | 10:00 AM - 10:20 AM |

COURT ACTION:  EP: Status Hearing on First MOTION for Temporary Restraining Order AND Preliminary Injunction held by video teleconference ("VTC").

Plaintiff, Jason Wolford present by VTC.
Counsel: Alan Beck, Kevin O'Grady, Kaliko'onalani Fernandes, Nichola McLean Thomas Kolbe, Bradley Sova, present by VTC.

Court addresses the parties regarding, service, briefing schedule and whether or not an evidentiary is required.

Discussion held.

Defendants confirm that service is not an issue.
Briefing schedule as related to the Temporary Restraining Order is as follows:
Opposition Memorandum due by: **7/14/2023**.
Reply Memorandum due by: **7/21/2023**.

Hearing on MOTION for Temporary Restraining Order set for **Monday July 31, 2023 at 2:30 PM** in Aha Nonoi before Judge Leslie E. Kobayashi.

Submitted by: Agalelei Elkington, Courtroom Manager