Department of the Corporation Counsel         205

Victoria J. Takayesu                5481
Corporation Counsel
Thomas Kolbe                        7679
Bradley J. Sova                     10557
Deputies Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Telephone No. (808) 270-7741
Facsimile No. (808) 270-7152
Email: thomas.kolbe@co.maui.hi.us
Email: bradley.j.sova@co.maui.hi.us

Attorneys for Defendant
  County Of Maui

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Jason Wolford; Alison Wolford; Atom Kasprzycki; Hawaii Firearms Coalition,<br><br>Plaintiffs,<br><br>vs.<br><br>Anne E. Lopez, in her official capacity as Attorney General of the State of Hawaii; Maui County,<br><br>Defendants. | Civil No. CV 23-00265 LEK-WRP<br><br>Amended Notice of Appearance; Certificate of Service<br><br><br><br><br>Hon. Leslie E. Kobayashi<br><br>Hon. Wes Reber Porter |

Amended Notice of Appearance

Bradley J. Sova, Deputy Corporation Counsel, hereby enters his appearance as counsel for Defendant County of Maui. By this Amended Notice, appearing counsel formally requests that his name be added to the docket for this case, and that all future correspondence and pleadings be directed to:

> Bradley J. Sova, Deputy Corporation Counsel
> Department of the Corporation Counsel
> County of Maui
> 200 S. High Street
> Wailuku, HI  96793
> Telephone:  (808) 270-7741
> Email:  Bradley.j.sova@co.maui.hi.us

Neither this Amended Notice or subsequent appearance, pleading, claim, suit, or other filing is intended to waive any rights, including the right to challenge the jurisdiction of the Court or pursuant to the Eleventh Amendment to the United States Constitution, state sovereign immunity, or any other rights, claims, actions, or defenses to which Defendant is or may be entitled in law or in equity, of which are hereby expressly reserved.

DATED:  Wailuku, Maui, Hawai'i, _____June 28, 2023_____.

> Victoria J. Takayesu
> Corporation Counsel
> Attorneys for Defendants
> Maui County
>
> By: __/s/ Bradley J. Sova_____
>     Thomas Kolbe
>     Bradley J. Sova
>     Deputies Corporation Counsel

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| Jason Wolford; Alison Wolford; Atom Kasprzycki; Hawaii Firearms Coalition,<br><br>Plaintiffs,<br><br>vs.<br><br>Anne E. Lopez, In Her Official Capacity As The Attorney General Of The State Of Hawaii; Maui County,<br><br>Defendants. | Civil No.: CV 23-00265 LEK-WRP<br><br>Certificate of Service |

Certificate of Service

The undersigned hereby certifies that a true and correct copy of Amended Notice of Appearance was served electronically through the Court's CM/ECF system upon the following parties at their last known address on the date below:

Kevin Gerard O'Grady          (Kevin@KevinOGradyLaw.com)
Law Office of Kevin O'Grady
1164 Bishop Street, Suite 1605
Honolulu, HI 96813

    Alan Alexander Beck      (Alan.alexander.beck@gmail.com)
    Law Office of Alan Beck
    2692 Harcourt Drive
    San Diego, CA 92123

    Attorneys for Plaintiffs
    Jason Wolford; Alison Wolford;
    Atom Kasprzycki; Hawaii Firearms Coalition


    Kalikoʻonālani D. Fernandes      (kaliko.d.fernandes@hawaii.gov)
    Solicitor General
    Nicholas M. McLean      (nicholas.mclean@hawaii.gov)
    First Deputy Solicitor General
    Department of the Attorney
    General, State of Hawaiʻi
    425 Queen Street
    Honolulu, HI 96813

    Attorneys for Defendant
    Anne E. Lopez,
    in her official capacity as Attorney General
    of the State of Hawaiʻi


DATED:  Wailuku, Maui, Hawaiʻi, _____June 28, 2023_____.

                      Victoria J. Takayesu
                      Corporation Counsel
                      Attorneys for Defendants
                      Maui County

                      By:  ___/s/ Bradley J. Sova___
                          Thomas Kolbe
                          Bradley J. Sova
                          Deputies Corporation Counsel