DEPARTMENT OF THE CORPORATION COUNSEL  205

| | |
|---|---|
| VICTORIA J. TAKAYESU | 5481 |
| Corporation Counsel | |
| THOMAS KOLBE | 7679 |
| BRADLEY J. SOVA | 10557 |

Deputies Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Telephone No. (808) 270-7741
Facsimile No. (808) 270-7152
Email: thomas.kolbe@co.maui.hi.us
Email: bradley.j.sova@co.maui.hi.us

Attorneys for Defendant
  COUNTY OF MAUI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaii; MAUI COUNTY,<br><br>Defendants. | Civil No. CV 23-00265 LEK-WRP<br><br>AMENDED NOTICE OF APPEARANCE; CERTIFICATE OF SERVICE<br><br><br><br><br>Hon. Leslie E. Kobayashi<br><br>Hon. Wes Reber Porter |

**AMENDED NOTICE OF APPEARANCE**

VICTORIA J. TAKAYESU, Corporation Counsel, hereby enters her appearance as counsel for Defendant County of Maui.  By this Amended Notice, appearing counsel formally requests that her name be added to the docket for this case, and that all future correspondence and pleadings be directed to:

>Victoria J. Takayesu, Corporation Counsel
>Department of the Corporation Counsel
>County of Maui
>200 S. High Street
>Wailuku, HI  96793
>Telephone:  (808) 270-7741
>Email:  victoria.takayesu@co.maui.hi.us

Neither this Amended Notice or subsequent appearance, pleading, claim, suit, or other filing is intended to waive any rights, including the right to challenge the jurisdiction of the Court or pursuant to the Eleventh Amendment to the United States Constitution, state sovereign immunity, or any other rights, claims, actions, or defenses to which Defendant is or may be entitled in law or in equity, of which are hereby expressly reserved.

DATED:  Wailuku, Maui, Hawaii,          June 28, 2023          .

>VICTORIA J. TAKAYESU
>Corporation Counsel
>Attorneys for Defendant
>MAUI COUNTY
>
>By:   /s/ Victoria J. Takayesu
>     VICTORIA J. TAKAYESU
>     THOMAS KOLBE
>     BRADLEY J. SOVA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII; MAUI COUNTY,<br><br>Defendants. | Civil No.: CV23-00265 LEK-WRP<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of AMENDED NOTICE OF APPEARANCE was served electronically through the Court's CM/ECF system upon the following parties at their last known address on the date below:

KEVIN GERARD O'GRADY         (Kevin@KevinOGradyLaw.com)
Law Office of Kevin O'Grady
1164 Bishop Street, Suite 1605
Honolulu, HI 96813

ALAN ALEXANDER BECK  (Alan.alexander.beck@gmail.com)
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123

Attorneys for Plaintiffs
JASON WOLFORD; ALISON WOLFORD;
ATOM KASPRZYCKI; HAWAII FIREARMS COALITION


KALIKOʻONĀLANI D. FERNANDES (kaliko.d.fernandes@hawaii.gov)
Solicitor General
NICHOLAS M. MCLEAN  (nicholas.mclean@hawaii.gov)
First Deputy Solicitor General
Department of the Attorney
General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813

Attorneys for Defendant
ANNE E. LOPEZ,
in her official capacity as Attorney General
of the State of Hawaiʻi


DATED:  Wailuku, Maui, Hawaii,           June 28, 2023           .

               VICTORIA J. TAKAYESU
               Corporation Counsel
               Attorneys for Defendant
               MAUI COUNTY

               By:   /s/ Victoria J. Takayesu
                  VICTORIA J. TAKAYESU
                  THOMAS KOLBE
                  BRADLEY J. SOVA