UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

**Request for Media Blogging**

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: __Wolford et al v. Lopez et__  Case No. __23-cv-00265__

Presiding District or Magistrate Judge: __Kobayashi__

Media Outlet: __The Associated Press__

Representative(s): __Jennifer Kelleher and/or Audrey McAvoy__

Email Address To Send Completed Request Form: __jkelleher@ap.org__

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 7/31/2023 | 2:30 p | TRO motion |
| | | |
| | | |
| | | |

DATED: __6/30/2023__    SIGNATURE: *Jennifer Kelleher*

PRINTED NAME: __Jennifer Kelleher__

IT IS SO ORDERED.

☒ APPROVED     ☐ APPROVED AS MODIFIED     ☐ DENIED

DATED: __July 3, 2023__    _Leslie E. Kobayashi_