# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 23-00265 LEK-WRP |
| CASE NAME: | Jason Wolford et al., vs. Anne E. Lopez et al., |
| ATTYS FOR PLA: | Alan Beck, Kevin O'Grady |
| ATTYS FOR DEFT: | Nicholas McLean, Thomas Kolbe |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 7/3/2023 | TIME: | 11:00 AM - 11:10 AM |

COURT ACTION: EP: Status Hearing held by video teleconference ("VTC").

Counsel: Alan Beck, Kevin O'Grady, Nicholas McLean, Thomas Kolbe, present by VTC.

Court addresses the parties regarding ongoing discussions with dismissing the County of Maui.

Discussion held.

Parties agree to submit a stipulation to Dismiss the Maui County without prejudice. Stipulation to be submitted by July 7, 2023.

Submitted by: Agalelei Elkington, Courtroom Manager