IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi; MAUI COUNTY,<br><br>Defendants. | Civil No. 1:23-cv-00265-LEK-WRP<br><br>**STIPULATION TO DISMISS MAUI COUNTY WITHOUT PREJUDICE**<br><br>Hon. Leslie E. Kobayashi<br><br>Hon. Wes Reber Porter<br><br>TRO Hearing: July 31, 2023 at 2:30PM |

**STIPULATION TO DISMISS MAUI COUNTY WITHOUT PREJUDICE**

Plaintiffs JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION (collectively, "**Plaintiffs**"), Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi (the "**Attorney General**"); and Defendant MAUI COUNTY (together with the Attorney General and Plaintiffs, the "**Parties**"), hereby stipulate, by their respective counsel, that Plaintiffs' claims against MAUI COUNTY are dismissed without prejudice.

1

This stipulation is based on Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules and has been signed by counsel for all parties who have made an appearance in this action.  *See* LR41.1(a), (e).

No claims against Maui County remain in this litigation.  *See* LR41.1(c).

No answer or motion for summary judgment has been filed.  *See* LR41.1(d).

No fees and/or costs are sought to be awarded in connection with this dismissal without prejudice.  *See* LR41.1(b).

DATED:  July 3, 2023.

*/s/ Kevin O'Grady*
Kevin O'Grady

*/s/ Alan Alexander Beck*
Alan Alexander Beck

Attorneys for Plaintiffs JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; and HAWAII FIREARMS COALITION

DATED:  July 3, 2023.

*/s/ Nicholas M. McLean*
KALIKOʻONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN
Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi

DATED: July 3, 2023.

/s/ Thomas Kolbe
VICTORIA J. TAKAYESU
   Corporation Counsel
THOMAS KOLBE
BRADLEY J. SOVA
   Deputies Corporation Counsel
Attorneys for Defendant MAUI COUNTY

**APPROVED AS TO FORM**



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

*JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; and HAWAII FIREARMS COALITION v. ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi; and MAUI COUNTY*, 1:23-cv-00265-LEK-WRP; STIPULATION TO DISMISS MAUI COUNTY WITHOUT PREJUDICE

3