ANNE E. LOPEZ                                    7609
   Attorney General of the State of Hawaiʻi
KALIKOʻONĀLANI D. FERNANDES                      9964
   Solicitor General
NICHOLAS M. MCLEAN                              10676
   First Deputy Solicitor General
Department of the Attorney
 General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-1360
E-Mail: kaliko.d.fernandes@hawaii.gov
       nicholas.mclean@hawaii.gov

Attorneys for Defendant ANNE E. LOPEZ,
in her official capacity as Attorney General
of the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>      Plaintiffs,<br><br>    v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi; MAUI COUNTY,<br><br>      Defendants. | Civil No. 1:23-cv-00265-LEK-WRP<br><br>**FIRST STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br><u>District Judge:</u><br>Hon. Leslie E. Kobayashi<br><br><u>Magistrate Judge:</u><br>Hon. Wes Reber Porter<br><br>TRO Hearing: July 31, 2023 at 2:30PM |

# FIRST STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Civil LR6.2, Plaintiffs JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION (collectively, "**Plaintiffs**") and Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawai'i (the "**Attorney General**" and, together with Plaintiffs, the "**Parties**"), hereby stipulate that the Attorney General's deadline to file an answer or other responsive pleading to Plaintiffs' Complaint shall be:

1. September 15, 2023; <u>or</u>

2. 10 days following the date on which the Court grants or denies Plaintiffs' Motion for a Preliminary Injunction,

whichever occurs later.

Aside from the parties' prior stipulation to dismiss Maui County without prejudice, this is the first stipulation that has been submitted in connection with this litigation.

DATED:  July 3, 2023.

*/s/ Kevin O'Grady*
Kevin O'Grady

*/s/ Alan Alexander Beck*
Alan Alexander Beck

Attorneys for Plaintiffs JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; and HAWAII FIREARMS COALITION

DATED:  July 3, 2023.

*/s/ Nicholas M. McLean*
KALIKOʻONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi

**APPROVED AND SO ORDERED:**



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

*JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; and HAWAII FIREARMS COALITION, Plaintiffs, v. ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi; and MAUI COUNTY*, 1:23-cv-00265-LEK-WRP; FIRST STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

3