IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Wolford, et. al.<br><br>Plaintiff,<br><br>vs.<br><br>Lopez, et. al.<br><br>Defendant. | Case. No. 1:23-cv-00265-LEK-WRP<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Matthew Larosiere |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Matthew Larosiere to Appear Pro Hac Vice.

| Name of Attorney: | Matthew Larosiere |
|---|---|
| Firm Name: | The Law Office of Matthew Larosiere |
| Firm Address: | 6964 Houlton Cir<br>Lake Worth, FL 33467 |
| Attorney CM/ECF Primary email address: | Larosieremm@gmail.com |
| Firm Telephone: | 561 452 7575 |
| Party Represented | Second Amendment Foundation |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 12, 2023



Wes Reber Porter
United States Magistrate Judge