JAMES HOCHBERG (HI Bar No. 3686)
ATTORNEY AT LAW, LLLC
700 Bishop St., Ste. 2100
Honolulu, HI 96813
Telephone: (808) 256-7382
E-mail: jim@jameshochberglaw.com

C.D. MICHEL*
KONSTADINOS T. MOROS
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Ste. 200
Long Beach, CA 90802
Telephone: (562) 216-4444
E-mail: cmichel@michellawyers.com
*(*Pro hac vice admission pending*)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION,<br><br>*Plaintiffs*,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaii, MAUI COUNTY<br><br>*Defendants*. | Case No. 1:23-cv-00265-LEK-WRP<br><br>**AMENDED DECLARATION OF COUNSEL FOR C. D. MICHEL** |

HID 007A (Rev.02 /14) Declaration of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

JASON WOLFORD ET AL.,

*Plaintiff*

v.

ANNE E. LOPEZ ET AL.,

*Defendant*

Case No. 23-CV-00265

**AMENDED DECLARATION OF COUNSEL**
(Attach to Motion to Appear Pro Hac Vice.)

Name of Declarant: C. D. Michel

I am not a resident of the District of Hawaii, am not regularly employed in the District of Hawaii, and am not regularly engaged in business, professional or law-related activities in the District of Hawaii, and that:

1. The city and state of my residence and office address is:

    Michel & Associates, P.C.
    180 East Ocean Blvd, Suite 200
    Long Beach, CA 90802

2. I have been admitted to practice in the following courts on the dates noted:

    Second Circuit Court of Appeal 2/13/2023, U. S. Court of Appeals for the District of Columbia, USDC Illinois Southern 1/25/2023, USDC California Northern 7/20/2014, USDC California Southern 10/22/2009, Ninth Circuit Court of Appeal 3/14/1991, USDC California Central 12/19/1989, District of Columbia Circuit 9/15/2014, Seventh Circuit Court of Appeal 10/10/2018

3. I am in good standing and eligible to practice in the following courts (declarant may state "All of the courts identified in paragraph 2"):

    Second Circuit Court of Appeal 2/13/2023, U. S. Court of Appeals for the District of Columbia, USDC Illinois Southern 1/25/2023, USDC California Northern 7/20/2014, USDC California Southern 10/22/2009, Ninth Circuit Court of Appeal 3/14/1991, USDC California Central 12/19/1989, District of Columbia Circuit 9/15/2014, Seventh Circuit Court of Appeal 10/10/2018

4. I (a) am not currently involved in disciplinary proceedings before any state bar, federal bar, or any equivalent; (b) have not in the past 10 years been suspended, disbarred, or otherwise subject to other disciplinary proceeding before any state bar, federal bar, or its equivalent; (c) have not been denied admission pro hac vice by any court or agency in the past 10 years; and (d) have not been the subject of a criminal investigation known to the attorney or a criminal prosecution or conviction in any court in the past ten (10) years.
    I don't have any disciplinary actions.

5. If I am concurrently making or have made within the preceding year a motion to appear pro hac vice in a case or proceeding in the District of Hawaii, the title and number of each matter is stated below, together with the date of the motion and whether the motion was granted.

   JASON Wolford et al., v. Anne Lopez, et al.,
   Case Number: 1:23-cv-00265

6. I designate the following to serve as associate counsel who is a member in good standing of the bar of the United States District Court for the District of Hawaii and maintains an office in this district, with the address, telephone and fax numbers, and e-mail address noted:

   James Hochberg, AAL, LLLC
   700 Bishop Street, Suite 2100
   Honolulu, HI 96813

7. CM/ECF: *Filing documents electronically/Receiving e-mail notification.*

   ● Full participation. I am requesting a waiver of the required CM/ECF training. I am a registered user of CM/ECF in the following Bankruptcy and/or District Court(s): USDC-District of Columbia
   United States District Courts for the Central, Northern and Southern Districts in California
   Illinois Southern District Court

   ○ Full participation. Computer Based Training (CBT) completed. I have completed CBT modules 1 and 2 currently available on the USDC District of Hawaii website at: www.hid.uscourts.gov

   a. I will abide by all orders, rules, and administrative procedures governing the use of my login and password and the electronic filing of documents in the CM/ECF system of the United States District Court for the District of Hawaii.
   b. Use of my CM/ECF User login and password constitutes my signature on an electronically filed document for all purposes and shall have the same force and effect as if I had affixed my signature on a paper copy of the document being filed (full participation registrants only).
   c. I may authorize one or more employees or office staff members to use my login and password for the electronic filing of a document. However, such use constitutes my signature on the electronically filed document. I will not knowingly permit use of my login and password by anyone not so authorized, I shall take steps to prevent such unauthorized use, and I shall be fully responsible for all use of the login and password whether authorized or unauthorized. If authorization to use a login and password is withdrawn (e.g., when a staff member leaves employment) or if unauthorized use of a login and password is suspected, I shall select and activate a new password for use in the CM/ECF system. I also shall immediately notify the court upon learning of any unauthorized use. I understand that failure to change the password and notify the court may result in sanctions (full participation registrants only).
   d. This registration constitutes my waiver of service of a paper copy of a notice and a request in writing that, instead of notice by mail, notice be sent to me by electronic transmission through the court's CM/ECF system. This also constitutes my consent in writing to accept service of documents by e-mail through the CM/ECF system. I will maintain an active e-mail account for notice and service by electronic transmission, and will keep such e-mail account information current in my CM/ECF User account.

**I declare under penalty of perjury that the foregoing is true and correct.** (Attach any additional pages if any further explanation is needed)

Dated: 7/12/2023                                     _____
                                                                          Signature

**CONSENT OF LOCAL COUNSEL**
(Local counsel may sign below if consent is not recorded elsewhere.)

Dated: 7/12/2023                                     /s/James Hochberg
                                                                          Signature

# CERTIFICATE OF SERVICE

I hereby certify that on the date first stated below, and in compliance with the rules of this Court, I did serve a true and exact copy of the following documents:

**AMENDED DECLARATION OF COUNSEL FOR C. D. MICHEL**

via this Court's electronic filing system and in accordance with the Rules of this Court upon the following:

CARON M. INAGAKI
Email: Caron.M.Inagaki@hawaii.gov
ROBERT TADAO NAKATSUJI
Email: Robert.t.nakatsuji@hawaii.gov
NICHOLAS MCLEAN
Email: Nicholas.mclean@hawaii.gov
Deputy Attorneys General
Department of the Attorney General, State of Hawaii
425 Queen Street
Honolulu, HI 96813

THOMAS KOLBE
Email: Thomas.Kolbe@co.maui.hi.us
VICTORIA J. TAKAYESU
Email: Victoria.takayesu-hamilton@co.maui.hi.us
Maui Corporation Counsel
200 S High Street
Wailuku, HI 96793


Dated: July 13, 2023                    /s/C.D. Michel
                                        C.D. Michel