IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JASON WOLFORD ET AL., | Case. No. 23-CV-00265 |
| Plaintiff, | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO C. D. Michel |
| vs. | |
| ANNE E. LOPEZ ET AL., | |
| Defendant. | |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of C. D. Michel to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | C. D. Michel |
| Firm Name: | Michel & Associates, P.C. |
| Firm Address: | 180 East Ocean Blvd. Suite 200 |
| Attorney CM/ECF Primary email address: | cmichel@michellawyers.com |
| Firm Telephone: | (562) 216-4444 |
| Party Represented | Amici Curiae in Support of Plaintiffs |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 14, 2023




Wes Reber Porter
United States Magistrate Judge