IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JASON WOLFORD ET AL.,  Plaintiff,  vs.  ANNE E. LOPEZ ET AL.,  Defendant. | Case. No. 23-CV-00265  ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Konstadinos T. Moros |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Konstadinos T. Moros to Appear Pro Hac Vice.

| Name of Attorney: | Konstadinos T. Moros |
|---|---|
| Firm Name: | Michel & Associates, P.C. |
| Firm Address: | 180 East Ocean Blvd. Suite 200 |
| Attorney CM/ECF Primary email address: | kmoros@michellawyers.com |
| Firm Telephone: | (562) 216-4444 |
| Party Represented | Amici Curiae in Support of Plaintiffs |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 14, 2023



Wes Reber Porter
United States Magistrate Judge