| | |
|---|---|
| From: | notification@pay.gov |
| To: | hid clerks |
| Subject: | Pay.gov Form Submission Notification: HID Online Payment Form |
| Date: | Friday, July 14, 2023 10:45:04 AM |

**CAUTION - EXTERNAL:**

An official email of the United States government

Pay.gov logo

A form has been successfully submitted on Pay.gov for:

Application Name: HID Online Payment Form
Form Name: U.S. District Court, District of Hawaii Payment Form
Pay.gov Tracking ID: 276K9QJ2
Transaction Date: 07/14/2023 04:44:44 PM EDT
Transaction Amount: $300.00

Last Name: Gifford
First Name: Ben
Business Name:
Address:
Telephone:
Email: bg720@georgetown.edu
Third Party Payment: Yes
Person or Entity: Rupa Bhattacharyya
Divisional Office:
Type of Payment: Fee
Case Number:
Description: Fee for Rupa Bhattacharyya Pro Hac Vice Application in Wolford v. Lopez, 23- CV-00265 LEK-WRP

If you have any questions or concerns regarding this form submission, please contact Pay.gov Customer Service by phone at 800-624-1373 or by email at pay.gov.clev@clev.frb.org.

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution

when opening attachments or clicking on links.