# THE
# PENAL CODE

OF THE

# STATE OF TEXAS

PASSED BY THE

## SIXTEENTH LEGISLATURE,

FEBRUARY 21, 1879,

**TOOK** EFFECT JULY 24, **1879.**

GALVESTON:
A. H. BELO & CO., STATE PRINTERS,
1879.

EXHIBIT L (Rivas)

who continue so unlawfully assembled, or engaged in a riot, after being warned to disperse, shall be punished by the addition of one-half the penalty to which they would otherwise be liable, if no such warning had been given.

## CHAPTER THREE.

### AFFRAYS AND DISTURBANCES OF THE PEACE.

| Article | | Article |
|---|---|---|
| "Affray" defined............ 313 | Shooting in public place............ 316 |
| Disturbance of the peace............ 314 | Horse-racing on public road or street........ 317 |
| "Public place" defined............ 315 | |

**"Affray" defined.** P.C. 381.
ARTICLE. 313. If any two or more persons shall fight together in a public place, they shall be punished by fine not exceeding one hundred dollars.

**Disturbance of the peace.** (Act June 20, 1876, p. 24.) P.C. 382.
ART. 314. If any person shall go into any public place, or into or near any private house, or along any public street or highway near any private house, and shall use loud and vociferous or obscene, vulgar or indecent language, or swear, or curse, or expose his person, or rudely display any pistol or other deadly weapon in such public place, or upon such public street or highway, or near such private house, in a manner calculated to disturb the inhabitants thereof, he shall be fined in a sum not exceeding one hundred dollars.

**"Public place" defined.** P.C. 383.
ART. 315. A public place within the meaning of the two preceding articles, is any public road, street or alley, of a town or city, inn, tavern, store, grocery, work-shop, or any place to which people commonly resort for purposes of business, recreation or amusement.

**Shooting in public place.** (Act Nov. 12, 1866, p. 210.)
ART. 316. If any person shall discharge any gun, pistol, or fire-arms of any description, on or across any public square, street or alley in any city, town or village in this state, he shall be fined in a sum not exceeding one hundred dollars.

**Horse-racing on public road or street.** (Act May 19, 1873, pp. 83–4.)
ART. 317. Any person who shall run, or be in any way concerned in running any horse race in, along, or across any public square, street or alley in any city, town or village, or in, along or across any public road within this state, shall be fined in a sum not less than twenty-five nor more than one hundred dollars.

## CHAPTER FOUR.

### UNLAWFULLY CARRYING ARMS.

| Article | | Article |
|---|---|---|
| Unlawfully carrying arms.................. 318 | Arrest without warrant............... 322 |
| Not applicable, when and to whom.......... 319 | Officer failing to arrest, punishable......... 323 |
| Carrying arms in church or other assembly. 320 | Not applicable to frontier counties.......... 324 |
| Not applicable, to whom................... 321 | |

**Unlawfully carrying arms.** (Act April 12, 1871, p. 25.)
ARTICLE 318. If any person in this state shall carry on or about his person, saddle, or in his saddle-bags, any pistol, dirk, dagger, slung-shot, sword-cane, spear, brass-knuckles, bowie-knife, or any other kind of knife manufactured or sold for purposes of offense or defense, he shall be punished by fine of not less than twenty-five nor more than one hundred dollars; and, in addition thereto, shall forfeit to the county in which he is convicted, the weapon or weapons so carried.

**Not applicable when and to whom.** (Act April 12, 1871, p. 25.)
ART. 319. The preceding article shall not apply to a person in actual service as a militiaman, nor to a peace officer or policeman, or person summoned to his aid, nor to a revenue or other civil officer engaged in the discharge of official duty, nor to the carrying of arms on one's own prem-

ises or place of business, nor to persons traveling, nor to one who has reasonable ground for fearing an unlawful attack upon his person, and the danger is so imminent and threatening as not to admit of the arrest of the party about to make such attack, upon legal process.

Art. 320. If any person shall go into any church or religious assembly, any school room, or other place where persons are assembled for amusement or for educational or scientific purposes, or into any circus, show, or public exhibition of any kind, or into a ball-room, social party, or social gathering, or to any election precinct on the day or days of any election, where any portion of the people of this state are collected to vote at any election, or to any other place where people may be assembled to muster, or to perform any other public duty, or to any other public assembly, and shall have or carry about his person a pistol or other fire-arm, dirk, dagger, slung-shot, sword-cane, spear, brass-knuckles, bowie-knife, or any other kind of a knife manufactured and sold for the purposes of offense and defense, he shall be punished by fine not less than fifty nor more than five hundred dollars, and shall forfeit to the county the weapon or weapons so found on his person. *Carrying arms in church or other assembly (Act April 12, 1871, p. 25.)*

Art. 321. The preceding article shall not apply to peace officers, or other persons authorized or permitted by law to carry arms at the places therein designated. *Not applicable to whom. (Act April 12, 1871, p. 25.)*

Art. 322. Any person violating any of the provisions of articles 318 and 320, may be arrested without warrant by any peace officer, and carried before the nearest justice of the peace for trial; and any peace officer who shall fail or refuse to arrest such person on his own knowledge, or upon information from some credible person, shall be punished by fine not exceeding five hundred dollars. *Arrest without warrant. Officer failing punished. (Act April 12, 1871, p. 26.)*

Art. 323. The provisions of this chapter shall not apply to or be enforced in any county which the governor may designate, by proclamation, as a frontier county and liable to incursions by hostile Indians. *Not applicable to frontier counties. (Act April 12, 1871, p. 26.)*