# LAWS

OF THE

# STATE OF MARYLAND,

MADE AND PASSED AT A SESSION OF THE GENERAL ASSEMBLY,

Begun and held at the City of Annapolis, on the Sixth day of January, and ended on the Fifth day of April, 1886.

# 1886

PUBLISHED BY  AUTHORITY.

BALTIMORE:
JOHN MURPHY & CO.
*Publishers of the New Revised Code of Maryland, Hinkley's Testamentary Law, &c.*
182 BALTIMORE STREET.

GEORGE T. MELVIN, STATE PRINTER.
1886.

EXHIBIT V (Rivas)

G. L. Copeland; and also to issue his warrant upon the Treasurer for the sum of sixty dollars, payable to the order of Abram Zarks; and also to issue his warrant upon the Treasurer for the sum of sixty dollars, payable to the order of C. E. Gordon; the said sums of money having been paid for State license erroneously issued to said persons by the Clerk of the Circuit Court of Anne Arundel county.

SEC. 2. *And be it enacted,* That this act shall take effect from the date of its passage.

<small>Effective.</small>

Approved April 7, 1886.

---

CHAPTER 189.

AN ACT to prevent the carrying of guns, pistols, dirk-knives, razors, billies or bludgeons by any person in Calvert county, on the days of election in said county, within one mile of the polls.

SECTION 1. *Be it enacted by the General Assembly of Maryland,* That from and after the passage of this act, it shall not be lawful for any person in Calvert county to carry, on the days of election and primary election, within three hundred yards of the polls, secretly, or otherwise, any gun, pistol, dirk, dirk-knife, razor, billy or bludgeon, and any person violating the provisions of this act, shall be deemed guilty of a misdemeanor, and on conviction thereof by the Circuit Court of Calvert county having criminal jurisdiction thereof, or before any Justice of the Peace in said county, shall be fined not less than ten nor more than fifty dollars for each offence, and on refusal or failure to pay said fine, shall be committed to the Jail of the county until the same is paid.

<small>Unlawful to carry weapons to the polls.</small>

SEC. 2. *And be it enacted,* That the fines collected under this act shall be paid by the offi-