# REVISED

# ORDINANCES

— OF THE —

# CITY OF BOULDER

———————

Published by Authority of the City.

———————

OSCAR F. A. GREENE,

COMPILER.

———————

1899:
Printed by Ricketts & Kerr, at The News Office,
BOULDER, COLORADO.

EXHIBIT X (Rivas)

Case 1:23-cv-00295-LEK-WRP Document 55-28 Filed 07/14/23 Page 2 of 3 PageID.726

thirty-two in township one north of range seventy west, is hereby named and shall hereafter be known as VALVER-DAN PARK.

### 510. Washington Park.

SEC. 5. That the city property in the west half of the south-west quarter of section twenty-five in township one north of range seventy-one west, shall be named and here-after known as WASHINGTON PARK.

## PARKS.

An Ordinance for the Protection of the Several Parks Belonging to the City and of the Buildings and Reservoirs and Trees and Other Improvements at and Within Said Parks, and to Pro-vide Penalties for Injuring the Same.

Passed October 4, 1898.

(With amendment as noted.)

### 511. No firearms or shooting in.

SECTION 1. Any person other than the police officers of the city who shall take or carry or cause to be taken or carried into any of the parks belonging to the City of Boulder, any gun, pistol, revolver, or other firearm, or who shall shoot any firearm at or towards or over or into or upon any of said parks, shall be deemed guilty of a misdemeanor. (As amended August 2, 1899.)

### 512. No powder or explosives in.

SEC. 2. Any person who shall take or carry or cause to be taken or carried into any of said parks, any powder of any quality or kind or any explosive or dangerous or inflammable or combustible substance, shall be deemed guilty of a misdemeanor.

### 513. No fires or explosives.

SEC. 3. Any person who shall start any fire or cause or permit to be started any fire in any of said parks, not

Greene, Oscar F. A. Revised Ordinances of the City of Boulder. Authority of the City, Ricketts & Kerr, 1899. The Making of Modern Law: Primary Sources, link.gale.com/apps/doc/DT0106029343/MMLP?u=efgssf&sid=bookmark-MMLP&pg=2. Accessed 13 July 2023.