# CURRICULUM VITAE

Terence George Young
672 Warwick Street
Cambria, CA 93428
626-716-5927 (cell)
tgyoung@cpp.edu
https://www.cpp.edu/faculty/tgyoung/

## POSITIONS HELD

<u>Academic</u>

**2020 – present**  – Professor Emeritus of Geography, Department of Geography & Anthropology, California State Polytechnic University, Pomona, California 91768

**2011 – 2020** – Professor of Geography, Department of Geography & Anthropology (and Adjunct Professor, Lyle Center for Regenerative Studies through 2013), California State Polytechnic University, Pomona, California 91768

**2006 – 2011** – Associate Professor of Geography, Department of Geography & Anthropology and Adjunct Associate Professor, Lyle Center for Regenerative Studies, California State Polytechnic University, Pomona, California 91768

**2002 – 2006 -** Assistant Professor of Geography, Department of Geography & Anthropology and Adjunct Assistant Professor, Lyle Center for Regenerative Studies, California State Polytechnic University, Pomona, California 91768

**2001 – 2002** - Visiting Assistant Professor, Department of Geography, California State University, Long Beach, California 90840 (renewable)

**2001 – 2002** - Research Assistant Professor, Department of Geography, University of Southern California, Los Angeles, California 90089

**2000 – 2001** - Visiting Lecturer, Department of Geography, University of California, Los Angeles, California, 90095 (Spring Quarter each year)

**1999 – 2000** - Visiting Lecturer, Department of Geography, University of Southern California, Los Angeles, California 90089 (Fall Semester each year)

**1992 – 1999** - Assistant Professor of Geography, Department of History and Adjunct Assistant Professor, Department of Parks, Recreation, and Tourism Management, Clemson University, South Carolina 29634 (On leave 1995-1997)

**1998** - Visiting Lecturer, Departments of Geography, George Washington University, Washington, D.C. 20052 and Mary Washington College, Fredericksburg, Virginia 22401

**1992** - Visiting Lecturer, Department of Geography, University of California, Los Angeles 90095

<u>Research</u>

**2000 – 2001** - Research Associate, Sustainable Cities Program, University of Southern California, Los Angeles

EXHIBIT 1 (Young)

<u>Administration</u>

**2001 – 2002** - Project Manager, Sustainable Cities Program, University of Southern California, Los Angeles

**1996 – 1997** - Acting Director, Studies in Landscape Architecture, Dumbarton Oaks Library and Research Center, Harvard University, Washington, DC 20007

<u>Consultations</u>

**2023** – On the history and ideology of American parks in relation to firearms regulation in Jason Wolford, Alison Wolford, Atom Kasprzycki, Hawaii Firearms Coalition v. Anne E. Lopez, US District Court for the District of Hawaii, for Attorney General's Office, Honolulu, HI

**2023** – On the history and ideology of American parks in relation to firearms regulation in David J. Nastri v. Katie Dykes, US District Court for the District of Connecticut, for Attorney General's Office, Hartford, CT

**2013 – 2015** – "Geographies of Wonder: Americans and the National Park Idea," an exhibit celebrating the centennial of the US National Park Service, Peter Blodgett, curator, Huntington Library & Collections, San Marino, CA

**2008 – 2017** - "City of White Gold," A documentary on San Francisco in the Silver Age, Geordie Lynch, independent filmmaker, 218 Larkspur Plaza Drive, Larkspur, CA 94939 (A trailer and more information was available at: http://www.cityofwhitegold.com, but is now gone.)

**1999 – 2000** - California League of Conservation Voters-Education Fund, 10780 Santa Monica Blvd., Suite 210, Los Angeles, CA 90025

**EDUCATION**

**Ph.D.** - University of California, Los Angeles, 1991 (Cultural-Historical Geography)
**M.A.** - University of California, Los Angeles, 1987 (Biogeography)
**B.A.** - University of California, Berkeley, 1973 (Anthropology)

**PUBLICATIONS**

<u>Periodicals – In Print</u>

**2021** – "From Competition to Cooperation: A History of Canada-US National Park Relations" *Environment and History* 27(4): 607-634 (co-authored with Alan MacEachern and Lary Dilsaver)

**2018** – "Murray's Rush: The Adirondack Beginning of American Camping" *NY Archives Magazine* 18(1): 11-17

**2014** – "The End of Camping: Coming Home to the City" *BOOM: A Journal of California* 4(3): 70-75

    – "'Green and Shady Camps': E.P. Meinecke and the Restoration of America's Public Campgrounds" *The George Wright Forum* 31(1): 69-76

**2011** – "Collecting and Diffusing 'the World's Best Thought': International Cooperation by the National Park Service" *The George Wright Forum* 28(3): 269-278 (co-authored with Lary Dilsaver)

**2010** – "On Camping and Its Equipment" *Environmental History* 15(1, January 2010): 120-128

EXHIBIT 1 (Young)

**2009** – "'A Contradiction in Democratic Government': W.J. Trent, Jr. and the Struggle for Non-Segregated National Park Campgrounds" *Environmental History* 14(4, October 2009): 651-682

**2008** – "Four Visions of Nature in American Protected Areas" *Past Place* 16(2, Spring/Summer): 8-10 (Newsletter of the Historical Geography Specialty Group, Association of American Geographers)

**2007** – "U.S. Parks and Protected Areas: Origins, Meanings and Management" *Historical Geography* 35: 5-9 (co-authored with Lary Dilsaver)

**2006** – "German Influences on San Francisco's Nineteenth-Century Greenspace" *Die Gartenkunst* 18(1): 69-80

**2006** – "False, Cheap and Degraded: When History, Economy, and Environment Collided at Cades Cove, Great Smoky Mountains National Park" *Journal of Historical Geography* 32(1): 169-189

**2001** - "Place Matters" *Annals of the Association of American Geographers* 91(4): 681-682 (This is the introduction to a "Forum" of papers I originally organized at the 1998 meeting of the Association of American Geographers in Boston.)

    - "Moral Order, Language, and the Failure of the 1930 Recreation Plan for Los Angeles County" *Planning Perspectives* 16(4): 333-356

**2000** - "Belonging not Containing: The Vision of Bioregionalism" *Landscape Journal* 19(1): 46-49

**2000** - "Camping In America: From 1869 to the Present" *Arroyo View* 12(2): 9

**1998** - "From Manure to Steam: The Transformation of Greenhouse Heating In the United States, 1870-1900" *Agricultural History* 72(3): 574-596

**1996** - "Social Reform Through Parks: The American Civic Association's Program for a Better America" *Journal of Historical Geography* 22(4): 460-472

**1995** - "Modern Urban parks" *Geographical Review* 85(4): 544-560

    - "`I am my own authority': the landscape gardening of William Frederick Poppey" *Journal of Garden History* 15(4): 226-230

    - "Modern Cities and Nature" *The Society for Philosophy and Geography Newsletter* 1(2): 4-5

**1994** - "Trees, The Park, and Moral Order: The Significance of Golden Gate Park's First Plantings" *Journal of Garden History* 14(3): 158-170

**1993** - "San Francisco's Golden Gate Park and the Search for a Good Society, 1865-1880" *Forest and Conservation History* 37(1): 4-13

Periodicals – Online

**2022** – "Outdoor Imaginaries: The Emergence of Camping in Modern America" *Mondes du Tourisme* 21: http://journals.openedition.org/tourisme/4790

**2020** – "Pandemics & Public Lands" *National Parks Traveler* (August 26): https://www.nationalparkstraveler.org/2020/08/essay-pandemics-public-lands

**2018** – "E.P. Meinecke and the Development of the Modern Auto Campground" *IdeAs - Idées d'Amériques* 12(Automne/Hiver): https://journals.openedition.org/ideas/3502

– "Why Americans Invented the RV" in *What It Means to be American*: *A Conversation Hosted by the Smithsonian and Arizona State University* (September 4). Available at: http://www.zocalopublicsquare.org/2018/09/04/americans-invented-rv/ideas/essay/

**2017** – "The Religious Roots of America's Love for Camping" *What It Means to be American*: *A Conversation Hosted by the Smithsonian and Arizona State University* (October 12).  Available at: http://www.whatitmeanstobeamerican.org/encounters/the-religious-roots-of-americas-love-for-camping/

**2003** – "It's Not As Complicated As People Think" *LA Forum for Architecture and Urban Design Online Newsletter 5: Constructing Nature* (Spring 2003).  Available at: http://www.laforum.org/programs/pub/forum_issue_5_parks

Periodical – Special Issue Edited

**2007** – "US Parks and Protected Areas" for *Historical Geography* 35: 5-213 (co-edited with Lary Dilsaver)

**2000** - "Bioregionalism and Its Influence in Europe and the United States" for *Landscape Journal* 19(1, Spring): 46-88

Books – Authored

**2017** – *Heading Out: A History of American Camping*, Cornell University Press (Winner of the American Association of Geographers' J.B. Jackson Prize for 2018; Winner of the Western History Association's Hal K. Rothman Prize for 2018)

**2004 –** *Building San Francisco's Parks: 1850-1930,* The Johns Hopkins University Press

Books – Edited

**2002 -** *The Landscapes of Theme Parks: Antecedents and Variations*, Terence Young and Robert Riley, eds., Dumbarton Oaks Library and Research Center Press

Reports – Authored

**2000** - *Creating Community Greenspace: A Handbook for Developing Sustainable Open Spaces in Central Cities*, The California League of Conservation Voters-Education Fund: Los Angeles, CA

Book Chapters

**2018** – "Frederick Law Olmsted's Abandoned San Francisco Park Plan" in *The American Environment Revisited: Environmental Historical Geographies of the U.S.* (Lanham: Rowman & Littlefield), 145-160

**2014** – "The Passionate Geographer" in *North American Odyssey: Historical Geographies for the Twenty-first Century* (Lanham: Rowman & Littlefield), 315

**2008** – "Urban Parks, Leisure and the Good Society" in *Loisir et Liberté en Amérique du Nord*, P. Lagayette, Editor (Paris: Université Paris-Sorbonne, Paris IV), 59-71

**2006** – "Four Visions of Nature Conservation and Democracy in the United States" in *Naturschutz und Demokratie!?*, J. Wolschke-Bulmahn and G. Groening, Editors (Hannover, Germany: Centre of Garden Art + Landscape Architecture), pp. 215-220

4

**2004** - 'Historical Geography of the Environment' in *Geography in America at the Dawn of the 21st Century*, C. Wilmott and G. Gaile, Editors (NY: Oxford University Press), pp. 153-154

**2002** - "Grounding the Myth: Theme Park Landscapes in an Era of Commerce and Nationalism" in *The Landscapes of Theme Parks: Antecedents and Variations,* T. Young and R. Riley, Editors. (Washington: Dumbarton Oaks Library and Research Center), pp. 1-10

**2002** - "Virtue and Irony in a U.S. National Park" in *The Landscapes of Theme Parks: Antecedents and Variations,* T. Young and R. Riley, Editors. (Washington: Dumbarton Oaks Library and Research Center), pp. 155-179

**1999** - "Confronting Sustainability" in *Sustainable Landscape Design In Arid Climates*, William O'Reilly, Ed. (Geneva: The Aga Khan Trust for Culture), pp. 6-9
Encyclopedia Entries:

**2001** -"Urban Parks" in *The Oxford Companion to United States History*, P. Boyer, Editor In Chief (New York: Oxford University Press), p. 582

**1998** - "Golden Gate Park" in *Encyclopedia of Urban America: Cities and Suburbs*, Two Volumes, N.L. Shumsky, editor (ABC-Clio Publishing), p. 328

Book Reviews:

**2021** – *Camping Grounds: Public Nature in American Life from the Civil War to the Occupy Movement* by Phoebe S.K. Young for H-Environment, URL: https://www.h-net.org/reviews/showrev.php?id=56824

**2018** – *On the Trail: A History of American Hiking* by Silas Chamberlin for *Agricultural History* 92(3): 439-440

**2017** – *Trout Culture: How Fly Fishing Forever Changed the Rocky Mountain West* by Jen Corrinne Brown for *Environmental History* 22: 180-182

**2015** – *Inventing Stanley Park: An Environmental History* by Sean Kheraj for *Pacific Historical Review* 84: 97-98

**2014** – *Vacationland: Tourism and Environment in the Colorado High Country* by William Philpott for *Environmental History* 19: 589-590

**2013** – *Observation Points: The Visual Poetics of National Parks* by Thomas Patin, Ed. for *Journal of Historical Geography* 42: 220

**2011** – *Campsite: Architecture of Duration and Place* by Charlie Hailey for *Geographical Review* 101(3): 467-469

   – *Pilgrims of the Vertical: Yosemite Rock Climbers and Nature at Risk* by Joseph E. Taylor III for *Journal of Historical Geography* 37: 511-512

**2010** – *A Marvelous Hundred Square Miles: Black Hills Tourism, 1880-1941* by Suzanne Barta Julin for *Environmental History* 15(4): 788-789

**2008** – *National Park, City Playground: Mount Rainier National Park in the Twentieth Century* by Theodore Catton for *Environmental History* 13(2): 376-377

**2007** – *The Invention of the Park: From the Garden of Eden to Disney's Magic Kingdom* by Karen R.

Jones and John Wills for *Journal of Cultural Geography* 24(2): 113-114

**2006** – *Cumberland Island National Seashore: A History of Conservation Conflict* by Lary M. Dilsaver for *Geographical Review* 96(2): 322-325.

**2004** – *Republic of Shade: New England and the American Elm* by Thomas J. Campanella for *Environmental History* 9(4): 741-2

**2001** - *Enduring Roots: Encounters with Trees, History, and the American Landscape* by Gayle Brandow Samuels for *Planning Perspectives* 16(4): 409-410

**2001**- *The Los Angeles River: Its Life, Death, and Possible Rebirth* by Blake Gumprecht for *Technology and Culture* 42(2): 361-363

   - *How the Canyon Became Grand* by Stephen Pyne for *Professional Geographer* 53(1): 132-134

**2000** - *The World of André Le Nôtre* by Thierry Mariage for *Geographical Review* 90(3): 133-34

**1997** - *Invented Cities* by Mona Domosh for *Annals of the Association of American Geographers* 87(3): 539-540

**1996** - *Southern California Gardens* by Victoria Padilla for *Journal of Garden History* 16(3): 225-226

**1995** - *The American Environment: Interpretations of Past Geographies*, edited by Lary M. Dilsaver and Craig E. Colten for *Journal of Historical Geography* 21(1): 105-107

   - *The Ecological City: Preserving and Restoring Biodiversity*, edited by Rutherford H. Platt, Rowan A. Rowntree, and Pamela C. Muick for *The Annals of the Association of American Geographers* 85(2): 395-397

   - *Geography and the Human Spirit* by Anne Buttimer for *Environment and Planning A* 27(11): 1865-1866

**1993** - *Hard Places: Reading the Landscape of America's Historic Mining Districts* by Richard V. Francaviglia for *Technology and Culture* 34: 422-424

Websites-Co-authored:

**2004** – "Pomona Valley: Assessing Natural Boundaries and Greenspace" by Montgomery McIntosh, Terence Young, and Richard Worthington at
http://www.csupomona.edu/~tgyoung/Pomona_valley/pvindex.htm

**EXHIBITS CURATED**

**1997** - "Urban Parks in America" Studies In Landscape Architecture, Dumbarton Oaks, Washington DC

**1996** - "Le Jardin d'Anglais" Studies In Landscape Architecture, Dumbarton Oaks, Washington DC

**TELEVISION APPEARANCES**

**2000** - "Camping Technology" on *Modern Marvels*, The History Channel, June 5.

**RADIO APPEARANCES**

**2011** – Discussant about "The Parks of San Francisco: What's in Store for our Urban Oases" on "City

Visions Radio" at KALW – 91.7 FM, San Francisco, California, January 24

**PODCASTS**

**2021** – "William Coffin Coleman and The History of the Coleman Company" on The RV Atlas, June 25, available at: https://thervatlas.com/podcast/william-coffin-coleman-and-the-history-of-the-coleman-company/

**2020** – "Pandemics & the National Parks" on National Parks Traveler, August 23, available at: https://www.nationalparkstraveler.org/podcast/2020-08-23-national-parks-traveler-episode-80-pandemics-and-national-parks

**2019** – "Heading Out: A History of American Camping" on Writing Westward Podcast, March 8, available at: http://reddcenter.byu.edu/Blogs/redd-center-blog/Post/writing-westward-podcast-episode-007---terenc

**2017** – "Heading Out: The History of Camping" on The Art of Manliness, August 3, available at: http://www.artofmanliness.com/2017/08/03/podcast-327-heading-history-camping/


**ADMINISTRATION**

**2000-2002** - Project Manager, Environmental Sciences, Policy and Engineering Sustainable Cities Program, University of Southern California, Los Angeles.  I was responsible for the administration and timely completion of "Toward a Sustainable Los Angeles: 'A Nature Services' Approach," a $380,000 grant to investigate the applicability of an environmental GIS (CITYgreen) to the urbanized landscape of Southern California as well as its usefulness as a tool in Public Participation Planning in an older, densely populated, ethnically diverse neighborhood.  Funding came from the Haynes Foundation of Los Angeles.

**1996-1997** - Acting Director, Studies in Landscape Architecture, Dumbarton Oaks, Harvard University. This research program is one of three at Dumbarton Oaks.  It is international in scope with its focus on the critical and historical study of landscape.  I was responsible for the department to Dumbarton Oaks's Director.  Among other things, my duties included public and professional contacts, supervising a staff of four (two librarians, an administrative assistant, and a departmental assistant), selecting and supervising research fellows, public and professional outreach, budgeting, purchase of more than 900 rare and contemporary monographs, treatises, prints, and journals, developing museum exhibitions, organizing and moderating four one-day conferences (one in collaboration with the National Gallery and the Aga Khan Trust for Culture, and one with the American Institute for Contemporary German Studies) and one two-day conference, and editing a scholarly monograph of the presentations at the two-day conference.

**TEACHING**

Undergraduate:
Biogeography
California
Cultural Geography
Cultural Geography of the Environment
Ethnicity in the American City
Environmental Geography
Geographical Foundations (History and Philosophy of Geography)
Geography of Cultural and Historical Landscapes
Geography of US and Canada
Geography of World Cities
Historical Geography (Upper-Division introductory course)
Historical Geography: Diffusion of Europeans and their Environments
Introduction to Geography (Physical and Human)

Introduction to Human Geography
Introduction to Cultural Geography
Introduction to Physical Geography
Parks and Protected Areas
Protected Areas in a Regenerative World (Regenerative Studies Program)
Tourism in a Globalizing World
Urban Geography
World Regional Geography

Graduate:
Historical Geography of the United States
Protected Areas in a Regenerative World (Regenerative Studies Program)
Regenerative Concepts and Social Practices (Regenerative Studies Program)
Topics in Geography: Camping in America
Urban Geography: Utopianism in American Urban Planning

Post-graduate:
US National Parks, Forests and other protected areas – An Overview
Social & Legislative Aspects of US National Parks & Forests

**2005** – "Sustainable Tourism" at School for Hospitality and Tourism, Bulawayo Polytechnic University, Bulawayo, Zimbabwe, May 2-4

**AWARDS & GRANTS**

Awards

**2018** – J.B. Jackson Prize from the American Association of Geographers for *Heading Out: A History of American Camping* published by Cornell University Press

- Hal K. Rothman Prize from the Western History Association for *Heading Out: A History of American Camping* published by Cornell University Press

Fellowships

**2005-2006** – Lyle Center Faculty Fellowship, California State Polytechnic University, Pomona ($4,500)

**2001** - Huntington Fellowship, The Huntington Library, Art Collections, and Botanical Gardens, San Marino, CA (five months @ $2,000/mo.)

**1999** - W. M. Keck Foundation and Andrew W. Mellon Foundation Fellow, The Huntington Library, Art Collections, and Botanical Gardens, San Marino, CA (two months @$2,300/mo.)

**1995-1996** - Postdoctoral fellow, National Museum of American History, Smithsonian Institution, Washington, DC (twelve months)

**1991-1992** - Postdoctoral fellow, Dumbarton Oaks Library and Research Center, Harvard University, Washington, DC (Fall Semester)

Grants

**2023 –** California State University Emeritus and Retired Faculty & Staff Association, Research Grant of $600.00 for travel to Washington, DC.  Title: "The African Student Program, 1961-1969."

– Brigham Young University, The Redd Center, John Topham and Susan Redd Butler Off-Campus

8

Faculty Research Award of $2,000.00 for travel to Washington, DC and Amherst, MA.  Title: "'To Learn the Value of Conservation': Diffusing America's Protected-Area Methods to Post-Colonial Africa, 1961-1974."

**2013 –** Association of American Geographers, Research Grant of $1,000.00 for travel to Washington, DC and Yellowstone National Park.  Title: "US National Park Service Cooperation with Canada and In Africa."

**2008 – 2018 –** US National Park Service, Park History Program, Washington, DC – Volunteers in Parks Program – $4,600.00 and continuing for travel and research expenses.  Titles: "International Cooperation and the National Park Service" and "Yosemite State Park and the US National Parks"

**2008-2009** - California State Polytechnic University – Pomona, Research, Scholarship, and Creative Activities Grant of $4,736.00 for one course release to compose a scholarly article for a journal *Environmental History*. Title: "The Smooth Way to Rough It: Pilgrimage, McDonaldization and the Evolution of Camping Equipment."

**2008-2009** - California State Polytechnic University – Pomona, Faculty Professional Development Mini-grant of $400.00 to travel to a conference: American Society for Environmental History, Presentation title: "'A Clearer Picture of this Country': Airstream Trailers and the (Re)Discovery of America"

**2007-2008** – California State Polytechnic University – Pomona, International Center Faculty Travel Grant of $1,000.00 to travel to a conference: Common Ground, Converging Gazes: Integrating the Social and Environmental in History in Paris, France, Presentation title: "Going Home to Wilderness: Nature, Camping and American Sustainability"

**2007-2008** - California State Polytechnic University – Pomona, Faculty Professional Development Mini-grant of $600.00 to travel to a conference: Designing the Parks, Presentation title: "E.P. Meinecke and the Modernization of Autocamping"

**2005-06** - California State Polytechnic University – Pomona, Faculty Professional Development Mini-grant of $1,250.00 to support research travel, Title: "William J. Trent, jr. and The Struggle to Eliminate Segregated Campgrounds in U.S. National Parks."

**2006** – Benson Ford Research Center, The Henry Ford, Dearborn, MI – Clark Travel to Collections Grant of $1,200.00 to support travel to and research at the Research Center.

**2005** – The Adirondack Museum, Blue Mountain Lake, NY – Warder and Julia Cadbury Research Grant of $1,500.00 and housing to support travel to and research at the museum.

**2004-05** - California State Polytechnic University – Pomona, Faculty Professional Development Mini-grant of $2,000.00 to support research travel, Title: "William H.H. Murray and the origins of American camping."

**2004-05** - California State Polytechnic University – Pomona, Research, Scholarship, and Creative Activities Mini-grant of $4,276.00, Title: "The Garage in the Forest: E.P. Meinecke and the Origin of the Auto Campground."

**2003-04** - California State Polytechnic University – Pomona, Faculty Professional Development Mini-grant of $800.00 to support research travel, Title: "E.P. Meinecke's Modern Auto Campground"

**2002-03** - California State Polytechnic University – Pomona, Faculty Professional Development Mini-grant of $560.00 to support research travel, Title: "A Campground Policy: E.P. Meinecke and the Development of the American Campground"

**2002-03** - California State Polytechnic University – Pomona, Academic Affairs Research Mini-grant of $3,568.00, Title: "Culture, History, & Environmental Management in a U.S. National Park"

**2003** – Pomona College – Mellon Professional Activities Grant of $2,900.00, Title: "Pomona Valley Greenspace"

**1999** - Association of American Geographers Research Grant of $500.00 for field photographs.  Title: "Camping in America."

**1998** - An Association of American Geographers Annual Meeting Enrichment Grant of $400.00 to defray the participation expenses of Professor Edward Casey (Philosophy, SUNY-Stony Brook) in the Annual Meeting of the AAG in Boston, Massachusetts

     - A Cultural Geography Specialty Group (AAG) Grant of $250.00 to defray the participation expenses of Professor Edward Casey (Philosophy, SUNY-Stony Brook) in the Annual Meeting of the AAG in Boston, Massachusetts

     - An Historical Geography Specialty Group (AAG) Grant of $250.00 to defray the participation expenses of Professor Edward Casey (Philosophy, SUNY-Stony Brook) in the Annual Meeting of the AAG in Boston, Massachusetts

**1997** - A Graham Foundation Grant of $5,875.00 for travel, map production, photo reproduction, and permissions in preparation for the publication of *Building San Francisco's Parks, 1850-1930*

**1994** - A National Endowment for the Humanities Faculty Development Grant of $544.00 for travel to present a paper at the biannual meeting of the American Society for Environmental History in Las Vegas, Nevada

     - Association of American Geographers Research Grant of $500.00 for travel to collections and photo reproductions.  Title: "The American Civic Association and the U.S. National Parks, 1900-1940"

**1993** - A National Endowment for the Humanities Faculty Development Grant of $1,000.00 for electronic database searches, photo reproductions and travel to collections.  Title: "The American Civic Association and the U.S. National Park Service, 1900-1940"

     - A National Endowment for the Humanities Faculty Development Grant of $1,527.00 to travel to collections.  Title: "Country for the City: The Urban Motivations for National Parks"

     - Clemson University Teaching Award Grant of $1,860.00 to purchase equipment for Geography laboratories

**1992** - Clemson University Library Grant of $1,200.00 for Humanities Acquisitions in Geography

<u>Sabbatical Leave</u>

**2013-2014** – California State Polytechnic University, Pomona to research and write three professional articles about wilderness and international cooperation

**2006-2007** – California State Polytechnic University, Pomona to research and write *Heading Out: American Camping Since 1869*

**CONFERENCES ORGANIZED**

**1998** - "Environmentalism in Landscape Architecture," a two-day symposium at Dumbarton Oaks, Washington DC

     - "Designing Nature: Landscape Architecture in the U.S. National Parks" a one-day conference at

Dumbarton Oaks, Washington, DC

- "Modernism and the Pastoral" a one-day conference at Dumbarton Oaks, Washington, DC

**1997** - "Perspectives on the Study of Garden History," a two-day symposium at Dumbarton Oaks, Washington DC

- "The Landscapes of Suburbia" a one-day conference at Dumbarton Oaks, Washington, DC

- "Bioregionalism and Its Influence in Europe and the United States" a one-day conference at Dumbarton Oaks, Washington, DC (co-organized with the American Institute for Contemporary German Studies, Washington, DC)

-"Landscape Architecture and the Health of the Public" a one-day conference at Dumbarton Oaks, Washington, DC

**1996** - "Sustainable Landscape Design in Arid Climates" a one-day roundtable at Dumbarton Oaks, Washington, DC (co-organized with The Center for Advanced Studies in the Visual Arts/National Gallery of Arts, Washington, DC and the Aga Khan Trust for Culture, Geneva, Switzerland)

**PRESENTATIONS**

<u>Papers</u>:

**2023** – Annual Meeting of the American Association of Geographers, Denver, CO, March 24: "Diffusing America's 'Effective Methods' to Africa"

**2022** – Annual Meeting of the Association of Pacific Coast Geographers, Bellingham, WA, October 7: "'To Learn the Value of Conservation and Preservation': Diffusing America's Approach to Protected Areas through the African Student Program, 1961-1965"

– Annual Meeting of the European Society for Environmental History, Bristol, UK, July 4: "'Nature is not something optional': Essentialism and the History of American Urban Greening" (presented via Zoom)

– Annual Meeting of the American Society for Environmental History, Eugene, OR, March 26: "An Appreciation for Conservation and Wildlife Management": The National Park Service's African Student Program, 1961-1965"

– Annual Meeting of the American Association of Geographers, New York, NY, February 25: "The Potential African Leaders of Tomorrow": The National Park Service's African Student Program, 1961-1965 (presented via Zoom)

**2021** – Annual Meeting of the American Association of Geographers, Seattle, WA, April 8: "Essential Nature: Biophilia and the Greening of American Cities" (presented via Zoom)

**2019** – Annual Meeting of the Western History Association, Las Vegas, Nevada, Friday, October 18: "'To Keep in Touch with the Real America': The Wally Byam Foundation's Trailer-Camping Program of National Discovery and Re-Discovery"

**2018** – Annual meeting of the American Association of Geographers, New Orleans, LA, April 10: "'Nature is not something optional': Biophilia, Essentialism, and the Greening of American Cities"

– Annual meeting of the American Society for Environmental History, Riverside, CA, March 17: "'Nature is not something optional': Biophilia, Essentialism, and the Greening of American Cities"

**2017** – Annual meeting of the Association of Pacific Coast Geographers, Chico, CA, October 27: "'The Most Elaborate and Valuable Apparatus': Transnational Politics and the Linking of Canadian and American Park Agencies"

– Annual meeting of the American Association of Geographers, Boston, MA, April 7: Roundtable in honor of Nicholas Entrikin

– Annual meeting of the American Association of Geographers, Boston, MA, April 7: "For what did Lavoy Finicum die?"

– Biennial meeting of the George Wright Society, Norfolk, VA, April 3: "Yosemite and the Origins of America's National Parks"

**2016** – Annual meeting of the Association of Pacific Coast Geographers, Portland, OR, October 7: "Yosemite and the Origins of America's National Parks"

– Annual meeting of the American Association of Geographers, San Francisco, CA, April 1: "*In Media Res*: California as National Park-State Park Intersection"

**2015** – Annual meeting of the Association of Pacific Coast Geographers, Palm Springs, CA, October 23: "Christian Nationalism and the Antimodern Origins of the Pacific Crest Trail"

– Triennial meeting of the International Conference of Historical Geographers, London, United Kingdom, July 6: "Frederick Law Olmsted's Abandoned San Francisco Park Plan"

– Biennial meeting of the George Wright Society, Oakland, CA, March 30: "Renewing Our Faith and Ideals: Christian Nationalism and the Origins of the Pacific Crest Trail"

– Annual meeting of the American Society for Environmental History, Washington, DC, March 21: "'An Outstanding Feature of Our Relations': The Melding of Canadian and US Park Management after World War II"

**2013** – Annual meeting of the Association of American Geographers, Los Angeles, CA, April 9: "'To Think and Feel and Become Sanctified': Camping as American Pilgrimage"
– Biennial meeting of the George Wright Society, Denver, CO, March 11: "'The Illusion of Wildness' in America's Automobile Campgrounds"

**2012** – Annual meeting of the Association of American Geographers, New York, NY, February 25: "'The Cord that Binds the Necklace': The Development and Meaning of the Pacific Crest Trail"

**2011** – Annual meeting of the Association of Pacific Coast Geographers, San Francisco, CA, October 1: "Renewing Our Faith and Ideals: Pacific Crest Trail as Sacred Path"

– Biennial meeting of the European Society for Environmental History, Turku, Finland, June 28: "Exporting Yellowstone: The Office of International Affairs and the US National Park Service's Diffusion of Park Management around the World"

– Annual meeting of the American Society for Environmental History, Phoenix, AZ, April 17: "'I Am Especially Interested in Yellowstone and Glacier': NPS Interactions with Canada and the World"

– Annual meeting of the Association of American Geographers, Seattle, WA, April 13: "'I Am Especially Interested in Yellowstone and Glacier': Diffusing America's National Park Management to Canada and the World"

– Biennial meeting of the George Wright Society, New Orleans, LA, March 15: "Exporting

Yellowstone: The Office of International Affairs and the US National Park Service's Diffusion of Park Management around the World"

**2010** – Annual meeting of the Association of American Geographers, Washington, DC, April 16: "The Authenticity of Backpacking"

– Annual meeting of the American Society for Environmental History, Portland, OR, March 11: "Backpacking as Authentic Reconnection to Nature"

**2009** – Annual meeting of the Social Science History Association, Long Beach, CA, November 12: "Smoothing Out the Roughness: McDonaldization and the Evolution of Camping Equipment"

– Faculty Seminar in Regenerative Studies, John T. Lyle Center for Regenerative Studies, California Polytechnic State University – Pomona, November 7: "In Gaia's Garden: Reflections on John Lyle's Approach to Protected Areas"

– Annual meeting of the Association of Pacific Coast Geographers, San Diego, CA, October 2: "Smoothing Out the Roughness: Modernity and the Development of Camping Equipment"

– Annual meeting of the Association of American Geographers, Las Vegas, NV, March 24: "'A Clearer Picture of this Country': Trailering to (Re)Discover America"

– Annual meeting of the American Society for Environmental History, Tallahassee, FL, February 26: "'A Clearer Picture of this Country': Airstream Trailers and the (Re)Discovery of America"

**2008** – Common Ground, Converging Gazes: Integrating the Social and Environmental in History, École des Haute Études en Sciences Sociales, Paris, France, September 12: "Going Home to Wilderness: Parks, Camping and a Sustainable American Society"

– Annual meeting of the Association of American Geographers, Boston, MA, April 18: "'A Contradiction in Democratic Government': W.J. Trent and the Struggle to Desegregate National Park Campgrounds"

– Annual meeting of the American Society for Environmental History, Boise, ID, March 14: "Liberalizing Local Society: W.J. Trent, Jr. and the Fight to Desegregate National Park Campgrounds"

**2007** – Annual meeting of the Association of Pacific Coast Geographers, Long Beach, CA, October 20: "Seeing God in the Original: William H.H. Murray and the Origin of American Camping"

**2006** – Trienniel meeting of the International Conference of Historical Geographers, Hamburg, Germany, August  22: "To See God in the Original: William H.H. Murray and the Origins of American Camping"

– Annual meeting of the Association of American Geographers, Chicago, IL, March 10: "Practical Pilgrimage: How W.H.H. Murray Opened the Adirondacks to Tourism"

**2005** – Annual Meeting of the American Society for Environmental History, Houston, TX, March 19: "Going 'Home' to Wilderness: The Logic of American Camping"

**2004** – Nature Conservation and Democracy?!, Zentrum fur Gartenkunst + Landschaftsarchitektur, Universitat Hannover, Konigswinter, Germany, November 19: "Scene, Setting, System, and Story: Four Visions of Nature Conservation and Democracy in the United States"

- Leisure and Liberty, Universite Paris Sorbonne, Paris France, November 13: "Urban Parks, Leisure and the Good Society"

13

- Annual Meeting of the American Society for Environmental History, Victoria, BC, April 2: "The Garage in the Forest: E.P. Meinecke and the Modern Auto Campground"

- Annual Meeting of the Association of American Geographers, Philadelphia, PA, March 19: "E.P. Meinecke and the Modern Auto Campground"

**2003** – Annual Meeting of the Association of American Geographers, New Orleans, LA, March 5: "Camping, A Pilgrimage to Nature"

**2002** – Annual Meeting of the Association of Pacific Coast Geographers, San Bernardino, California, October 5: "Nature's Pilgrims: American Camping From 1869 to the 1990s"

- Convivial Design in a Remote-Controlled World, Pomona College, Claremont, CA: "Parks, Playgrounds and Beaches for the Millions"

- Annual Meeting of the Association of American Geographers, Los Angeles, CA: "GIS and Public Participation Planning: Recommendations from Hollywood, California"

- Annual Meeting of the American Society for Environmental History, Denver, CO: "Nature's Pilgrims: American Camping from 1869 to 1940"

**2001** - Annual Meeting of the American Society for Environmental History, Durham, NC: "Culture, History, and the Environmental Management of Cades Cove"

**1999** - Biennial Meeting of the Society for American City and Regional Planning History, Washington, DC: "Moral Order, Language, and the Failure of the 1930 Los Angeles Recreation Plan"

**1998** - Roundtable on Landscape Architecture and the National Parks, Studies in Landscape Architecture, Dumbarton Oaks, Washington, DC: "Ritual and Campgrounds in U.S. National Parks"

- Annual Meeting of the Association of American Geographers (AAG), Boston, MA: "Parks, Playgrounds, and Beaches: The Plan for a Healthy and Prosperous Los Angeles"

**1997** - Annual Symposium, Studies in Landscape Architecture, Dumbarton Oaks, Harvard University, Washington, DC: "Down the Garden Past"

- Annual Meeting of the AAG, Fort Worth, TX: "The Ritual of American Camping"

- Biennial Meeting of the American Society for Environmental History (ASEH), Baltimore, MD: "Imagining the Profitable Greenhouse: Heating Adoption and the Florification of the American Urban Landscape"

**1996** - Annual Conference on DC Historical Studies, Washington DC: "The Message of Landscape"

- Annual Meeting of the AAG, Charlotte, NC: "Administration, Development, and Access: The American Civic Association's Motivations for a National Park Service"

- Annual Meeting of the AAG, Charlotte, NC: "Nature as a Source of Goodness" (Panel)

- Annual Symposium, Studies in Landscape Architecture, Dumbarton Oaks, Harvard University, Washington, DC: "Virtue and Irony at Cades Cove"

**1995** - Annual Meeting of the AAG, Chicago, IL: "The American Civic Association and the National Park Service"

14

- Biennial Meeting of the ASEH, Las Vegas, NV: "Moral Order and the Origins of the National Park Service"

**1993** - Annual Meeting of the AAG, Atlanta, GA: "Viewing the Wilderness, or Recognizing Determinism in Two Environmental Movements"

**1992** - Annual Meeting of the AAG, San Diego, CA: "Creating Nature: The Use of Succession as a Technological Practice"

- Moderator and presenter at a colloquium on the nursery business and landscape architecture presented by Studies in Landscape Architecture, Dumbarton Oaks, Harvard University, Washington, DC. Presentation title: "The Historic Relationship between the Business of Ornamental Horticulture and the Art of Landscape Architecture"

**1991** - Annual Meeting of the AAG, Miami, FL: "From Local to National Parks: The Changing Scale of an American Interpretation of Nature"

- Fellows' Series at Dumbarton Oaks, Harvard University, Washington, DC: "`To Recognize the Good in the New:' Technology and Landscape in Nineteenth Century California"

Invited Lectures & colloquia:

**2020** – Keynote Speaker – "Outdoor Imaginaries: Camping in Modern America," Tourist Imaginaries and Mobility in the United States Conference, American Studies Program, University of Versailles Saint-Quentin-en-Yvelines, Versailles, France, February 6

**2019** – "'Roughing It Smoothly': American Autocamping in the Early Twentieth Century," Ohio University, Athens, OH, November 5

- "Modernity & Nature in America," Dumbarton Oaks Graduate Seminar, Washington, DC, May 21

- "Heading Out: To Walk in the Woods" at the Huntington Westerners, Pasadena, CA, May 4

**2018** – "'Roughing It Smoothly': The Appeal and Aftereffects of American Autocamping" at Montana State University, November 1

- "'Roughing It Smoothly': The Appeal and Aftereffects of American Autocamping" at Idaho State University, October 30

- "To Feel at Home in the Wild: E.P. Meinecke's Modern Autocampground" at Dumbarton Oaks, Washington, DC, October 17

- "Heading Out: To Walk in the Woods" at the Historical Society of Crescenta Valley, La Crescenta, CA, August 20

- "Heading Out: To Walk in the Woods" at the Pasadena Museum of History's At Home Series, May 22

- "Three California Connections" at Flintridge Bookstore, La Canada-Flintridge, CA, March 22

**2017** – "Values, Conflicts and America's Protected Lands" at Department of Geography and Environmental Studies, California State University San Bernardino, November 16 (for Geography Awareness Week)

– "The Value of Parks" in the District Planning and Compliance Course, California State Parks at the California Citrus Historic State Park, Riverside, CA, October 9

– "Fashionable Twaddle": Murray's Rush and America's First Camping Controversy" at the Kelly Adirondack Center, Union College, Schenectady, NY, August 9

– "Fashionable Twaddle": Murray's Rush and America's First Camping Controversy" for the public lecture series of the Adirondack Experience, Blue Mountain Lake, NY, August 7

– "Smoothing Out the Roughness: The Evolution of Camping Gear," National Museum of American History, Smithsonian Institution, Washington, DC, August 1

**2014** – "Swept Up in 'Murray's Rush': The Adirondack Beginnings of Camping in America" for the public lecture series of the Adirondack Museum, Blue Mountain Lake, NY, July 28

**2010** – "Camping: Between 'Roughing It' and Comfort" for Ontario Museum of History and Art, Ontario, CA, July 8

**2008** – "The Meaning of Golden Gate Park" for the Studio for Urban Projects, San Francisco, CA, October 18

- "Into the Wild: William H.H. Murray and the Beginning of American Camping" for the public lecture series of the Adirondack Museum, Blue Mountain Lake, NY, July 21

– "The Garage in the Forest: E.P. Meinecke's Modern Campground Program" for the Western History Workshop, Autry Center for the American West, Los Angeles, CA, February 7

**2007** – "Sequoias, Cars and the Transformation of Camping" for the California Historical Society, San Francisco, CA, December 6

– "Into the Wild" for the North American Environmental History Seminar, Huntington Library, San Marino, CA, March 10

**2006** – "Camping as American Palliative" for John Lyle Center for Regenerative Studies, Cal Poly Pomona, May 25

– "'A Recreation Ground for the Citizens': Frederick Law Olmsted's Abandoned San Francisco Park Plan" for California Studies Association, UC Berkeley, CA, April 20

- "A Park System for National Reform" for Pilgrim Congregational Church, Pomona, CA, February 7

**2005** – "German Influences on the Nineteenth-Century Greenspace of San Francisco" for the German Historical Institute and Bavarian American Academy, Munich, Germany, June 17

– "A Park System for National Reform" for Ontario Museum of History and Art, Ontario, CA, May 25

**2004** – "Building San Francisco's Parks" for Strybing Arboretum at the Conservatory of Flowers, Golden Gate Park, San Francisco, March 4

**2003** – "Liberty, Nature, and Public Places in the Writings of Alexis de Tocqueville and Frederick Law Olmsted", a Liberty Fund colloquia, Oak Park, Illinois, October 23-26, which came with a $900.00 stipend and all expenses paid.

- "Historical Geography of San Francisco's Parks" for California Council for the Humanities, San

Francisco, CA, June 25

- "How Did We Get Here?: A Brief History of American Park Design" in Going Native: Planning and Maintaining Parks for a Changing Los Angeles, a conference organized by the USC Center for Sustainable Cities for the Los Angeles Department of Recreation and Parks, May 14

**2001** – San Gabriel Valley Council of Governments, Industry, CA

- Sierra Club, Angeles Chapter, West Los Angeles Group

**2000** - Department of Geography, University of Southern California

- Interdisciplinary Studies, California State University-Dominguez Hills

- Sierra Club, Angeles Chapter, Pasadena Group

- Sierra Club, Angeles Chapter, Palos Verdes/South Bay Group

- Historic Preservation Program, University of Southern California

**1999** - University of California, Los Angeles, California Geographic Alliance, Institute for Teaching Advanced Placement Human Geography

- California State University-Hayward, Department of Geography

- Texas A&M University, College Station, Department of Geography

- Clemson University, Department of Parks, Recreation and Tourism Management

**1998** - San Francisco State University, Department of Geography and Human Environmental Studies

**1997** - Louisiana State University, Baton Rouge, Department of Geography and Anthropology

**1996** - University of Delaware, Newark, History Workshop in Technology, Society, and Culture

- Smithsonian Institution, Washington, DC, National Museum of American History

- University of Maryland, College Park, Department of Geography

**1995** - University of Tennessee, Knoxville, Department of Geography

- Clemson University/Tri-County Technical College, Anderson, SC, SCUREF Program in Environmental Education

**1994** - Smithsonian Institution, Washington, DC, National Museum of American History

- University of South Carolina, Spartanburg, Department of Psychology

**1993** - University of South Carolina, Columbia, Department of Geography

- Clemson University, Department of Parks, Recreation, and Tourism Management

**1992** - University of Wisconsin, Madison, Department of Geography

**1991** - University of California, Los Angeles, Folklore and Mythology Program

17

- University of California, Los Angeles, Department of Geography

<u>Commenter/Discussant</u>

**2019** – Session Title: ""Getting Here: Travel, Capitalism, and Leisure in the Evolving West," Annual Meeting of the Western History Association, Las Vegas, NV, October 18

**2014** – Discussant concerning "925,000 Campsites," an exhibit by Martin Hogue, SUNY-Syracuse at WUHO, Woodbury University's Hollywood Art Gallery, Los Angeles, California, October  5

**2013** – Session Title: "Down and Out in Parks and Protected Areas: Social, Cultural and Historical Approaches," Annual Meeting of the Association of American Geographers, Los Angeles, California, April 10

**2007** – Session Title: "Constructed Nature: Urban Parks as Public Space/Civic Culture – Historical Perspectives," Annual Meeting of the Association of American Geographers, San Francisco, California, April 20

**2003** – Session Title: "Prehistoric Landscapes and Finite Resources," Haynes Foundation Conference: A Sustainable Future? Environmental Patterns and the Los Angeles Past, California Institute of Technology, Pasadena, California, September 19.  Available on the web at: http://today.caltech.edu/theater/03_04/la_sustainability/

**2000** - Session Title: "Playing Out-of-Doors between the Wars: The Role of Outdoor Recreation in Re-creating American Nature, 1919-1945," Annual Meeting of the American Historical Association, Chicago, Illinois

**1999** - Session Title: "When You Went to See Nature, What Did You See?," Annual Meeting of the American Society for Environmental History, Tucson, Arizona

<u>Scholarly Fieldtrips</u>

**2007** – "Los Angeles Against the Mountains" at the annual meeting of the Association of Pacific Coast Geographers, Long Beach, California, October 18

- "The Great Sand Waste: An Historical Look at Golden Gate Park" at the annual meeting of the Association of American Geographers, San Francisco, California, April 19

**SERVICE**

<u>Departmental Assignments</u>

**2010 – 2013** – Departmental Website Administrator

<u>Departmental Committees</u>

**2019** – DRTP member

**2014 – 2020** – Chair, Faculty Presentations

**2014 – 2019** – Chair, Temporary Faculty RTP

**2007- 2009** – Policies and Procedures

**2002-2007** – Computer Lab Committee

**2002-2003** – Ad Hoc Committee on Combining GEO 200 and GEO 461

College Committees

**2012 – 2013, 2014 - 2015** – CLASS RTP Committee

**2003-2006, 2007- 2010** – Curriculum (co-member from our department with Michael Reibel in 2003-04)

**2004-2006** – International Education Committee

University Committees

**2002-2006, 2007 - 2013** – Course Grade Appeals

**2003-2005** – Faculty/Staff Affairs

**2002-2003** – Outstanding Staff Awards

Ph.D. Committees

Robert Dye, Department of Parks, Recreation and Tourism Management, Clemson University, Clemson, SC

Kathleen Mengak, Department of Parks, Recreation and Tourism Management, Clemson University, Clemson, SC

M.A./M.S./M.L.A. Committees

Angelica Rocha, Regenerative Studies Program, California State Polytechnic University – Pomona (Co-chair of committee) (MS awarded 2019)

Norma Saldana, Regenerative Studies Program, California State Polytechnic University – Pomona (MS awarded 2019)

Crystal Weintrub, Regenerative Studies Program, California State Polytechnic University – Pomona (MS awarded 2014)

Rachel Boldt (nee Camp), Regenerative Studies Program, California State Polytechnic University – Pomona (Chair of committee) (MS awarded 2012)

April Garbat, Department of Landscape Architecture, California Polytechnic State University – Pomona (MLA awarded 2011)

Jacob Feldman, Regenerative Studies Program, California State Polytechnic University – Pomona (MS awarded 2011)

Martin Hogue, Department of Landscape Architecture, University of Toronto (MLA degree awarded 2010)

Leslie Johnson, Department of Art, California State University – Long Beach (MA degree awarded 2007)

Doug Kent, Regenerative Studies Program, California State Polytechnic University – Pomona (MS degree

awarded 2006)

Keith Miller, Department of Geography, California State University – Long Beach (MA degree awarded 2003)

<u>Undergraduate Support</u>

McNair Scholars Program, California State Polytechnic University – Pomona, Advisor for Jennifer Stevens, 2004-2005

McNair Scholars Program, California State Polytechnic University - Pomona, Advisor for Stephanie Marley, 2003-2004

<u>Presentations Organized</u>:

Individuals:

**2017** - Professor Gert Gröning from the Institute for the History and Theory of Design, University of the Arts, Berlin, Germany to present a public lecture at California State Polytechnic University – Pomona entitled "Aspects of the Creation of the Prince Pūckler Estate at Bad Muskau, Germany – A UNESCO World Heritage Site"

   - Professor Brian Pompeii from the California Polytechnic State University, San Luis Obispo to present a public lecture at California State Polytechnic University – Pomona entitled "Unmet needs in a creeping hazard:  The Great California Drought in Tulare County"

**2015** - Professor Gert Gröning from the Institute for the History and Theory of Design, University of the Arts, Berlin, Germany to present a public lecture at California State Polytechnic University – Pomona entitled "Allotment Gardens in Germany"
   - Professor Lary Dilsaver from the University of South Alabama, Mobile, AL to present a public lecture at California State Polytechnic University – Pomona entitled "The Evolving Perception of Arid Lands and the Management of Joshua Tree National Park"

**2003** – Professor Gert Gröning from the Institute for the History and Theory of Design, University of the Arts, Berlin, Germany to present a public lecture at California State Polytechnic University – Pomona entitled, "Nazism and Landscape Architecture, A Strange Connection" as well as studios in the Landscape Architecture Department.  Co-organized with Professor Joan Woodward, Department of Landscape Architecture.

**1998** - Professor Edward Casey from the Department of Philosophy, State University of New York, Stony Brook to give a lecture at the Annual Meeting of the Association of American Geographers, Boston, MA. Professors J. Nicholas Entrikin (Geography, UCLA), Edward Relph (Geography, University of Toronto), and Edward Soja (Urban Planning, UCLA) responded.

**1994** - Professor Gert Groening from the Fachbereich Architektur, Hochschule der Kuenste Berlin, Germany to give a lecture at Clemson University on Nazi ideology and landscape architecture.

Series:

**2010** – "Sustainability and …", An eight week series of speakers during spring quarter for the John T. Lyle Center for Regenerative Studies, California Polytechnic University – Pomona

Group:

**2017** – "People, Politics, and Place in the Historic Shaping of America's Western National Parks" (One

session of four speakers and a discussant) at the biennial meeting of the George Wright Society, Norfolk, VA, April 3

**2015** – "The Many Consequences of Seeing 'Nature'" (One session of five speakers) at the biennial meeting of the George Wright Society, Oakland, CA, March 30

**2015** – "The Internationalization of Nature Protection in North America" (One session of four speakers and a discussant) at the annual meeting of the American Society for Environmental History, Washington, DC, March 21

**2013** – "Bargaining with Distant Places: Historical and Cultural Aspects of Real and Virtual Travel" (One session of 4 speakers and a discussant) at the annual meeting of the Association of American Geographers, Los Angeles, CA, April

**2011** – "Seeing the Park in the Trees: Historical Approaches to Parks and Protected Areas" (One session of 5 speakers) co-organized with Yolonda Youngs, Oklahoma State University) at the annual meeting of the Association of American Geographers, Seattle, WA, April 13

**2010** – "To Protect and Serve: Explorations into the Nature-Culture Dialectic in America" (Four sessions of 16 speakers co-organized with Yolonda Youngs, Oklahoma State University and Geoff Buckley, Ohio University) at the annual meeting of the Association of American Geographers, Washington, DC, April 16

**2009** – "Parks Gone Wild: Exploring the Boundaries of Nature Protection" (Two sessions of 8 speakers co-organized with Yolonda Youngs, Arizona State University) at the annual meeting of the Association of American Geographers, Las Vegas, NV, March 24

**2008** – "Conversations with the Arch Amenity" (Three sessions of 12 speakers co-organized with Yolonda Youngs, Arizona State University) at the annual meeting of the Association of American Geographers, Boston, MA, April 18
      – "The Shifting Good of National Parks" at the annual meeting of the American Society for Environmental History, Boise, ID, March 14

**2007** – "Going Wild, Going Out of Bounds: Reshaping the American Encounter with Wilderness" (co-organized with Yolonda Youngs, Arizona State University) at the annual meeting of the Association of Pacific Coast Geographers, Long Beach, CA, October 20

      - "North American Parks and Protected Areas" (Three sessions of 12 speakers co-organized with Yolonda Youngs, Arizona State University) at the annual meeting of the Association of American Geographers, San Francisco, California, April 21

**2005** – "Ideology and Recreational Environments" at the annual meeting of the American Society for Environmental History, Houston, Texas, March 19.

**2004** – "Natural Camps, Natural Scenes and Naturists: Popular Environmentalism in the 1930s and Beyond" at the annual meeting of the American Society for Environmental History, Victoria, BC, April 2.

**2003** – "Desire, Escape, Identity, and Relevance: The Allure and (Ab)use of Tourist and Recreational Environments" at the Annual Meeting of the Association of American Geographers, New Orleans, LA, March 5.

**2002** – "Suburbanization in Southern California" at the Annual Meeting of the California Studies Association, San Juan Capistrano, CA

**2002** - "Managing the Rivers and Coast of Southern California" at the Annual Meeting of the California Studies Association, San Juan Capistrano, CA

**2002** - "Toward a Sustainable Los Angeles: A 'Nature's Services' Approach" at the Annual Meeting of the Association of American Geographers, Los Angeles, CA

**1996** - "Accessing America's Parks" at the Annual Meeting of the Association of American Geographers (AAG), Charlotte, NC

**1996** - "The Uses of Nature" at the Annual Meeting of the AAG, Charlotte, NC

**1993** - "Rethinking Environmental Determinism: New Perspectives on a Geographical Taboo" at the Annual Meeting of the AAG, Atlanta, GA

Manuscripts and proposals reviewed for:

*Agricultural History*
*Association of Pacific Coast Geographers Yearbook*
*California History*
Center for American Places/University of Chicago Press
*cultural geographies*
*Ecumene*
*Environmental History*
*Gender, Place and Culture*
*Geographical Review*
*GeoJournal*
*Historical Geography*
*Journal of Cultural Geography*
*Journal of Historical Geography*
*Journal of Planning History*
*Journal of Urban Design*
*Land Use Policy*
*Landscape Journal*
*Landscape Research*
Louisiana State University Press
National Science Foundation
*Pacific Historical Review*
*Park Stewardship Forum*
*Philosophy and Geography*
*Society and Space*
*Studies in the History of Gardens and Designed Landscapes*
US National Park Service
University of Massachusetts Press
University of Virginia Press
*Western Historical Quarterly*

Other

**2021-present** – Advisory Member, Publications Committee, George Wright Society

**2022-present** – Secretary, Association of Pacific Coast Geographers

**2023-2024** – Chair, Protected Areas Specialty Group, American Association of Geographers

**2020-2023** – Vice Chair, Protected Areas Specialty Group, American Association of Geographers

**2013-2017** – Member, Editorial Board, *Environmental History*

**2013-2014** – Local Arrangements Committee for American Society for Environmental History's 2014 annual meeting in San Francisco, CA

**2012-2013** – Local Arrangements Committee for Association of American Geographers 2013 annual meeting in Los Angeles, CA

**2008-2011** – Publications Committee, Association of American Geographers

**2006-2007** – WINGS Advisory Board, Earth Science and Anthropology Department, Los Angeles Valley College, Valley Glen, CA (Project funded by USDA)

**2003-2004** – Program Committee for the 2004 meeting of the California Studies Association, Loyola Marymount University, Westchester, California

**2002-2006** – Steering Committee, California Studies Association

**2002** - Program Committee for the annual meeting of the Association of American Geographers, Los Angeles, California

**2002** - Program Committee for the annual meeting of the California Studies Association, Orange County, California

**2001** - Member, Technical Advisors, World of Ecology Exhibition, Los Angeles County Museum of Natural History

**2001** - Program Committee for the annual meeting of the American Society for Environmental History, Durham, North Carolina

**1999 to 2008** - Editorial Board, *Historical Geography*

**1995 to 1999** - Book Review Editor, *Historical Geography*

**1996** - Member, Teller Committee, Association of American Geographers

**1994 to 1998** - Director & Awards Committee Chair, AAG-Cultural Geography Specialty Group

**1993 to 1995** - Bibliographic compiler for the AAG-Historical Geography Specialty Group newsletter, *Past Place*

**1993-1994** - Judge for the AAG-Historical Geography Specialty Group student paper competition

**1993-1994** - Judge for the AAG-Cultural Geography Specialty Group student paper competition

**PROFESSIONAL MEMBERSHIPS**

American Society for Environmental History
American Association of Geographers
Association of Pacific Coast Geographers
European Society for Environmental History
George Wright Society