THE

# ACTS AND RESOLVES

PASSED BY

## The General Assembly

OF THE

# STATE OF VERMONT,

AT THE

## OCTOBER SESSION,

## 1852.



PUBLISHED BY AUTHORITY.

MONTPELIER:

E. P. Walton & Son, Printers.

1852.

EXHIBIT 6 (McLean)

No. 24.—AN ACT TO PREVENT TRAFFIC IN INTOXICATING
LIQUORS FOR THE PURPOSE OF DRINKING.

SECTION

1. Manufacture, sale, &c., of intoxicating liquor prohibited, except as provided in this act.
2. A county commissioner to be chosen annually; compensation fixed.
3. Commissioner to appoint an agent of the several towns, to purchase and sell, for the town of which he is agent, intoxicating liquor for certain purposes, under certain regulations.
4. Agent to execute a bond for the faithful performance of his trust.
5. Penalties for selling, &c. intoxicating liquors in violation of this act.
6. Justices of the peace and county courts to have concurrent jurisdiction of offences. Prosecutions, how to be made.
7. No appeal allowed from decision of justices of the peace, unless certain securities are given.
8. Commissioner empowered to revoke license of agent, and to prosecute him for violations of this act.
9. No person to be manufacturer or common seller unless appointed agent as aforesaid. Penalties prescribed. Proviso, in relation to cider, and manufacture for private use.
10. Persons engaged unlawfully in such traffic disqualified to sit upon any jury in cases arising under this act.
11. Prosecutions under this act to take precedence of other cases, except certain criminal cases, and not to be discontinued or continued unless required by purposes of justice.
12. Provisions for search and destruction of liquor in certain case.
13. Provisions in case the owner of any liquor is unknown, and in case it belongs to any town.
14. Appeal from judgment of justice allowed and regulated. Liquors may be kept by manufacturers &c. for use.
15. Provisions for seizing liquor in shanties, &c. on ground of any public show or occasion.
16. In cases appealed when judgment is affirmed, liquors to be destroyed.
17. Witnesses to be bound over for appearance at county court.
18. Forms of complaints given. Defects may be amended. Fine to be imposed for each act of selling proved.
19. Fees regulated. ,
20. Powers of city authorities under this act.
21. Payments for liquors sold in violation of this law to be treated as against law.  In suits, buyer and seller may be a witness.  No action to lie for recovery of liquor, or its value, unless the same sold or purchased agreeably to this act.
22. Persons intoxicated and disturbing the public peace may be apprehended, and compelled to disclose where they obtained such liquor.
23. Penalty for neglect of duty by public officer.
24. Grand jury to make presentments.

Fine to be received and paid by the state treasury.

25. Penalty on state's attorney for settling with offenders.

26. Former acts repealed.

27. Act when to take effect.

28. Provisions for obtaining an expression of the choice of the freemen.

29. Canvass of votes, when to be made.

30. This act not to affect prosecutions under the present law: and not to interfere with licenses now granted.

31. Provisions for first election of county commissioners in case the people vote in favor of this act.

*It is hereby enacted by the General Assembly of the State of Vermont, as follows :*

SEC. 1.   No person shall be allowed, at any time or place within this state, except as hereinafter provided, to manufacture, sell, furnish or give away, by himself, his clerk, servant or agent, any spirituous or intoxicating liquor, or mixed liquor, of which a part is spirituous or intoxicating, all which is intended by the phrase intoxicating liquor wherever it occurs in this act : *Provided,* that nothing in this act shall be construed to prevent the manufacture, sale and use of the fruit of the vine for the commemoration of the Lord's supper.

SEC. 2.   There shall be chosen by ballot at each annual March meeting in this state, by the legal voters in such meeting, a county commissioner for each county—each to be chosen by the legal voters of the several towns in their respective counties, a notice of which election shall be by the selectmen inserted in the warning for town meetings, and a certificate of the votes given for such commissioner shall be forwarded, by the town clerks of the several towns, to the clerk of the county in which such towns are situated, on or before the second Tuesday in April next after such election ; and the clerk aforesaid shall, on the second Tuesday in April, canvass the votes so returned, and the person having the greatest number of votes so returned shall be declared elected commissioner, and the clerk aforesaid shall issue, to the person so elected, a proper certificate of his election, and make suitable proclamation of such election in one or more newspapers printed in such county, or if there be no such paper printed in such county, then in one or more papers printed in an adjoining county.   And such commissioners shall hold their respective offices for the term of one year, and until others are chosen in their stead, and shall have full power to perform all the duties required of them by this act, and shall receive as compensation, for services rendered as required by this act, six cents per mile for all necessary travel, and two dollars per day for time actually spent in the performance of duties herein required. to be paid from the treasuries of the respective counties.

SEC. 3.   The commissioner of any county, on the first Monday in May, annually, or as soon after as may be convenient, may appoint some suitable person as the agent of any town or city in the county, to purchase, at the expense of the town or city, for which such agent is appointed, and to sell at some central or convenient place therein, intoxicating liquor, to be used for medicinal, chemical, and mechanical purposes only ; and the money received for such sales shall be paid into the treasuries of their respective towns or cities; and such agent shall receive such compensation for his services as the selectmen of the town, or mayor and aldermen of the city, shall prescribe ; and shall, in the sale of such liquor, conform to such rules and regulations as said commissioner shall prescribe; and shall hold his situation for one year, unless sooner removed by said commissioner, or his successor in office.   And in case such appointment becomes vacant by removal or otherwise, said commisioner may appoint some other person to the situation for the remainder of the year : *Provided*, that no innkeeper, or keeper of a house of public entertainment, shall be appointed such agent in any town or city in the state.

SEC. 4.   Such agent shall receive a certificate from the commissioner appointing him, authorizing him, as the agent of the town, to sell intoxicating liquor for medicinal, chemical, and mechanical purposes only ; but such certificate shall not be delivered unto him, or take effect, until he shall, if required by the commissioner, have executed and delivered a bond, with two good and sufficient sureties, to said commissioner, in the sum of six hundred dollars, in substance, as follows :

" Know all men that we ———— as principal, and ———— as sureties, are holden to the county of ————, in the sum of six hundred dollars, for the payment of which, to said county, we bind ourselves, our heirs, executors and administrators firmly by these presents.

" Witness our own hands and seals hereto affixed, this ———— day of ———— A. D. ————.

" Provided, that if the said ———— shall, so long as he is agent of the town of ———— for selling intoxicating liquor, conform to the provisions of the law relating to the traffic in such liquor, and to such rules and regulations respecting the same as have been or may be prescribed by the commissioner of said county, not inconsistent with the provisions of this act, then this obligation shall be void ; otherwise of force."

SEC. 5.   If any person, by himself, clerk, servant or agent, shall sell, furnish or give away, any intoxicating liquor in violation of this act, he shall forfeit and pay to the treasurer of the town where such offence is committed, upon the first conviction, ten dollars and costs of prosecution ; on the second con-

viction he shall forfeit and pay as aforesaid twenty dollars and the costs of prosecution; and on the third conviction, he shall forfeit and pay as aforesaid twenty dollars and the costs, and be imprisoned in the county jail not less than three months, nor more than six months.

SEC. 6.  Justices of the peace shall have concurrent jurisdiction in their several counties with the county court, to hear and determine all offences against the above section, though inhabitants of the town where the offence is committed; and the same may be tried upon the complaint of the grand juror of such town, or of the state's attorney, before any justice, or upon the information of the state's attorney, before the county court for such county.  And such forfeiture may also be recovered in an action of debt in the name of such town; and it shall be the duty of the selectmen of such town to institute such action, on being informed of any such offence and furnished with evidence thereof.

SEC. 7.  No person shall be allowed an appeal from the judgment rendered against him by any justice on the trial of such action or complaint, until he recognize, with good and sufficient sureties, in the sum of not less than one hundred dollars, to prosecute his appeal to effect, and to pay all costs, fines and forfeitures, and undergo all penalties that may be awarded against him upon the final disposition of such action or complaint; nor until he give a bond, with other good and sufficient sureties, to the town or city where such offence was committed, in the sum of two hundred dollars, conditioned that he will not, during the pendency of such appeal, violate any of the provisions of this act.

SEC. 8.  Whenever complaint shall be made to the commissioner of any county, that any agent, appointed by him or his predecessor under this act, has violated the terms of his license, or has broken the condition of his bond, he shall notify him thereof; and if, on hearing, it shall appear that such terms have been violated, or that such condition has been broken, he shall revoke and make void his appointment.  And whenever any breach of the condition of such bond shall come to the knowledge of such commissioner, he shall cause the same to be prosecuted.

SEC. 9.  No person shall be a manufacturer or common seller of intoxicating liquor within this state, without being appointed agent as herein before provided; and every person convicted thereof the first time shall forfeit and pay the sum of one hundred dollars and costs of prosecution; the second, and every subsequent time, two hundred dollars; and on being convicted thereof the third, or any subsequent time, he shall be imprisoned in the county jail not less than four nor more than

twelve months ; such forfeiture and payment to be recovered, and such penalty to be inflicted, upon complaint, information or indictment ; but if not so prosecuted within one year after the offence is committed, such forfeiture and payment may be recovered by an action of debt, in the name and for the benefit of the town or city where the offence was committed ; and it shall be the duty of the selectmen of such town, or the mayor or aldermen of any city, to commence such action, upon being informed of any such offence and furnished with the evidence thereof : *Provided*, that nothing in this act contained shall be construed to prevent the manufacture and sale of cid. r in quantities of not less than five gallons for medicinal, chemical, mechanical and culinary purposes only, nor the manufacture, by any one for his own consumption and use, of any fermented liquor.

SEC. 10.   No person engaged in unlawful traffic in intoxicating liquor shall be competent to sit upon any jury, in any case arising under this act ; and when information shall be communicated to the court that any member empannelled upon such jury is believed to be engaged in such traffic, the court shall inquire of him as to the truth thereof ; and no answer that he shall make shall be used against him in any case arising under this act ; but he may decline to answer, and in that case he shall be discharged from such panel ; and if he answer falsely, he shall be incapable of serving upon any jury thereafter : *Provided*, that no verdict against any respondent in such a case shall be vitiated or impeached, in consequence of such a person having been upon the jury by which it was rendered.

SEC. 11.   All cases arising under this act shall take precedence of all other trials in the court in which they are pending, except those in criminal cases where the respondents are under arrest ; and neither the court nor prosecuting officer shall have authority to enter a nolle prosequi, or to grant a continuance, in any case arising under this act, either before or after the verdict, except where the purposes of justice require it.

SEC. 12.   If any three persons, voters in any town, shall make complaint, under oath or affirmation, before any justice of the peace in the county, that they have reason to believe, and do believe, that intoxicating liquor is kept or deposited in any dwellinghouse, store, shop, steamboat, or water-craft of any kind, depot, railroad car, or land carriage of any kind, warehouse or other building or place in said town, and intended for sale, by any person not authorized to sell the same, said justice of the peace shall issue a warrant, to any sheriff or constable of the state, to search the premises described in such complaint ; and if any intoxicating liquor is found therein under circumstances warranting the belief that it is intended for sale contrary to the

provisions of this act, such officer shall seize the same and convey it to some proper place of security, and keep the same until final action is had thereon; and the owner or keeper of the liquor so seized, if he be known to the officer seizing the same, shall be summoned by him to appear forthwith before the justice issuing the warrant; and if he fail to appear, or to show by satisfactory evidence that said liquor is not intended for sale contrary to the provisions of this act, or is of foreign production, that the same has been imported under the laws of the United States, and in accordance therewith, that it is contained in the original packages in which it was imported, in quantities not less than the laws of the United States prescribe, such liquor shall be adjudged forfeited, and shall be destroyed under a written order of said justice, and in his presence, or in the presence of some person appointed by him, and named in said order for that purpose, who shall join with the officer executing such order in certifying, upon the back thereof, the execution of the same; and the owner or keeper of such liquor shall pay to said town a fine of twenty dollars and costs, if, in the opinion of said justice, said liquor was kept or deposited for the purpose of sale, contrary to the provisions of this act. And the custom house certificate of importation, and proof of marks on the casks or packages, in which such liquor is contained, corresponding thereto, shall not be received as evidence that the liquor contained in such packages is that actually imported therein.

SEC. 13.   If the owner, keeper or possessor of any liquor so seized shall be unknown to the officer seizing the same, it shall, before being destroyed, be advertised, with the number and description of the casks or packages, by posting up in some public place, for two weeks, a written notice of the proceeding. And if it shall be made to appear, within the space of two weeks as aforesaid, that said liquor is actually the property of any town in this state, and was so when seized, and had been purchased for sale by the agent of such town, for medicinal, chemical and mechanical purposes only, the officer having the custody of such liquor shall, upon the order of such justice, deliver said liquor to the agent of the town whose property it is, taking his receipt for the same, upon the back of said order, which he shall thereupon return to said justice; and if not so made to appear, such liquor shall be proceeded with as provided in the last preceding section.

SEC. 14.   Any person claiming such liquor may appeal from the judgment of said justice; but his appeal shall not be allowed until he give, with good and sufficient sureties, a bond in the sum of two hundred dollars, conditioned that he prosecute his appeal to effect, and pay all fines, forfeitures, and costs

which may be finally awarded against him; and if the final decision be against him, and the liquor seized as aforesaid exceed in quantity five gallons, he shall be adjudged by the court a common seller of intoxicating liquor, and shall be subject to the penalties provided in section nine of this act, and said liquor shall be destroyed, as provided in section twelve. Nothing in this act contained shall be so construed as to prevent any chemist, artist or manufacturer, in whose art or trade it may be necessary, from keeping, at his place of business, such reasonable and proper quantity of distilled liquor as he may have occasion to use in his art or trade, but not for sale.

SEC. 15. It shall be the duty of any sheriff, sheriff's deputy, constable, selectman, or grand juror, if he shall have information that any intoxicating liquor is kept or sold in any tent, shanty, hut or place of any kind for selling refreshments in any public place, except dwelling houses, on or near the ground of any cattle show, agricultural exhibition, military muster or public occasion of any kind, to search such suspected place without warrant, and if such officer shall find upon the premises any intoxicating liquor, he shall seize and apprehend the keeper or keepers of such place, and take them, with the liquor so found and seized, forthwith, or as soon as conveniently may be, before some justice of the peace of the town in which the same was found; and thereupon such officer shall make a written complaint under oath, and subscribed by him, to such justice; and upon proof that such liquor is intoxicating, that the same was found in the possession of the accused, in a tent, shanty, or other place as aforesaid, he or they shall be sentenced to imprisonment, in the county jail of the county where such offence was committed, for thirty days, and the liquor so seized shall be destroyed by order of said justice, as provided in the twelfth section of this act; and if any person, apprehended under this section and sentenced as aforesaid, shall claim an appeal, before his appeal is allowed, he shall recognize, with good and sufficient sureties, in the sum of one hundred dollars, that he will prosecute his said appeal to effect, and pay all fines and costs, and suffer such penalty as may be awarded against him. And if he is convicted upon such appeal, he shall, in addition to the penalty imposed by such justice, pay a fine of ten dollars to the town where said liquor was seized as aforesaid. And any person resisting an officer in the execution of his duties under this or any other section of this act, shall be liable to the same penalties as are provided by law for resisting a sheriff in the execution of legal process.

SEC. 16. Whenever the appellant, in any case arising under this act, shall fail to enter and prosecute his appeal, or shall be convicted, the county court, or court in which such appeal is

finally decided, shall order all liquor seized upon the original complaint, or complaint and warrant, to be destroyed forthwith, under the order of such court, as in case of liquor destroyed under an order of a justice of the peace, as herein before provided.

SEC. 17. It shall be the duty of the justice of the peace or county court, before whom any case arising under this act is tried, if requested by either party, to take the recognizance of the necessary witnesses, who shall have testified in the case, for their appearance at the county court, in the same sum in which the respondent is ordered to find bonds. And in case any such witness shall refuse to enter into the bond of recognizance ordered, he may be committed to jail on the warrant of the justice or court making such order.

SEC. 18. Complaints for any offence against the fifth section of this act shall be substantially in the following form, to wit :

" STATE OF VERMONT, ⟩
——— County, ss.   ⟨ To A. B., justice of the peace for the county of ——— comes C.D., grand juror of the town of ——— in said county, and complains that E. F., of ——— on the ——— day of ——— A. D. ——— at ——— did at divers times sell, furnish, or give away, (as the case may be,) intoxicating liquor, without authority, contrary to the form of the statute in such case made and provided, and against the peace and dignity of the state.  C. D., *grand juror.*"  And the justice, to whom such complaint is made, shall certify thereon, substantially as follows :—" This complaint, exhibited to me this ——— day of ——— A. D. ———.  A. B., *justice of the peace.*"  And for all offences against the ninth section of this act, the complaint shall be, in substantially the same form, inserting the words " became a manufacturer of" or "common seller of" (as the case may be) in lieu of the words "did at divers times sell, furnish, or give away."  And in cases arising under the twelfth section of this act, the complaint shall commence, substantially, in the same manner, and proceed in substance as follows :— " Come C. D., E. F. and G. H., legal voters in the town of ——— in said county, and complain that they have reason to believe and do believe that intoxicating liquor is kept or deposited in (describing the place where,) and intended for sale, contrary to the form," &c., following the form above mentioned ; and the justice, to whom the same is made, shall certify thereon in substance as follows, viz :—" The above named C. D., E. F. and G. H. exhibited this complaint to me, and made oath to the truth thereof, this ——— day of ——— A. D. ———, before me, A. B., *justice of the peace.*"  And in cases arising under the fifteenth section of this act, the complaint shall follow the

same form, substantially, as far as the word "complains," and then proceed, in substance, as follows: " That E. F., of ——— on the ——— day of ——— A. D. ——— kept or sold (as the case may be) in (describing the place) near (describing the public occasion) in said county, the intoxicating liquor seized by me, and here produced, namely (describing the same briefly) contrary to the form," &c., following the said form first mentioned ; and all informations, indictments and declarations in actions of debt founded on this statute, may be substantially in the same form, so far as the case will admit ; nor shall it be necessary to set forth more particularly the kind or quantity of intoxicating liquor, nor the nature, date or place of the offence ; nor to make any averment of a former conviction for a like offence, but upon proof of one or more former convictions of the same offence, the respondent shall be sentenced to forfeit, pay and suffer the several fines, forfeitures and penalties herein provided in such cases.    And any defects in such complaint, information, indictment or declaration, either of form or substance, may be amended by the court before which the same is pending, whether by original entry, appeal or otherwise. And, under the first of the foregoing complaints, every distinct act of selling, furnishing or giving away may be proved, and the court shall impose a fine for each offence, or if the number exceed five, the respondent may be adjudged a common seller, and be subjected to the penalties provided in section nine of this act.

SEC. 19.    In addition to the fees now allowed by law, thirty-four cents shall be allowed to the justice for taking any bond required by this act, thirty-four cents for an order for the destruction of liquor, fifty cents for attending such destruction ; to any officer serving any warrant or process for seizing intoxicating liquor, or seizing the same under the fifteenth section of this act, and apprehending the keeper, one dollar ; for removing such liquor and keeping the same, his actual expenses ; for destroying liquor under the order of any court, and making his return of such order, one dollar ; for posting up the notices required in the thirteenth section of this act, one dollar ; and to every prosecuting officer in case of conviction before a justice of the peace, two dollars ; all which are to be taxed as so allowed in the bill of costs against the respondent.

SEC. 20.    The mayor and aldermen of the city of Vergennes, or of any other city hereafter incorporated, shall have the same authority and power, and be subject to the same duty and liability in case of any offence, committed within said city or cities against this act, as the selectmen or grand juror of any town, in case of like offences committed in such town, and may require like securities of their agent or agents, and deter-

mine the amount of their compensation ; and the said city or
cities shall have the same right to all fines and forfeitures im-
posed in case of such offence in said city or cities, and the same
remedy to recover them, as any town would have if such of-
fence were committed therein.

SEC. 21.   All payments or compensations for liquor sold in
violation of law, whether in money, labor or personal property,
shall be held and considered to have been received in viola-
tion of law, without consideration, and against law, equity,
and good conscience, and in any action, either at law or equi-
ty, touching such money, labor, or personal property, the pur-
chaser, and also the seller, of such liquor may be a witness for
either party.   And no action of any kind shall be had or main-
tained, in any court in this state, for the recovery or possession
of intoxicating liquor, or the value thereof, except such as are
sold or purchased in accordance with the provisions of this act.

SEC. 22.   Whenever any person within this state shall be
found in such a state of intoxication as to disturb the public or
domestic tranquility, any sheriff, deputy sheriff, high bailiff, or
justice of the peace for the county, or any constable, grand
juror, or selectman of the town in which such person is so
found, may, without warrant, and it is hereby made their duty
to, apprehend such person so intoxicated, and take and retain
him in custody, at the expense of the town in which he is so
found, in any place within the county, in the discretion of the
officer so arresting, until, in the opinion of such officer, the per-
son so detained shall be capable of testifying properly in a
court of justice, and as soon as may be thereafter, bring him
before some justice of the county, and such person, so found
intoxicated, shall, on oath before such justice, disclose the place
where, and the person of whom, the liquor so producing intox-
ication was obtained, and all the circumstances attending it ;
and, on the refusal or neglect of such person so to disclose, he
may, by such justice, be committed to the common jail of the
county, at the expense of the town in which he was so found,
until he shall so disclose, or by said justice be discharged.
And in case said justice shall adjudge from the evidence that
the sale, furnishing or giving away of said liquor was an of-
fence against this act, he shall forthwith issue his warrant, and
cause the person so selling, furnishing or giving away said
liquor, to be brought forthwith before him, and such proceed-
ings shall be had in the case, in all respects, as would have
been had if the person so offending had been regularly prose-
cuted before such justice, for such offence, in the manner pre-
scribed in this act.   And any person resisting the arrest or de-
tention of such person so found intoxicated, by any of the
officers aforesaid, shall be liable to the same penalties as are

provided by law for resisting a sheriff in the execution of a legal process.

SEC. 23.   Whenever any justice of the peace, grand juror, constable, selectman, county commissioner, sheriff, sheriff's deputy, state's attorney, or other officer, whose duties are to enforce any of the provisions of this act, shall, on the proper application being made to them, or either of them, refuse or neglect to do and perform faithfully their respective duties, as provided in this act, every such officer, so refusing or neglecting, shall be subject to indictment or information by the grand jury, or state's attorney, for the county in which such officer or officers aforesaid refused or neglected to perform his or their respective duties; and on conviction of either of them, the person or officer so convicted shall be fined a sum not exceeding five hundred dollars, nor less than three hundred dollars, in the discretion of the court.

SEC. 24.   It shall be the duty of the grand jurors, empannelled before the several county courts, to inquire into, and present all violations of this act, not otherwise prosecuted, as is herein before provided; and in all cases so commenced before the county court, the fines imposed and the costs incurred shall be received and paid by the treasury of the state.

SEC. 25.   If any state's attorney, having charge of any case for violations of this act, shall settle with, or in any manner release, any such offender, whose case is in process of adjudication, before the court shall hear and determine the same, such attorney shall be subject to indictment and fine, not exceeding five hundred dollars, nor less than three hundred dollars, in the discretion of the court.

SEC. 26.   All acts, and parts of acts, inconsistent with the foregoing provisions of this act, are hereby repealed.

SEC. 27.   The foregoing provisions of this act shall take effect on the second Tuesday of March next: *Provided*, that if a majority of the ballots to be cast as hereinafter provided shall be "*no*," then this act shall take effect on the first Monday of December, A. D. 1853.

SEC. 28.   A meeting shall be warned and holden on the second Tuesday of February next, at the usual place of holding the annual March town meetings in the several towns in this state, agreeably to the provisions of chapter fifteen of the compiled statutes, at which the freemen of this state may express their judgment and choice in regard to this act, by depositing their ballots, in a box to be provided for that purpose by the presiding officers of such meetings respectively, with the word "yes" or "no" written or printed thereon.   And the returns of the votes on this question shall be made by the town clerks of the several towns respectively, to the county clerks of

their respective counties, within one week from said second Tuesday in February. And the several county clerks shall, within two days next after the third Tuesday in February next, at their respective offices, canvass the votes so returned, and as soon as said votes are so canvassed, they shall certify and return to the secretary of state a statement of such canvass of the votes so returned to them.

SEC. 29.   On the fourth Thursday in February next the secretary of state shall canvass the returns so made to him by the county clerks, and within five days thereafter shall issue his proclamation certifying the result of such vote, and declaring the time when the first twenty-six sections of this act are to take effect, according to the provisions of the twenty-seventh section thereof.

SEC. 30.   No prosecution or other legal proceeding, which has been, or shall hereafter be, commenced for any violation of the provisions of chapter eighty-seven of the compiled statutes, shall be prejudiced or affected by this act; and all licenses granted under said chapter, while the same continues in force, shall have effect until they expire by their own limitation.

SEC. 31.   In case the first twenty-six sections of this act shall take effect on the second Tuesday of March next by the provisions of this act, the first election of a county commissioner for each county, as provided by the second section, shall be made on the second Tuesday of March next, at meetings to be held on that day in the several towns, which election shall be made and conducted as is provided in said second section ; and the returns therein provided to be made by the town clerks shall be returned to the county clerks within one week after such election ; and the county clerks shall on the third Tuesday of March next make the canvass and proceed in all things as provided in said second section ; and the county commissioners thus elected shall hold their office until others are elected in their stead.

Approved, November 23, 1852.

———

No. 25.—AN ACT IN ADDITION TO CHAPTER EIGHTY-SEVEN OF THE COMPILED STATUTES, RELATING TO INN-KEEPERS AND GROCERS, AND THE TRAFFIC IN INTOXICATING DRINKS.

*It is hereby enacted by the General Assembly of the State of Vermont, as follows :*