1:23-cv-00265-LEK-WRP   Document 55-41   Filed 07/14/23   Page 1 of 4   PageID

# PUBLIC ACTS,

## PASSED BY THE GENERAL ASSEMBLY

OF THE

## State of Connecticut,

### MAY SESSION, 1859.



STATE OF CONNECTICUT,

OFFICE OF THE SECRETARY OF STATE, JUNE, 1859.

---

HARTFORD:
DAY & CLARK, STATE PRINTERS.
1859.

EXHIBIT 8 (McLean)

shall be forever precluded from claiming and showing that said taxes have not been paid, but it shall be taken as conclusively proved that said taxes have been paid. *Provided, however,* that in all cases where the select- <span style="font-size:smaller">Omission of signatures of selectmen not to invalidate lists of abatements heretofore made.</span> men of any town in this state have heretofore returned to the town clerk a list of the names of persons whose state or town taxes have been by them abated, and have neglected to subscribe their names thereto, the same shall not, by reason of such neglect, be thereby invalidated, and may be proved by any other proper evidence.

SEC. 4. Any collector of taxes knowingly and designedly making a false certificate, and any selectman <span style="font-size:smaller">Penalty for making false certificate or list.</span> of any town knowingly and designedly making a false list of persons whose taxes shall be abated under this act, shall pay a fine not exceeding two hundred dollars; said offence to be a crime, and to be prosecuted and proceeded with like other criminal offences.

SEC. 5. The fifth section of the act to which this is an addition, and all acts and parts of acts inconsistent herewith, are hereby repealed.

Approved, June 24th, 1859.

---

CHAPTER LXXXII.

An Act in addition to and in alteration of "An Act for forming and conducting the Military Force."

*Be it enacted by the Senate and House of Representatives in General Assembly convened:*

SEC. 1. There shall be one parade annually, some- <span style="font-size:smaller">Parades.</span> time in the month of May, for one day only, by company; also one parade annually, for one day only, by regiment or brigade, in the month of August or September, as the commanding officer of the division shall direct, with the approval of the commander-in-chief.

SEC. 2. Chaplains, surgeons, paymasters, engineers <span style="font-size:smaller">What officers may appear on horseback, on days of general review, only.</span> and sergeant-majors, may appear on horseback only on days of general review; on all other occasions, they shall appear on foot.

SEC. 3. Every company that shall comply with the <span style="font-size:smaller">Allowance for rent of armory and drill-room.</span> provisions of the military laws, shall be allowed, out of

the state treasury, the sum of seventy-five dollars per annum, as rent for armory and drill-room, upon a certificate from the adjutant-general that such company is justly entitled to receive the same.

*Allowance to governor's guards.* SEC. 4. Any company of governor's guards which shall do duty in accordance with the provisions of law, shall be allowed seventy-five dollars per annum for armory rent.

*Temporary erections for sale of liquors or gaming, near parade ground, may be abated as nuisances.* SEC. 5. If any booth, shed, tent, or other temporary erection, within one mile of any military parade-ground, muster-field or encampment, shall be used and occupied for the sale of spirituous or intoxicating liquor, or for the purpose of gambling, the officer commanding said parade-ground, muster-field or encampment, the sheriff or deputy-sheriff of the county, or any justice of the peace, selectman, or constable of the town in which such booth, shed, tent, or other temporary erection is situated, upon having notice or knowledge that the same is so used or occupied, shall notify the owner or occupant thereof to vacate and close the same immediately; and, if said owner or occupant shall refuse or neglect so to do, said commanding officer, sheriff, deputy-sheriff, justice of the peace, selectman or constable, may forthwith abate such booth, shed, tent, or other such temporary erection, as a nuisance, and may pull down or otherwise destroy the same, with the assistance of any force, civil or military.

*Board of officers may be appointed to prepare system of regulations.* SEC. 6. The commander-in-chief is hereby authorized to appoint a board of officers to prepare a system of general regulations for the government of the militia, for which services no compensation shall be claimed or allowed.

*Quarter-master-general to inspect armories, gun houses, &c., annually.* SEC. 7. It shall be the duty of the quarter-master-general, annually, to inspect the armories and gun-houses of the several companies, and also the rooms occupied by the regimental bands; and, on or before the first day of November, to make to the adjutant-general a full report of the condition of the same, and what companies are entitled to the allowance for armory rent; for *Compensation.* which services he shall be allowed the sum of nine cents for every mile of necessary travel.

*Companies may adopt and enforce regulations, and by laws.* SEC. 8. Each company may adopt, by a vote of two-thirds of its members, rules, regulations and by-laws for the government of its members, not inconsistent with the militia laws; and such rules, regulations and by-laws

1:23-cv-00265-LEK-WRP   Document 55-41   Filed 07/14/23   Page 4 of 4   PageID

shall be binding, and may be enforced by process of law; and any member who shall violate any such rule, regulation or by-law, may be expelled from his company by a major vote of the same, provided that such vote is approved by the commander of the regiment.

SEC. 9. Assessors of persons liable to pay the commutation tax, as provided in section nine of the act approved June 28, 1856, shall be allowed the sum of one cent for each person so assessed; and each collector of commutation taxes shall be allowed the sum of two cents for each tax actually collected and paid into the town treasury by him; and, if any assessor or collector shall refuse or neglect to perform the duty required by said act, he shall forfeit to the state not less than fifty nor more than one hundred dollars. *Compensation of assessors and collectors of commutation tax. Penalty for neglect.*

SEC. 10. Second lieutenants of companies are hereby required to attend the officers' drill, established by act approved June 29, 1855, and to comply with all laws relative thereto. *Second lieutenants required to attend officers' drill.*

SEC. 11. This act shall take effect from and after its passage; and section twenty-eight, of the act approved July 1, 1854,—section one, of the act approved June 28, 1856,—section one, section nine, of the act approved June 25, 1857,—and all other acts or parts of acts, inconsistent herewith, are hereby repealed. Section three, of the act approved June 29th, 1855, is hereby re-enacted. *To take effect from passage. Repeal. Re-enactment of provision of 1855, for officers' drill.*

Approved, June 24th, 1859.

---

CHAPTER LXXXIII.

An Act concerning Communities and Corporations.

*Be it enacted by the Senate and House of Representatives in General Assembly convened:*

The secretaries or clerks of all stock fire and fire and marine insurance companies who are by law required to make returns to the comptroller, in the month of January of each year, shall, at the time of making said return, pay the expense of making the record of the same. *Insurance companies to pay expense of recording returns to comptroller.*

Approved, June 24th, 1859.