THE

# REVISED CHARTER

AND

## ORDINANCES

OF THE

# CITY OF CHICAGO:

TO WHICH ARE ADDED THE CONSTITUTIONS OF THE
UNITED STATES AND STATE OF ILLINOIS.

---

ARRANGED, REVISED AND PUBLISHED UNDER THE SUPERVISION AND
DIRECTION OF THE COMMON COUNCIL, 1851,

BY

GEORGE MANIERRE, *Counsellor at Law.*

---

CHICAGO:
PRINTED AT THE DAILY DEMOCRAT OFFICE, 45 LA SALLE STREET.
Steam Presses.

1851.

EXHIBIT 12 (McLean)

# CHAPTER XVI.

## Regulating the keeping and conveying Gun Powder and Gun Cotton.

§ 1. Gun powder not to be sold without permit.

2. Applications for, how made; not more than four in any block to be granted; clerk to register permits; not more than fifty pounds to be kept; when not to be weighed unless sealed; sign to be kept on the door.

3. Gun powder not to be conveyed through the streets unless secured.

4. No vessel laden with to make fast at dock or lie in the river; penalty for.

5. Mayor may cause vessel to be removed when; penalty for resisting or refusing to obey order.

6. Permits to expire on 10th of June; to whom permits shall not be granted.

7. Duty of certain officers to execute this ordinance.

8. Penalties to be distributed; one half to fire department; the other to firemen's fund.

9. Individuals may keep one pound.

*Be it ordained by the common council of the city of Chicago,*

I.   That no person shall keep, sell, or give away gun powder or gun cotton in any quantity without permission of the common council or mayor in writing, signed by the mayor and clerk and sealed with the corporate seal, under a penalty of twenty-five dollars for every offence.

II.   All applications for permits shall be addressed to the common council or mayor in writing, signed by the applicant. Not exceeding four permits shall be granted in any block. When the number of applications in any block shall at any time exceed the number to be granted, the requisite number shall be chosen by ballot.   When issued the clerk shall make an entry thereof in a register to be provided for the purpose, which entry shall state the name and place of business and date of permit.   Persons to whom permits may be issued shall not have or keep at their place of business or elsewhere within the city, a greater quantity of gun powder or gun cotton than fifty pounds at one time, and the same shall be kept in tin canisters or cases containing not to exceed thirteen pounds each, and in a situation remote from fires or lighted lamps, candles or gas, from which they may be easily removed in case of fire.   Nor shall any person sell or weigh any gun powder or gun cotton after the lighting of lamps in the evening, unless in sealed canisters or cases.   It shall be the duty of every person to whom a permit shall be given to keep a sign at the front door of his place of business with the words " gun powder and gun cotton " painted or

printed thereon in large letters.  A violation of any clause of this section shall subject the offender to a fine of not less than ten dollars nor exceeding one hundred dollars.

III.  No person shall convey or carry any gun powder or gun cotton, (exceeding one pound in quantity), through any street or alley in the city, in any cart, carriage, wagon, dray, wheelbarrow, or otherwise, unless the said gun powder or gun cotton be secured in tight cases or kegs, well headed and hooped, and put into and entirely covered with a leather bag or case, sufficient to prevent such gun powder or gun cotton from being spilled or scattered, under a penalty of one hundred dollars.

IV.  No vessel, laden in whole or in part with gun powder or gun cotton, shall land at, or make fast to, any dock or wharf upon the Chicago river, or either branch thereof, between the south line of the school section and Chicago avenue, or to discharge such gun powder or gun cotton within said limits.  If any master, or owner of any vessel, or other person shall violate any provision of this section, he shall be subject to a fine of not less than twenty-five dollars and not exceeding one hundred dollars.

V.  The mayor shall have power to cause any vessel to be removed from the limits mentioned in the previous section, to any place beyond the same, by a written order, which shall be executed by the marshal or some other member of the police.  If any person shall neglect or refuse to obey such order, or shall resist any officer in the execution of the same, he shall be subject to a penalty of one hundred dollars.

VI.  All permissions granted under this ordinance shall expire on the tenth day of June in each year.   And no permit shall be granted to any retailer of intoxicating liquors or to any intemperate person.   The clerk shall be entitled to a fee of one dollar for every permit which may be issued.

VII.  It shall be the duty of the officers of the police department, fire wardens, and firemen, to report all violations of this ordinance which may come to their knowledge to the city attorney for prosecution.

VIII.  One half of the moneys collected for fines or penalties under the provisions of this ordinance shall be paid to the treasurer of the firemen's relief fund, and constitute a part of

said fund, and the remaining half shall be expended by the chief engineer of the fire department, in the embellishment or improvement of the instruments of that department.

IX.   This ordinance shall not be so construed as to prevent individuals from keeping gun powder or gun cotton in quantities not exceeding one pound for their own use.

Passed July 23, 1851.

---

## CHAPTER XVII.

### *Regulating the sale of Intoxicating Liquors.*

§ 1. No person to keep liquors for sale in quantities less than one gallon without license; exception.

2. Applications for to be made to mayor in writing; if granted fifty dollars to be paid; bond with sureties to be given; how executed; clerk to issue license; fee for.

3. Licenses shall continue one year; not to be transferred without permission; clerk to register; when license to be dated; duty of clerk.

§ 4. Intoxicating liquors not sold to any Indian, child or apprentice without consent.

5. Penalties for violating provisions of ordinance.

6. Persons prosecuting to conviction to have ten dollars of judgment if collected; duty of police to execute.

7. When license may be revoked; manner of proceeding; no appeal.

8. Ordinances repealed; reservation of rights of action.

*Be it ordained by the common council of the city of Chicago,*

I.   That no person or persons shall hereafter have or keep any tavern, grocery, ordinary, victualing or other house or place within the city, for the selling or giving away wines or other liquors, whether ardent, vinous or fermented, in quantities less than one gallon ; or directly or indirectly sell, barter, give away or deliver, any ardent, vinous or fermented liquors in quantities less than one gallon, without a license for that purpose duly obtained by him or them in conformity with the provisions of this ordinance : *Provided*, That druggists or persons whose chief and regular business it is to sell drugs and medicines, shall not be deemed to be within the provisions hereof in selling such liquors in quantities less than as aforesaid, for purposes purely medical, mechanical or sacramental.

II.   All applications for license under this ordinance shall be made to the mayor in writing.   They shall be signed by the applicant and contain a particular description of the proposed place of business.   If the mayor shall grant the application it shall then be the duty of the applicant to pay the sum of fifty

17

Source Citation

Manierre, George. The Revised Charter and Ordinances of the City of Chicago: To Which are Added the Constitutions of the United States and State of Illinois. Printed at the Daily Democrat Office, 1851. The Making of Modern Law: Primary Sources, link.gale.com/apps/doc/DT0103399529/MMLP?u=gtown_law&sid=bookmark-MMLP&pg=133. Accessed 5 July 2023.

**Gale Document Number:**GALE|DT0103399529