# THE
# CHARTER AND ORDINANCES

OF THE

# CITY OF SAINT PAUL,

(TO AUGUST 1st, 1863, INCLUSIVE,)

TOGETHER WITH

# LEGISLATIVE ACTS

RELATING TO THE CITY.

COMPILED BY ORDER OF THE COMMON COUNCIL.

SAINT PAUL:
DAILY PIONEER OFFICIAL PRINT.

1863.

EXHIBIT 13 (McLean)

which he has the control, shall be punished by a fine not exceeding one hundred, nor less than twenty-five dollars.

SEC. 5. This ordinance shall take effect from and after its publication.

Approved, June twenty-nine, eighteen hundred and fifty-eight.

Published, July 12, 1858.

# GUNPOWDER.

## CHAPTER XXI.

SECTION.
1. Gunpowder, &c., not to be disposed of without permission. Proviso.
2. Permit, how obtained. Regulations of sale of gunpowder, &c. Penalty.
3. Regulations of carriage of gunpowder, &c. Penalty.
4. Expiration of permit.

AN ORDINANCE TO REGULATE THE SALE OF GUNPOWDER.

The Common Council of the City of Saint Paul do ordain as follows:

*Gunpowder not to be disposed of without permit.* SEC. 1. That section one (1) of an ordinance to regulate the sale of gunpowder, be and the same is hereby amended so as to read as follows: "SEC. 1. No person shall keep, sell, or give away gunpowder or guncotton in any quantity without first having paid into the City Treasurer the sum of five dollars, and obtain from the Common Council a permission in writing, signed by the Mayor and Clerk, and sealed with the corporate seal, under a penalty not exceeding fifty dollars, for every offence, provided any person may keep for his own use not exceeding one pound of powder or one pound of gun cotton, at one and the same time."

*Permit how obtained.* SEC. 2. All applications for permits shall be addressed to the Common Council, in writing, signed by the applicant. Not exceeding four permits shall be granted in any one block; when the number of applications in any block shall

at any time exceed the numbers to be granted, the requisite number shall be chosen by ballot. When issued, the Clerk shall make an entry thereof in a register to be provided for the purpose, which entry shall state the name and place of business, and date of permits. Persons to whom permits may be issued, shall not have or keep at their place of business, or elsewhere within the city, a greater quantity of gunpowder or guncotton than fifty pounds at one time, and the same shall be kept in tin canisters or cans, or kegs securely hooped and headed, containing not to exceed twenty-five pounds each, and in a situation remote from fires or lighted lamps, candles or gas, from which they may be easily removed in case of fire. Nor shall any person sell or weigh any gunpowder or guncotton, after the lighting of lamps in the evening, unless in sealed canisters or cans. It shall be the duty of every person to whom a permit shall be given, to keep a sign at the front door of his place of business, with the word "gunpowder" painted or printed thereon in large letters. Any person violating any clause of this section, shall, upon conviction thereof, be punished by a fine of not not less than ten, nor more than one hundred dollars. *[Regulations for sale of gunpowder, &c] [Penalty.]*

SEC. 3. No person shall convey or carry any gunpowder or guncotton, exceeding (one pound in quantity,) through any street or alley in the city, in any cart, carriage, wagon, dray, wheelbarrow, or otherwise, unless the said gunpowder or guncotton be secured in tight cans or kegs, well headed and hooped, sufficient to prevent such gunpowder or guncotton from being spilled or scattered, under a penalty of fifty dollars. *[Carriage of gunpowder, &c.] [Penalty.]*

SEC. 4. All permissions granted under this ordinance shall expire on the second Tuesday of May in each year; and no permit shall be granted to any retailer of intoxicating liquors, or to any intemperate person. The Clerk shall be entitled to a fee of one dollar for every permit which may be issued. *[Expiration of permit.]*

SEC. 5. This ordinance shall take effect from and after its publication.

Approved, June twenty-ninth, eighteen hundred and fifty-eight.

Published, July 16, 1858.

Source Citation

Compiled by Order of the Common Council. The Charter and Ordinances of the City of St. Paul, (To August 1st, 1863, Inclusive,) Together with Legislative Acts Relating to the City. Daily Pioneer Official Print, 1863. The Making of Modern Law: Primary Sources, link.gale.com/apps/doc/DT0106149361/MMLP?u=gtown_law&sid=bookmark-MMLP&pg=167. Accessed 5 July 2023.

**Gale Document Number:** GALE|DT0106149361