# LAWS

## OF THE

## TERRITORY OF NEW MEXICO,

### PASSED BY THE SECOND

# LEGISLATIVE ASSEMBLY

#### IN THE CITY OF SANTA FÉ,

AT A SESSION BEGUN ON THE SIXTH DAY OF DECEMBER, 1852.

---

SANTA FÉ:
JAMES L. COLLINS & CO., PRINTERS.
MDCCCLIII.

EXHIBIT 19 (McLean)

Digitized from Best Copy Available

# LEYES

DEL

## TERRITORIO DE NUEVO MEJICO,

PASADAS POR LA SEGUNDA

# ASAMBLEA LEGISLATIVA

EN LA CIUDAD DE SANTA FÉ,

EN UN PERIODO PRINCIPIADO EL DIA SESTO DE DICIEMBRE
DE 1852.

SANTA FÉ:
PUBLICADO EN LA OFICINA DE LA GACETA,
MDCCCLIII.

Digitized from Best Copy Available

OFICINA DE LA GACETA:
J. L. COLLINS Y W. G. KEPHART, IMPRESORES.
1858.

Digitized from Best Copy Available

# LAWS.
## SECOND LEGISLATIVE ASSEMBLY.

Digitized from Best Copy Available

the Justices of the Peace or Court in which the suit may be brought, with imprisonment for a time demanded by the gravity of the offence.

SEC. 4. All acts and parts of acts repugnant to this act shall be and are by these presents repealed.

SEC. 5. This act shall take effect, from and after its approval.

Translation.

## AN ACT

### *Prohibiting the carrying a certain class of Arms, within the Settlements and in Balls.*

Sec. 1. Kind of arms prohibited.
Sec. 2. Duties of sheriffs and constables.
Sec. 3. Licenses for dances, obligations required from judge of probate.
Sec. 4. Punishment for violation of this law.
Sec. 5. Disposition of fines.

*Be it enacted by the Legislative Assembly of the Territory of New Mexico:*

SEC. 1. That each and every person is prohibited from carrying short arms, such as pistols, daggers, knives, and other deadly weapons, about their persons concealed, within the settlements, and any person who violates the provisions of this act, shall be fined in a sum not exceeding ten dollars, nor less than two dollars, or shall be imprisoned for a term not exceeding fifteen days nor less than five days.

SEC. 2. That the Sheriffs of the different counties, and Constables of the different precincts, are hereby required to enforce the observance and compliance of the provisions of the preceding section, having power to take with them, two or more armed persons, when they are on patrol at night, in order to make themselves respected while on such duty, and it is hereby made the duty of the Probate Judges and Justices of the Peace to aid and assist said officers in the prompt discharge of their duties.

SEC. 3. Any person desiring to give a Ball or Fandango, they shall apply to the Probate Judge or a Justice of the Peace

Digitized from Best Copy Available

for a License for the same—who, after having granted such license, shall inform the applicant, that he must maintain good order, and for this purpose he shall swear him to faithfully discharge his duties as police officer and perform said duties during such Ball or Fandango, possessing the powers of a Sheriff, and that he will not permit any person to enter said Ball or room adjoining said ball where Liquors are sold, or to remain in said balls or Fandangos with fire arms or other deadly weapons, whether they be shown or concealed upon their persons and if any person or persons shall enter said Balls or Fandangos or ante-chamber, with deadly weapons upon their person, upon conviction for such offence before any Probate Judge or Justice of the Peace, they shall suffer the punishment prescribed in the first section of this Law.

*Provided*, that, in case any person desires a license for a ball or fandango, who shall not be competent, the Probate Judge or Justice of the Peace as the case may be, shall require him to present a competent person, who shall discharge the duties of a Police Officer, and shall swear him as prescribed in the foregoing section.

SEC. 4. That any person or persons giving Balls or Fandangos shall be liable to the punishments prescribed in the foregoing sections of this Law—if they permit any person or persons armed to remain in said Balls or Fandangos, they shall also be subject to the same penalties of the Police Officers who fail to discharge their duties or violate the provisions of this Law.

SEC. 5. That all fines collected by the provisions of this Law shall be applied to the use of the respective counties.

Translation.

# AN ACT

*Providing for the payment of the Salaries of Territorial Officers, not otherwise provided for by Law.*

Sec. 1. Payment of officers under the Kearney code.
Sec. 2. How audited and paid.

Digitized from Best Copy Available