# ANNUAL REPORTS

OF THE

## BROOKLYN

## PARK COMMISSIONERS.

### 1861–1873.

———•♦•———

REPRINTED
BY ORDER OF THE BOARD,
WITH SUCH ACTS OF THE LEGISLATURE
IN THEIR AMENDED FORM,
AS RELATE TO THE
BROOKLYN PARKS, AND THEIR MANAGEMENT.

———•♦•———

JANUARY,
1873.

## EXHIBIT 22 (McLean)

Digitized by Google          Original from
UNIVERSITY OF CALIFORNIA

Generated on 2023-07-07 18:02 GMT / https://hdl.handle.net/2027/uc1.c070473596
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

# PARK ORDINANCE, No. 1.

The Commissioners of Prospect Park, in the city of Brooklyn, do ordain as follows:

ARTICLE I.—All persons are forbidden,

1. To take or carry away any sod, clay, turf, stone, sand, gravel, leaves, muck, peat, wood, or anything whatever belonging to the park, from any part of the land embraced within the boundaries of the park;

2. To climb upon, or in any way cut, injure, or deface any tree, shrub, building, fence, or other erection within the park;

3. To turn cattle, horses, goats, swine, or poultry of any description upon the park;

4. To carry firearms, or to throw stones or other missiles within the park;

5. To hinder or in any manner delay or interfere with men employed upon the park;

6. To expose any article or thing for sale, or engage in any picnic or game upon the park, except by permission derived from the Board of Commissioners;

7. To post or otherwise display any bill, notice, advertisement, or other paper or device upon any tree, structure, or other erection within the park, or upon any of its inclosures.

ARTICLE II.—Any person who shall violate or offend against any of the provisions of the foregoing article, shall be deemed guilty of a misdemeanor, and shall be punished on conviction, before any court of competent jurisdiction in the county of Kings, by a fine not exceeding fifty dollars, and in default of payment, by imprisonment not exceeding thirty days.


Digitized by Google    Original from UNIVERSITY OF CALIFORNIA

Generated on 2023-07-06 17:17:32 GMT / https://hdl.handle.net/2027/uc1.c070473596
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google