# THE

# REVISED ORDINANCE

### OF THE

## CITY OF ST. LOUIS,

TOGETHER WITH

THE CONSTITUTION OF THE UNITED STATES, CONSTITUTION
OF THE STATE OF MISSOURI, THE SCHEME FOR THE
SEPARATION OF THE GOVERNMENTS OF THE
CITY AND COUNTY OF ST. LOUIS, THE
CHARTER OF THE CITY, AND A
DIGEST OF THE LAWS AP-
PLICABLE TO THE
CITY.

*9155*

M. J. SULLIVAN, Reviser.

ST. LOUIS:
TIMES PRINTING HOUSE, FIFTH AND CHESTNUT.
1881.

EXHIBIT 27 (McLean)

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

Generated on 2023-07-13 21:05 GMT  /  https://hdl.handle.net/2027/nyp.33433014085702
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

# ARTICLE XI.

### PROTECTION OF BIRDS.

SECTION
1. Disturbance of birds or nests prohibited.
2. Penalty for disturbing same.
3. Throwing stones, wood, &c., prohibited.

SECTION
4. Penalty for throwing same.
5. Protection of all birds, except hawks, &c., intended.
6. Duty of police.

SECTION 1. All persons are forbidden to molest, injure or disturb in any way, any small bird in the city of St. Louis, or the nest, young or brood of any small bird in said city.

*Birds, or nests not to be disturbed. Ord. 8436, sec. 1.*

SEC. 2. If any person shall willfully injure, molest, take or disturb in any way, any small bird in the city of St. Louis, or the nest, eggs, young or brood of any such small bird, he shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall forfeit and pay to said city not less than five dollars for each bird so by him injured, molested, taken or disturbed, and not less than twenty dollars for each nest of eggs or brood of young of any such small bird in the city of St. Louis, so by him injured, molested taken or disturbed.

*Penalty for disturbing birds or nests. Ibid. sec. 2.*

SEC. 3. No person shall throw from his hand any fragment of stone, wood, metal or other missile capable of inflicting injury, in any street, alley, walk or park of the city of St. Louis, or use or have in his possession ready for use in any street, alley, walk or park of the city of St. Louis, any sling, cross bow and arrow, air gun or other contrivance for ejecting, discharging or throwing any fragment, bolt, arrow, pellet, or other missile of stone, metal, wood or other substance capable of inflicting injury or annoyance.

*Throwing stones, wood, &c., prohibited. Ibid. sec. 3.*

SEC. 4. If any person shall throw from his hand, in any alley, street, walk or park of the city of St. Louis, any missile of wood, stone, metal or other substance, or sub-

*Penalty. Ibid. sec. 4.*

Generated on 2023-07-13 21:05 GMT  /  https://hdl.handle.net/2027/nyp.33433014085702
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google                    Original from
                                       NEW YORK PUBLIC LIBRARY

stances capable of inflicting injury or annoyance, or use or have in his possession, ready for use in any street, alley, walk or park of the city of St. Louis, any sling, air gun, cross bow and arrow, or other contrivance for ejecting, discharging or throwing any missile, pellet, fragment or bolt of stone, metal, wood or other substance, or substances capable of causing injury or annoyance, he shall be deemed guilty of a misdemeanor, and on conviction thereof, be punished by a fine of not less than one nor more than twenty dollars for each offense.

*All birds to be protected, except hawks, &c. Ibid. sec. 5.*

SEC. 5.   The birds intended to be protected by this article shall be and are defined as all varieties of birds except hawks, vultures and owls.

*Duty of police. Ibid. sec. 6.*

SEC. 6.   It is made the special duty of the police force of the city of St. Louis, to enforce the provisions of this article, and arrest and bring to trial, all offenders against the same ; and any member of the police force conniving at any breach of the foregoing provisions, by failing to arrest or report the offender, shall, on conviction thereof, be subject to a fine of not less than five dollars.

Generated on 2023-07-13 21:05 GMT / https://hdl.handle.net/2027/nyp.33433014085702
http://www.hathitrust.org/access_use#pd-google
Public Domain, Google-digitized /

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY