THE

# STATUTES

OF

# THE REALM.

PRINTED BY COMMAND

OF HIS MAJESTY

## KING GEORGE THE THIRD.

IN PURSUANCE OF AN ADDRESS OF

THE HOUSE OF COMMONS

OF GREAT BRITAIN.

From Original Records and Authentic Manuscripts.

VOLUME THE FIRST.

MDCCCX

REPRINTED 1963

DAWSONS OF PALL MALL

LONDON

EXHIBIT 31 (McLean)

Generated on 2023-07-11 23:35 GMT / https://hdl.handle.net/2027/pst.000017915496
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google



Original from
PENN STATE

escritz de venir au Roi a force & armes, en chescun temps qils furent maundez, sur peine de vie & de membre, & de q'nt qil p'roient forfaire; p force des queux escritz plusours de la t're ount este div'sement destrutz; Le Roi eyaunt regard q̃ tieux escritz furent faitz a deshonour du Roi, desicome chescun feust tenu de faire au Roi come a seign' lige ceo q̃ a luy appendoit sanz escrit, Voet q̃ tieuz escritz desormes ne soient faitz; et q̃ ceux q̃ sont faitz, p la veue de Chanceller & Tresorer, soient monstrez au Roi; & le Roi fra dampner ceux q̃ sont faitz contre droit & reson.

Itm pur la pees meultz garder & meyntener, le Roi veot qen chescun Countee q̃ bones gentz & loialx, queux ne sont mye meyntenours de malveis baretz en pays, soient assignez a la garde de la pees.

Itm le Roi comaunde q̃ les viscontes & Baillifs des franchises, & toutz autrs q̃ pnent enditementz a lor tourns, ou aillours ou enditementz s'rount faitz, preignent tieux enditementz p roule endente dount Lune ptie demeorge v's les enditours, & lautre ptie dev's cely qi prendra Lenqueste, issint q̃ les enditementz ne soient beseleez come avant ces houres ount este, & issint q̃ un de lenqueste peut monstrer lune ptie de lendenture a la Justice q'nt il vendra p' la deliv'aunce faire.

Memorand qd ista duo statuta p'cedencia missa fuerunt in Hibn̄ in forma patenti, cum quodam bri inferi' seqn̄.

themselves by Writing, to come to the King with Force and Arms, whensoever they should be sent for, upon Pain of Life and Limb, and to forfeit all that ever they might forfeit; by virtue of which Writings divers of this Land have been often destroyed: The King, considering that such Writings were made to the King's dishonour, sithence that every Man is bound to do to the King, as to his Liege Lord, all that pertaineth to him without any manner of Writing, Willeth, that from henceforth no such Writing be made; and that such as be made, by the sight of the Chancellor and Treasurer, shall be shewed to the King; and the King shall cause all such as be made against Right and Reason to be cancelled.

None shall be bound by Writing to come with Arms to the King.

XVI. Keepers of the Peace in each County.

ITEM, For the better keeping and maintenance of the Peace, the King will, that in every County good Men and lawful, which be [no Maintainers of Evil, or Barretors [1]] in the Country, shall be assigned to keep the Peace.

XVII. Indictments shall be taken by Indenture.

ITEM, The King commandeth, That the Sheriffs and Bailiffs of Franchises, and all other that do take Indictments in their Turns, or elsewhere, where Indictments ought to be made, shall take such Indictment by Roll indented, whereof the one Part shall remain with the Indictors, and the other Part with him that taketh the Inquest; so that the Indictments shall not be imbezilled as they have been in times past; and so that one of the Inquest may shew the one part of the Indenture to the Justices, when they come to make Deliverance.

[1] No Maintainers of cursed Barretors *MS. Tr. 2.*

Be it Remembered, that the two preceding Statutes were sent into Ireland in form of Letters Patent, with a certain Writ hereunder following.[2]

[2] See Memorandum at the End of Stat. 5 Edw. III.

# Anno 2° EDWARDI, III. A.D. 1328.

## Statutu editu apud Northt', anno r. R. E. t'cii post conquestu sc'do.

## STATUTE made at NORTHAMPTON;

## In the SECOND Year of the Reign of K. EDWARD the THIRD after the Conquest.

*Ex magno Rot. Stat. in Turr. Lond. m.* 28.

Nre seign' le Roi Edward, le tierz ap's le conqueste, a son plement tenuz a Norht as trois semeins de Pasch, Lan de son regne secund, desiraunt q̃ la pees de sa t're, & les leis & estatuz avant ces heures ordenez & usez, soient gardez & meintenuz en touz poyntz, Al hon' de dieu & de seinte eglise, & a cõe pfit du poeple, p assent des Prelatz, Countes & Barons & autres g'ntz, & tote la cõe du roialme, au dit plement somons, ordena & establit en meisme le plement les choses southescrites en la forme q̃ sensuit.

En primes q̃ la g'nte Chartre & la Chartre de la foreste soient tenuz en touz pointz.

Ensement p' ceo q̃ meffesours ont este esbauditz de ce q̃ chartres de pdoun ont este si leg'ment g'ntees avant ces heures, des homicides, robies, felonies & autres trespas countre la pees; acorde est & establi q̃ tiels chartres ne soient mes g'ntees fors qen cas ou le Roi le poet faire p son s'ment, cest assavoir en cas ou home tue autre soi defendant, ou p infortune: Et auxint ont este esbauditz de ceo q̃ Justiceries as deliv'ances des gaoles, & a oier & t'miner, ont estez g'ntees as gentz pcurez countre forme de lestatut fait en temps le Roi Edward, ael

OUR Lord King Edward, the Third after the Conquest, at his Parliament holden at Northampton, at the three weeks of Easter, in the second year of his Reign, desiring that the Peace of his Land, and his Laws and Statutes, ordained and used before this Time, may be kept and maintained in all Points; to the Honour of God and of Holy Church, and to the common Profit of the People, by Assent of the Prelates, Earls, Barons, and other great Men, and all the Commonalty summoned to the same Parliament, hath ordained and established in the said Parliament these Things underwritten, in Form following.

I. The Charters.

FIRST, That the Great Charter, and the Charter of the Forest, be observed in all Points.

II. Pardons for Felony.

ITEM, Whereas Offenders have been greatly encouraged, because [the [1]] Charters of Pardon have been so easily granted in times past, of Manslaughters, Robberies, Felonies, and other Trespasses against the Peace; It is ordained and enacted, That such Charter shall not be granted, but only where the King may do it by his Oath, that is to say, where a Man slayeth another in his own defence, or by Misfortune: And also they have been encouraged, because that [[2] the Justices of Gaol-delivery, and of Oyer and Terminer, have been procured by great Men [2]] against the Form of the Statute made in the xxvij year of the reign of King Edward,

[1] that

[2] *Commissions of Gaol Delivery and of Oier and Terminer have been granted to Persons procured*



Original from PENN STATE

Generated on 2023-07-11 23:30 GMT / https://hdl.handle.net/2027/pst.000017915496 Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Case 1:23-cv-00265-LEK-WRP Document 55-64 Filed 07/14/23 Page 3 of 6 PageID.1125



27 *Ed. I. c.* 3.

Grandfather to our Lord the King that now is, wherein is contained, that Justices assigned to take Assises, if they be Laymen, shall make Deliverance; and if the one be a Clerk, and the other a Layman, that the Lay Judge, with another of the Country associate to him, shall deliver the Gaols: Wherefore it is enacted, That such [Justices [1]] shall not be made against the Form of the said Statute; and that the Assises, Attaints, and Certifications be taken before the Justices commonly assigned, which should be good Men and lawful, having Knowledge of the Law, and none other, after the Form of another Statute made in the Time of the said [King Edward the First; [2]] and that the Oyers and Terminers shall not be granted but before Justices of the one Bench or the other, or the Justices Errants, and that for great [hurt,] or horrible Trespasses, and of the King's special Grace, after the Form of the Statute thereof ordained in Time of the said Grandfather, and none otherwise.

Justices of Assise and Gaol-delivery.

Oyers and Terminers.

nře Seignr le Roi qore est, en quele est contenuz q̃ les Justices as assises p̃ndre assignez sils soient lais, facent les deliṽances; et si lun soit clerc, & lautre lais, q̃ le dit lais, associe a lui un autre du pais, facent la deliṽance des gaols; p qoi acorde est & establi, q̃ tiels Justiceries ne soient mes g̃ntees countre la forme du dit estatut, & q̃ les assises, atteintes, & c̃tifications soient p'ses devant les Justices cōmunement assignez, q̃ soient bones gentz & loialx & conissantz de la lei, & nemie autres; solonc la forme dun autre statut fait en temps meisme le ael; et q̃ les oiers & t̃miners ne soient grantees forsq̃ ---- devant les Justices de lun Baunk & de lautre, ou les Justices errantz; & ce pr led & orrible trespas, & de lespeciale g'ce le Roi, solonc forme de statut de ce ordene en temps meisme le ael; & nemie autrement.

III.

Riding or going armed in Affray of the Peace.

ITEM, It is enacted, That no Man great nor small, of what Condition soever he be, except the King's Servants in his presence, and his Ministers in executing of the King's Precepts, or of their Office, and such as be in their Company assisting them, and also [upon a Cry made for Arms to keep the Peace, and the same in such places where such Acts happen, [3]] be so hardy to come before the King's Justices, or other of the King's Ministers doing their office, with force and arms, nor bring no force in affray of the peace, nor to go nor ride armed by night nor by day, in Fairs, Markets, nor in the presence of the Justices or other Ministers, nor in no part elsewhere, upon pain to forfeit their Armour to the King, and their Bodies to Prison at the King's pleasure. And that the King's Justices in their presence, Sheriffs, and other Ministers ([4]) in their Bailiwicks, Lords of Franchises, and their Bailiffs in the same, and Mayors and Bailiffs of Cities and Boroughs, within the same Cities and Boroughs, and Borough-Holders, Constables, and Wardens of the Peace within their Wards, shall have Power to execute this Act. And that the Justices assigned, at their coming down into the Country, shall have Power to enquire how such Officers and Lords have exercised their Offices in this Case, and to punish them whom they find that have not done that which pertained to their Office.

Ensement acorde est & establi, q̃ nul, g'nt ne petit de quele condicion qil soit, sauve les s̃jantz le Roi en la p̃sence le Roi, & les Ministres le Roi, enfesantz execucion des mandementz le Roi, ou de lour office, & ceux qi sont en lour compaignies, eidantz as ditz ministres, & auxint au cri de fait darmes de pees, & ce en lieux ou tielx faitz se ferront, soit si hardi de venir devant les Justices le Roi, ou autres Ministres le Roi enfesant lour office, a force & armes; ne force mesner en affrai de la pees, ne de chivaucher ne daler arme, ne de nuit ne de jour, en faires, marchees, nen p̃sence des Justices, ne dautres Ministres, ne nule part aillours, sur peine de pdre lour armures au Roi & de lour corps a la prisone a la volunte le Roi. Et q̃ Justices le Roi en lour p̃sences, viscountes & autres Ministres le Roi en lour baillies, seign's des fraunchises & lour baillifs en yceles, & Meire & Baillifs des Citees & Burghs deinz meismes les Citees & Burghs, Burghaldres, conestables, & gardeins de la pees deinz lour gardes, eient poair affaire execucion de cest acord. Et q̃ les Justices assignez, a lour venu en pais, eient poair denquere coment tielx Ministres & seign's ont use lour office en ce, & de punir ceux qils troṽont, qi nount mie fait ce q̃ a lour office appent.

IV.

The Statute of Lincoln, 9 Edw. II. concerning Sheriffs, &c. confirmed.

ITEM, Because the Peace cannot be well kept without good Ministers, as Sheriffs, Bailiffs, and Hundreders, which ought to do Execution as well of the King's Privities as of other Things touching our Lord the King and his People; It is ordained and established, That the Statute made in the time of King Edward, Father to the King that now is, at Lincoln, containing that Sheriffs, Hundreders, and Bailiffs shall be of such People as have Lands in the same Shires or Bailiwicks, shall be observed in all Points after the Form thereof; and that Sheriffs and Bailiffs of Fee shall cause their Counties and Bailiwicks to be kept by such as have Lands therein.

Et p'ce q̃ la pees ne poet mie estre bien garde sauntz bons ministres, come Viscountes, Baillifs, & Hundreders qi deivent faire execucion, auxibien des p'vetez le Roi come dautres choses tochantes le Roi & son poeple, acorde est & establi q̃ lestatut fait en temps le Roi Edward, piere le Roi qore est, a Nicole, contenant q̃ Viscontes, Hundreders & Baillifs soient des gentz eantz t̃res en meismes les Countez, ou baillies, soit garde en touz pointz solonc la forme dycel, & auxint q̃ les Viscountes & Baillifs de fee, facent garder meismes lour Countez & Baillies p gentz eantz t̃res en yceles.

V.

The Statute Westminster the Second, 13 Edw. I. chapter 39, concerning the Delivery of Writs to the Sheriff, confirmed.

ITEM, Where it was ordained by the Statute of Westminster the Second, that they which will deliver their Writs to the Sheriff, shall deliver them in the full County, or in the Rere County, and that the Sheriff or under Sheriff shall thereupon make a Bill; It is accorded and established, that at what Time or Place in the County a Man doth deliver any Writ to the Sheriff or to the Under-Sheriff, that they shall receive the same Writs, and make a Bill, after the form contained in the same Statute, without taking any Thing therefore; and if they refuse to make a Bill, others that be present shall set to their Seals; and if the Sheriff or Under-Sheriff do not return the said Writs, they shall be punished after the form contained in the same Statute; and also the Justices of Assises shall have power to enquire thereof at every Man's Complaint, and to award Damages, as having respect to the Delay, and to the loss and peril that might happen

Ensement la ou ordine est, p statut de Westmonst' le secund, q̃ ceux q̃ liṽer volent lour briefs as viscountes, les liṽent en plein Counte, ou en rerecounte, & q̃ visconte ou southvisconte facent sur ce bille; acorde est & establi q̃ a quele heure ou a queu lieu deinz le Counte home livre a viscountes, ou a southviscontes, briefs, qils les resceivent & facent bille en la forme contenue en le dit estatut, & ce sanz rien p̃ndre; et sils refusent de faire bille, mettent autres lour sealx qi s̃ront p̃sentz; et si le Viscounte ou le Southviscounte ne retorne mie les briefs, soient puniz solonc la forme contenue en le dit estatut; & jadumeins eient les Justices as assises p̃ndre assignez poair denquer de ce a chescuny pleinte & de agarder damages, eant regard au delai, & a les ptes & pils qi p'ront avenir.

[1] *Commissions* [2] *Grandfather*

[3] *upon a Proclamation of Deeds of Arms in time of Peace, and that in Places where such Deeds are to be done,*—See Lib. Rub. Scac. Westm̃. fo. 122 b. a Writ reciting a Grant of K. Richard I. "qd Torneam̃ta sint in Angl in v. placias: Int Sarr̃ & Wilton̄: Int Warrewich & Kenelingworth: Int Stanford & Warneford: Int Brakele & Mixebr̃: Int Blie & Tykehill. Ita qđ pax t̃re nr̃e nō infringet', nc potestas Justiciaria minorabit' Nec de forestis nr̃is dāpnū inferet'."

[4] *of the King*

Generated on 2023-07-11 23:30 GMT / https://hdl.handle.net/2027/pst.000017915496
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google Original from PENN STATE

Case 1:23-cv-00265-LEK-WRP Document 55-64 Filed 07/14/23 Page 4 of 6 PageID.1126



Et q̃nt a la garde de la pees en temps avenir, acorde est & establi q̃ les estatuz faites en temps passez, ovesq̃ lestatut de Wyncestr̃, soient tenuz & gardez en touz pointz; ajouste au dit estatut de Wyncestr̃, la ou contenuz est en la fin, q̃ Justices assignez eient poair denquere des defautes & des reporter au Roi en plement, dont home nad pas veu issue, q̃ les ditz Justices assignez eient poair de punir les desobeissantz & contrevenantz.

Et q̃nt au punissement de felonies, robbies, homicides, trespas & oppssions du poeple, faitz en temps passe; acorde est q̃ nr̃e Seign' le Roi assigne Justices en divs lieux de sa t̃re, ove le Baunk le Roi p aillours, come estoit faite en temps de son dit ael, des g̃ntz de la t̃re qi sont de g̃nt poair, ovesq̃s ascuns des Justices de lun Baunk ou de lautre, ou autres sages de la lei, denquere, auxibien a seute de ptie, come a la seute le Roi, et doier & t̃miner totes manes des felonies, robbies, homicides, larcins, oppssions, conspiracies, & grevances faitz au poeple, countre la lei, Les estatuz & la custume de la t̃re, auxibien p ministres le Roi come p autres, qi qils soient, & ce auxibien dedeinz fraunchises come dehors. Et auxint denquere des Viscontes, Coroners, Southeschetours, Hundreders, Baillifs, Conestables, & touz autres Ministres deinz franchise & dehors, & lour southministres, & doier & t̃miner a la seute le Roi & de ptie. Et nr̃e Seign' le Roi & touz les g̃ntz du Roialme en plein plement ont empris de meintenir la pees, garder & sauver les Justices le Roi, p la ou ils veignent, & deider p eux & les leurs, q̃ les juggementz & les execucions ne soient pas arestuz, mes executz, & q̃ le meffesours ne sront p eux covtz ne meintenuz en p've nen apt: Mes nest pas lentencion du Roi ne de son conseil q̃ p ceste acord pjudice aveigne a les g̃ntz de la t̃re, eantz franchises, ne a la Citee de Loundres, ne as autres Citees ne Burghs, ne a les Cynkportz en droit de lour fraunchises.

Ensement acorde est & establi q̃ mande ne soit, p le g̃nt seal ne p le petit seal, a destourber ou delayer cõe droit; & mesq̃ tielx mandementz veignent q̃ p tant les Justices ne s'sessent pas de faire droit en nul point.

Ensement est acorde & establi q̃ les estaples p decea & p delaa, ordeinez p les Rois en temps passe, & les peines sur ce ordeinees, cessent; & q̃ touz marchantz aliens & p'veez peussent aler & venir od lour marchandises en Englet̃re, solonc la tenour de la g̃nte Chartre; & q̃ s' ceo briefs soient mandez a touz les visconte Denglet̃re & as Meires & baillifs des bones villes ou mestier s̃ra.

Ensement come le Roi Edward, piere le Roi q̃ore est, pdona a son poeple amciementz & issues forfaitz, jesq̃s al vintisme an du regne son piere ael le Roi quore est, le Roi p' ees de son poeple ad pdone touz les fins q̃ ont este faitz en Chauncellerie p' briefs avoir, tanq̃ al vintisme an avantdit.

Et p' ce q̃ p remuement du cõe Bank les pleez bien sovent ont demore saunz jour, a g̃ntz damage, & en pil de desheritance des pluseurs; acorde est & establi q̃ desore en avant les Justices, avant ce q̃ le Bank se remuera, soient garniz p temps, issint queux peussent ajorner les pties si p temps q̃eles ne pdent mie lour pces.

Et come touz les Countez Denglet̃re furent auncienement assis a c̃teine ferme, & adonq̃s furent touz les Hundredz & les Wapentakes, en les meins des viscountes, aporcionez a cele ferme, et puis furont approwours mandez en divs Contez, les queux encrustrent les fermes dascuns Hundredz & Wapentakes, et puis les Rois en divs temps ont g̃ntez as divs gentz pties des Hundredz & Wapentakes, p' les auncienes fermes tantsoulement, & jatardeis les viscountes sont chargez entierment del

**VI.** *The Statute of Wynton, 13 Edw. I. confirmed, &c.*

ITEM, As to the keeping of the Peace in Time to come, It is ordained and enacted, that the Statutes made in Time past, with the Statute of Winchester, shall be observed and kept in every point; [and where it is contained in the End of the said Statute of Winchester,[1]] that the Justices assigned shall have power to enquire of Defaults, and to report to the King in his Parliament, [and the King to remedy it,[2]] which no Man hath yet seen ([3]) the same Justices shall have Power to punish the Disobeyers and Resisters.

**VII.** *Justices assigned to enquire of Felonies, Robberies, &c.*

ITEM, As to the Punishment of Felonies, Robberies, Manslaughters, Trespasses, and Oppressions of the People committed in times past: It is accorded that our Sovereign Lord the King, shall assign Justices in divers places of this Land, [within the King's Bench, and elsewhere,[4]] as it was done in the Time of his said Grandfather, of great Men of the Land, which be of great Power, with some of the Justices of the one Bench, or of the other, [with [5]] other learned Men in the Law, to enquire as well at the Suit of the Party, as at the King's Suit, and to hear and determine all manner of Felonies, Robberies, Manslaughters, Theft, Oppressions, Conspiracies, and Grievances done to the People against the Law, Statutes, and Customs of the Land, as well by the King's Ministers, as by other whatsoever they be, and that as well within Franchises as without. And also to enquire of Sheriffs, Coroners, [Under Sheriffs,[6]] Hundreders, Bailiffs, Constables, and all other Ministers within Liberties and without, and of their under-ministers; and to hear and determine at the King's Suit, and also the Party's. And our Sovereign Lord the King, and all the great Men of the Realm in the full Parliament, have taken upon them [to maintain and keep the peace; and they and theirs to save the King's Justices, and aid them where they come, so that the judgement [7]] and executions be not let, but executed; and the Offenders be not hid by them, nor maintained privily nor apertly: but the intent of the King and his Council is not, that by this Act any prejudice should ensue to the great Men of the Land having Liberties, nor to the City of London, nor to other Cities nor Burghs, nor to the Five Ports in the right of their Franchise.

**VIII.** *Commands shall not be in delay of Justice.*

ITEM, It is accorded and established, That it shall not be commanded by the great Seal nor the little Seal to disturb or delay common Right; and though such Commandments do come, the Justices shall not therefore leave to do right in any point.

**IX.** *All Staples shall cease.*

ITEM, It is enacted, That the Staples beyond the Sea and on this Side, ordained by Kings in Times past, and the Pains thereupon provided, shall cease; and that all Merchant Strangers and privy, may go and come with their Merchandises into England, after the Tenor of the Great Charter; and that Writs thereupon shall be sent to all Sheriffs of England, and to Mayors and Bailiffs of good Towns, where need shall require.

**X.** *Pardon of Fines for Writs in Chancery.*

ITEM, Whereas King Edward, Father to the King that now is, did pardon his People of Issues and Amerciaments, that were forfeit till the twenty year of the Reign of his Father, Grandfather to the King that now is: The King for ease of his People, hath pardoned all the Fines that have been made in the Chancery, for to have Writs till the xx. year aforesaid.

**XI.** *The Common Bench not to be removed without Warning.*

ITEM, Whereas by removing of the Common Bench, the Pleas have oftentimes abiden without Day, to the great hurt, and peril of Disherison of divers; It is enacted, That from henceforth the Justices before that the Common Bench be removed, shall be warned by a Time, so that they may adjourn the Parties by such Time that they shall not lose their Process.

**XII.** *Hundreds and Wapentakes shall be annexed to Counties, and not let to Ferm.*

ITEM, Whereas all the Counties in England were in old Time assessed to a certain Ferm, and then were all the Hundreds and Wapentakes in the Sheriffs Hands rated to this Ferm; and after were Approvers sent into divers Counties, which did increase the Ferms of some Hundreds and Wapentakes; and after, the Kings at divers Times have granted to many Men part of the same Hundreds and Wapentakes for the old Ferms only; and now late the Sheriffs be wholly charged of the

[1] *add to the said Statute of Winchester, where it is contained at the end thereof*

[2] Not in the Original.

[3] *the effect of, that*

[4] *with the King's Bench besides,*

[5] *or*

[6] *Sub-Eschealors*

[7] *to maintain the peace, to keep and save the King's Justices wheresoever they come, and to aid by themselves, and theirs, that the Judgements*

Generated on 2023-07-11 23:30 GMT / https://hdl.handle.net/2027/pst.000017915496
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from PENN STATE

Case 1:23-cv-00265-LEK-WRP Document 55-64 Filed 07/14/23 Page 5 of 6 PageID.1127



Increase, which amounteth to a great Sum, to the great hurt of the People, and Disherison of the Sheriffs and their Heirs: It is ordained, That the Hundreds and Wapentakes let to Ferm by the King that now is, be it for Term of Life or otherwise, which were sometimes annexed to the Ferms of the Counties where the Sheriffs be charged, shall be joined again to the Counties; and that the Sheriffs and their Heirs have Allowance for the Time that is past; and that from henceforth such Hundreds and Wapentakes shall not be given nor severed from the Counties.

**XIII.** Trespass in the late King's Time.

ITEM, It is accorded and enacted, that like process shall be made of Trespass done in the Time of King Edward, father to the King that now is, as of Trespass done in the Time of the King that now is.

**XIV.** Measure and Assise of Cloths imported.

ITEM, It is enacted by our Sovereign Lord the King, and his Council, that from the Feast of Saint Michael, next coming forward, all Cloths in such Places where they shall be put to Land, shall be measured by the King's Aulnegeours in the presence of the Mayor and Bailiffs, where there is a Mayor, and where no Mayor is, in presence of the Bailiffs of the same Places; that is to say, the Length of every Cloth of Ray, by a Line of seven Yards, four times measured by the List, and the Breadth of every Ray Cloth six Quarters of measure by the Yard; and of coloured Cloths the Length shall be measured by the Back, by a Line of six Yards and a half, four times measured, and the breadth six Quarters and an half measured by the yard without [defoiling ¹] the Cloths; and that the Mayor and Bailiffs where a Mayor is, or the Bailiffs where no Mayor is, of the Towns or Places where such Cloths shall come, shall be ready to make Proof what time they shall be required by the Meter, without taking any thing of the Merchants; and Cloths which be of the said Assise, shall be marked by the Mayor and Bailiffs, where a Mayor is, or by the Bailiffs where there is no Mayor, as well as by the Aulnegeour; and that all the Cloths which shall be found defective of the same Assise, shall be forfeit to the King, and prised at their true Value in the presence of the said Mayor and Bailiffs; and to remain with the Aulnegeours by Indenture between them, to answer to the King of the said Cloths so forfeit; and that the Mayor and Bailiffs shall deliver the Indentures made of such Cloths forfeit, every year into the Exchequer, the morrow after the Feast of Saint Michael, for to charge the said Aulnegeour; and at the same time shall the Aulnegeour be put to answer at the Exchequer of the said Forfeitures. It is in the King's mind and his Counsels, that this act shall extend to such Cloths as shall come into the Land after the Feast of Saint Michael; and this act shall be published and proclaimed throughout the Realm, so that no Merchant, Privy nor Stranger, shall be surprised by this Statute.

**XV.** Keeping of Fairs, for the Time limited by Charter, &c.

ITEM, It is established, That it shall be commanded to all the Sheriffs of England, and elsewhere where need shall require, to cry and publish within Liberties and without, that all the Lords which have Fairs, be it for yielding certain Ferm for the same to the King, or otherwise, shall hold the same for the Time that they ought to hold it, and no longer; that is to say, such as have them by the King's Charter granted them, for the Time limited by the said Charters; and also they that have them without Charter, for the Time that they ought to hold them of right. And that every Lord at the beginning of his Fair shall there do cry and publish how long the Fair shall endure; to the Intent that Merchants shall not be at the same Fairs over the Time so published, upon pain to be grievously punished towards the King; nor the said Lords shall not hold them over the due Time, upon pain to seize the Fairs into the King's hands, there to remain till they have made a Fine to the King for the Offence, after it be duly found, that the Lords held the same Fairs longer than they ought, or that the Merchants have sitten above the Time so cried and published.

**XVI.** *See Stat.* 12 *Edw. II.* 4.

ITEM, Whereas in a Statute made at York, in the Time of the Father of our Lord the King that now is, it is contained that Inquests and Juries, which be and shall be hereafter taken, requiring no great Examination,

¹ defouling *MS. Tr.* 2.—some old Printed Copies read "marring."

encrees q̃ amount a g'nte sũme, a g'nt damage du poeple & desheritance de viscountes & de lour heirs; acorde est & establi q̃ des Hundredz & Wapentakes baillez a ferme p le Roi qore est, soit il a t̃me de vie ou autrement, q̃ auncienement furent annex as fermes des Countez ou les viscontes sont chargez, soient rejointz as Countez, et q̃ de temps passe eient les viscountes ou lour heires allowance; & q̃ desore en avant teux Wapentakes, ne Hundredz ne soient donez ne seṽez des Countez.

Ensement est acorde & establi q̃ a tieu p̃ces soit fait des trespas fait en temps le Roi Edward, piere le Roi qore est, come de de trespas fait en temps le Roi qore est.

Ensement est acorde & establi p nr̃e Seign' le Roi & son conseil, q̃ de la seint Michel p̃schein avenir en avant, touz les draps es lieux ou ils s̃ront mis a t̃re, soient aunez p le auneour le Roi, en p̃sence des Meire & Baillifs ou Meire y est, ou des baillifs ou meire nyest, de meisme les lieux; cest assavoir la longure de chescun drap̃ de Raye p une corde de sept aunes quatrefoitz m̃esure p le list, & la laoure de chescun drap̃ de Reye sis q'rters de lee, mesure p laune; et de drap̃s de colour la longure soit mesure p le dos p un corde de sis aunes & demi q'tre. foitz mesure; & la laoure sis quart̃s & demi mesure p laune sanz defoler les drap̃s; et q̃ Meire & Baillifs ou Meire y est, ou Baillifs ou Meire nest pas, des villes ou lieux ou les draps vendront, soient p̃stz a lassai faire, quele heure qils soient requis p launeour, saunz rien p̃ndre des marchauntz; et q̃ touz les drap̃s q̃ s̃ront trovez de la dite assise, soient m̃chez auxibien p Meire & Baillifs ou Meire y est, ou p baillifs ou Meire nest pas, come p launeour, et les draps q̃ ne s̃ront pas trovez de lassise avantdite, soient forfaitz au Roi, & p'sez a la ṽreie value, en p̃sence des ditz Meire & Baillifs, & demoergent deṽs launeour p endenture entre eux faite, a respondre des ditz draps issint forfaitz au Roi; et q̃ les ditz Meire & Bailiffs, les endentures issint faites de tieux draps forfaitz, facent liṽer chescun an a Lescheq̃r a lendemeyn de Seint Michel, p' charger le dit auneour; & a meisme le temps soit le dit auneour a Lescheq̃r a respondre des dites forfaitures. Et est lentencion de nr̃e dit Seign' le Roi & de son conseil q̃ cest acord se tiegne des draps q̃ vendront en la t̃re ap̃s la dite feste de Seint Michel; & q̃ cest acord soit publie & crie p tout le Roialme, Issint q̃ les Marchauntz ne p'vez nestraunges soient supp's p meisme lacord.

Ensement est acorde & establi q̃ maunde soit a touz les viscountes Dengleťre, & p aillours ou mestier s̃ra, a crier & publier, deinz f'unchises & dehors, q̃ touz les Seign's q̃ feires enount, soit il p' c̃teine ferme ent rendant au Roi, ou autrement, les tiegnent p' le temps qils deṽont, & nemie outre; cest asavoir ceux qi les ount p c̃hres des Rois p' les temps a eux g'untez p les dites c̃hres; et ceux qi les ount sanz c̃hre p' temps queux ils les deivent tenir de droit. Et q̃ chescun Seign' au comencement de sa feire face crier & publier en ycele come longement sa feire se tendra, Issint q̃ les Marchantz ne seessent es dites feires outre le temps issint publiez, sur peine destre grevement puniz deṽs le Roi; ne q̃ les ditz Seign's outre les droitz temps les tiegnent, sur peine ap̃ndre les feires en la meyn le Roi, a demorer tanqils eient fait fin au Roi p' le trespas, ap̃s ceo q̃ trove s̃ra duement qe les Seign's les ount tenuz plus longement qils deṽont, ou q̃ les marchauntz ount sis outre le temps issint publiez & criez.

Et come en un estatut fait a Eṽwyk, en temps le piere nr̃e Seign' le Roi q̃ore est, soit contenuz q̃ les enquestes & jurees qe sont & s̃ront ap̃ndre, q̃ ne sont mie de g'nt examinement, soient p'ses devant

Generated on 2023-07-11 23:30 GMT / https://hdl.handle.net/2027/pst.000017915496
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google



Original from PENN STATE

Case 1:23-cv-00265-LEK-WRP Document 55-64 Filed 07/14/23 Page 6 of 6 PageID.1128



un Justice de la place ou la plee est, associe a lui un pdhōme du pais, Chivaler ou autre, issint q̃ c̃tein jour soit done en Bank, & c̃tein jour & lieu en pais en p̄sence de pties, si le demandant le p'e; & auxint les enquestes & jurees en plee de t̃re, qe demandent g'nt examinement, soient p'ses en pais en la forme susdite devant deux Justices du Bank: acorde est & establi q̃ totes tiels enquestes, q̃ sont ou en temps avenir a p̄ndre s̃ront, en plee de t̃re, soient p'ses auxibien a la p'ere le tenant come le demandant; tout lautre pces acorde en dit estatut, en tieu cas sauve & garde.

Auxint est acorde & establi q̃ brief de deceit soit meintenu & lieu tiegne, auxibien en cas de garnissement q̃ touche plee du t̃re, ou tieu garnissement est done, come en cas de somons en plee de t̃re.

R̃ Vic̃ Norht, saltm. Quoddam statutū p nos & conciliū nr̃m in pleno pliamento nr̃o apud Norhamptoñ convocato, ad emendacōem stat⁹ populi regni nr̄i, editū, sigillo nr̃o consignatū tibi mittim⁹; mandantes qđ statutū illud, & om̄es articulos in eo contentos, in pleno Com̄ tuo & in Civitatib;, Burgis, villis m̄catoriis, & aliis locis in balliva tua ubi expedire videris, tam infra lib̄tates q'm ext', legi & publice pclamari & observari fac̃. T. R. apud Norht xxii die Junii.

Eodem modo manđ est singulis vicecomitib; p Angl.

Memoranđ qđ istud statutum missum fuit in Hib̄n in forma patenti cum quodam bri inferius seq̄n.

shall be taken before one Justice of the Place where the Plea is, adjoining to him one discreet Man of the Country, Knight, or other, so that a certain Day be given in the Bench, and a certain Day and Place in the Country, in the presence of the Parties, if the Demandant pray the same; and also the Inquests and Juries in Plea of Land, which require great Examination, shall be taken in the Country in the said Form before Two Justices of the Bench: It is accorded and enacted, That all such Inquests which are, or in Time to come shall be taken, in Plea of Land, shall be taken as well at the Request of the Tenant as the Demandant; all other Process according to the said Statute in such Case saved and kept.

Inquests in the Country shall be granted on Request of the Tenant.

XVII. Writ of Deceit.

ITEM, It is enacted, That a Writ of Deceit shall be maintainable, and hold Place, as well in the Case of Garnishment touching Plea of Land, where such Garnishment is given, as in case of Summons in Plea of Land. [Dated at Northampton.]

The King to the Sheriff of Northampton, Greeting. A certain Statute, by Us and our Council, in our full Parliament called at Northampton, for the Amendment of the State of the People of our Realm, set forth, We do send to you under our Seal; Commanding that the same Statute, and all the Articles therein contained, in your full County Court, and in the Cities, Boroughs, Market Towns, and other Places in your Bailiwick, where you shall see meet, as well within Liberties as without, you do cause to be read and to be publicly proclaimed and observed. Witness the King at Northampton the twenty-second day of June.

In the same manner it was commanded to the several Sheriffs throughout England.

Be it Remembered, that this Statute was sent into Ireland, in form of Letters Patent with a certain Writ hereunder following.[1]

[1] See Memorandum at the end of Stat. 5 Edw. III.

# Anno 4° EDWARDI, III. A.D.1330.

## Statutū editū apud Westm̄, anno regni R. E. t'cii post conquest' quarto.

## STATUTE made at WESTMINSTER; In the FOURTH Year of the Reign of K. EDWARD the THIRD after the Conquest.

*Ex magno Rot. Stat. in Turr. Lond. m. 27.*

AU Parlement somons a Westmostier, le Lundy p̄scheyn ap̄s la feste de Seinte Kat̃ine, lan du regne nr̃e Seign' le Roi Edward, tierz ap̄s le Conquest, quart, Si sont les choses soutzescriptes, a la requeste de la Cōmunalte, assentuz & acordez p nr̃e Seign' le Roi, Prelatz, Countes, Barons, & autres g'ntz de mesme le plement, les queux choses nr̃e Seign' le Roi voet qen touz les Counteez de Englet̃re soient mandez, a publier & fermement garder.

Adep'mes acorde est q̃ la G'nde Chartre & la Chartre de la Foreste, & les estatuz faitz en temps des pgenitours nr̃e Seign' le Roi, & auxint en son temps demeigne, soient gardez & meyntenuz en touz pointz.

Ensement est acorde q̃ bones gentz & sages, autres q̃ des places si hōme les puisse trover suffisantz, soient assignez en touz les Counteez Denglet̃re ap̄ndre les assises, jureez & c̃tificacions, & a deliṽer les gaoles; et q̃ les ditz Justices preignent les assises, jurees, & c̃tificacions, & deliṽent les gaoles, au meyns troiz foitz p an, & plus sovent si mestier s̃ra, & soient auxint assignez

AT the Parliament, summoned at Westminster, the Monday next after the Feast of Saint Katherine, in the Fourth Year of the Reign of King Edward, the Third after the Conquest, these Things underwritten, at the request of the Commons be established and enacted by our Lord the King, his Prelates, Earls, and Barons, and other ([1]) of the same Parliament; which Things our Lord the King will ([2]) to be published, and surely observed in all his Counties of England.

I. Charters and Statutes confirmed.

FIRST, It is accorded, That the Great Charter, and the Charter of the Forest, and all other Statutes, made as well in the time of the King's Progenitors, as in the King's time that now is be kept and maintained in all Points.

II. Justices of Assise, Gaol-delivery, and Justices of the Peace.

ITEM, It is ordained, that good and discreet Persons, other than of the Places, if they may be found sufficient, shall be assigned in all the Shires of England, to take Assises, Juries, and Certifications, and to deliver the Gaols; and that the said Justices shall take the Assises, Juries, and Certifications, and deliver the Gaols, at the least three times a Year, and more often, if need be; also there shall be assigned good and lawful Men

[1] *great men* [2] *that they be sent*


Digitized by Google Original from PENN STATE
Generated on 2023-07-11 23:30 GMT / https://hdl.handle.net/2027/pst.000017915496 Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google