# LAWS OF MISSOURI.

## GENERAL AND LOCAL LAWS

PASSED AT THE

REGULAR SESSION

OF THE

## TWENTY-EIGHTH GENERAL ASSEMBLY,

BEGUN AND HELD AT

## THE CITY OF JEFFERSON, WEDNESDAY, JANUARY 6, 1875.

*BY AUTHORITY.*



JEFFERSON CITY:
REGAN & CARTER, STATE PRINTERS AND BINDERS.
1875.

EXHIBIT 36 (McLean)

same is hereby amended so as to read as follows: Section 56. Every person who shall willfully and maliciously break, destroy or injure the door or window of any dwelling house, shop, store, or other house or building, or sever therefrom, or from the gate, fence or inclosure, or any part thereof, any material of which it is formed, or sever from the freehold any produce thereof, or anything attached thereto, or pull down, injure or destroy any gate, post, railing or fence, or any part thereof, or cut down, lap, girdle, or otherwise injure or destroy any fruit or ornamental or shade tree, being the property of another, or who shall cut down, lap, girdle, or otherwise injure or destroy any ornamental or shade tree standing or growing on any common or public ground, or any street, alley, sidewalk or promenade, or who shall, without the consent of the owner, cut down, destroy or carry any timber or trees whatsoever, being on any land not his own, and not the property of the United States, or who shall buy or in any way receive any timber, wood or trees that shall have been cut down upon or carried away from the lands of another, without the consent of the owner thereof, knowing the same to have been so cut down or taken away as aforesaid, or who shall willfully break, destroy or injure any goods, wares, merchandise or other personal property of another, shall, upon conviction, be adjudged guilty of a misdemeanor.

SEC. 2. This act to take effect and be in force from and after its passage.

Approved March 18, 1875.

---

CRIMES AND PUNISHMENTS: CARRYING CONCEALED WEAPONS.

AN ACT to prevent the carrying of weapons in public assemblies of the people, and to repeal " An act to prevent the carrying concealed weapons," approved March 26, 1874.

| SECTION | SECTION |
|---|---|
| 1. General provisions; penalty. | 3. Act to take effect. |
| 2. Inconsistent act repealed. | |

*Be it enacted by the General Assembly of the State of Missouri, as follows:*

SECTION 1. Whoever shall, in this state, go into any church or place where people have assembled for religious worship, or into any school room, or into any place where people be assembled for educational, literary or social purposes, or to any election precinct on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons met for other than militia drill, or meetings called under the militia law of this state, having upon or about his person any kind of fire arms, bowie knife, dirk, dagger, slung shot, or other deadly weapon, shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall be punished by imprisonment in the county jail not to exceed six months, or by a fine

not less than ten nor more than one hundred dollars, or by both such fine and imprisonment: *Provided*, That this act shall not apply to any person whose duty it is to bear arms in the discharge of duties imposed by law.

SEC. 2. All acts and parts of acts inconsistent with this act are hereby repealed.

SEC. 3. This act shall take effect and be in force from and after its passage.

This bill having remained with the Governor ten days (Sundays excepted), and the General Assembly being in session, it has become a law this thirtieth day of March, A. D. eighteen hundred and seventy-five.

MICH'L K. McGRATH, *Secretary of State.*

---

ELECTIONS: REGULATING BALLOTS, POLL-BOOKS, ETC.

AN ACT to amend sections 14 and 17 of chapter 2 of the General Statutes of Missouri, relating to elections, the same being sections 14 and 17 of chapter 51 of Wagner's Statutes.

SECTION
1. Ballots, how prepared.
2. Ballots, how to be counted.

SECTION
3. Inconsistent acts repealed.
4. Act to take effect.

*Be it enacted by the General Assembly of the State of Missouri, as follows:*

SECTION 1. That section fourteen of the above recited act be amended so as to read as follows: Section 14. Each voter at any election shall, in full view, deliver to one of the judges of election a single ballot, which shall be a piece of white paper, on which shall be written or printed the names of the persons voted for, with a designation of the office which he or they may be intended to fill: *Provided*, That in counties having a population of one hundred thousand and over, said ballot shall not bear upon it any device whatever, nor shall there be any writing or printing thereon, except the names of persons, and the designations of the office to be filled, leaving a margin on either side of the printed matter for substituting names. Each ballot may bear a plain written or printed caption thereon, composed of not more than three words, expressing its political character, but on all such ballots the said caption or headlines shall not, in any manner, be designed to mislead the voter as to the name or names thereunder. Any ballot not conforming to the provisions of this act shall be considered fraudulent, and the same shall not be counted.

SEC. 2. That section seventeen of the above recited act be amended so as to read as follows: Section 17. After the poll-books are signed in the manner hereinafter provided in the form of the poll-books, the ballot boxes shall be opened and the tickets shall be taken