# THE CONSTITUTION, AS AMENDED,

AND

## ORDINANCES OF THE CONVENTION OF 1866,

TOGETHER WITH THE PROCLAMATION OF THE GOVERNOR DE-
CLARING THE RATIFICATION OF THE AMENDMENTS
TO THE CONSTITUTION,

AND THE

# GENERAL LAWS

OF THE

REGULAR SESSION OF THE ELEVENTH LEGISLATURE

OF THE

STATE OF TEXAS.



BY AUTHORITY.

AUSTIN:
PRINTED AT GAZETTE OFFICE, BY JO. WALKER, STATE PRINTER.
1866.

EXHIBIT 44 (McLean)

ported to and confirmed by the County Judge; and that this Act take effect and be in force from and after its passage.

Approved November 5, 1866.

## CHAPTER XCI.

### An Act concerning Disorganized Counties.

SECTION 1. *Be it enacted by the Legislature of the State of Texas*, That all counties that have heretofore been legally organized, and that have lost their county organization by reason of Indian incursions, or from any other cause, shall be, for all judicial purposes, and for the registration of deeds, mortgages and all other instruments that are now or may hereafter be required or allowed by law to be recorded, attached to the organized county, whose county seat is nearest the county seat of such disorganized county, and so remain attached until such disorganized county shall again be legally organized.

SEC 2. That this Act take effect and be in force from and after its passage.

Approved November 5, 1866.

## CHAPTER XCII.

### An Act to prohibit the carrying of Fire-Arms on premises or plantations of any citizen without the consent of the owner.

SECTION 1. *Be it enacted by the Legislature of the State of Texas*, That it shall not be lawful for any person or persons to carry fire-arms on the enclosed premises or plantation of any citizen, without the consent of the owner or proprietor, other than in the lawful discharge of a civil or military duty, and any person or persons so offending shall be fined a sum not less than one nor more than ten dollars, or imprisoment in the county jail not less than one day nor more than ten days, or both, in the discretion of the Court or jury before whom the trial is had.

Passed November 6, 1866.