IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON WOLFORD ET AL., | ) | Case. No. 23-CV-00265 LEK-WRP |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO |
| | ) | Neal Kumar Katyal |
| vs. | ) | |
| ANNE E. LOPEZ ET AL., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Neal Kumar Katyal to Appear Pro Hac Vice.

| Name of Attorney: | Neal Kumar Katyal |
|---|---|
| Firm Name: | Hogan Lovells US LLP |
| Firm Address: | 555 Thirteenth Street, N.W.<br>Washington, D.C. 20004 |
| Attorney CM/ECF Primary email address: | neal.katyal@hoganlovells.com |
| Firm Telephone: | (202) 637-5528 |
| Party Represented | Anne E. Lopez, in her official capacity as Attorney General of the State of Hawai'i |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 17, 2023



Wes Reber Porter
United States Magistrate Judge