# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON WOLFORD ET AL., | ) | Case. No. 23-CV-00265 LEK-WRP |
| | ) | |
| | ) | **ORDER GRANTING MOTION TO** |
| Plaintiff, | ) | **APPEAR PRO HAC VICE AS TO** |
| | ) | Dana A. Raphael |
| vs. | ) | |
| | ) | |
| ANNE E. LOPEZ ET AL., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER GRANTING MOTION
## TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Dana A. Raphael _____ to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Dana A. Raphael |
| Firm Name: | Hogan Lovells US LLP |
| Firm Address: | 555 Thirteenth Street, N.W.<br>Washington, D.C. 20004 |
| Attorney CM/ECF Primary email address: | dana.raphael@hoganlovells.com |
| Firm Telephone: | (202) 637-3694 |
| Party Represented | Anne E. Lopez, in her official capacity as Attorney General of the State of Hawai'i |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, ___July 17, 2023_____



_____
Wes Reber Porter
United States Magistrate Judge