IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>Plaintiff,<br><br>vs.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawai'i; MAUI COUNTY<br><br>Defendant. | Case. No. 23-cv-00265 LEK-WRP<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO<br><br>Rupa Bhattacharyya |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Rupa Bhattacharyya to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Rupa Bhattacharyya |
| Firm Name: | Institute for Constitutional Advocacy & Protection, Georgetown University Law Center |
| Firm Address: | 600 New Jersey Ave., NW, Washington, DC 20001 |
| Attorney CM/ECF Primary email address: | rb1796@georgetown.edu |
| Firm Telephone: | 202-662-9042 |
| Party Represented | Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawai'i |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 17, 2023



Wes Reber Porter
United States Magistrate Judge