IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>  Plaintiff,<br><br>    vs.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawai'i; MAUI COUNTY<br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case. No. 23-cv-265 LEK WRP<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO<br><br>Ben Gifford<br><br>_____ |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Ben Gifford to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Ben Gifford |
| Firm Name: | Institute for Constitutional Advocacy & Protection, Georgetown University Law Center |
| Firm Address: | PO Box 211178, Brooklyn, NY 11221 |
| Attorney CM/ECF Primary email address: | bg720@georgetown.edu |
| Firm Telephone: | 202-662-9042 |
| Party Represented | Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawai'i |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, ___July 17, 2023_____



_____
Wes Reber Porter
United States Magistrate Judge