# Exhibit 2
# Map of Maui County

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII,<br><br>Defendant | Civil Action No. 1:23-cv-00265-LEK-WRP |

# SUPPLEMENTAL DECLARATION OF ATOM KASPRZYCKI

**COMES NOW**, Atom Kasprzycki and states as follows:

1. I am a natural person, an adult male, United States of America citizen, resident of the State of Hawaii and County Maui. If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2. I am a licensed architect by trade.

3. The attached maps were created by myself and my staff while working under my supervision.

4. The maps were created using publicly available information obtained from the County of Maui Real Property Assessment Division website, Hawaii Department of Transportation website, Maui County Shoreline Access website, Google maps, and other open source information. See the following links: https://qpublic.schneidercorp.com/Application.aspx?AppID=1029&LayerID=21689&PageTypeID=1&PageID=9248&Q=816427170&KeyValue=340080530000 , https://hidot.hawaii.gov/highways/ , https://www.mauishorelineaccess.net

5. I certify that the maps are accurate to the best of my knowledge.

**FURTHER, DECLARANT SAYETH NAUGHT**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2023.

_____

Atom Kasprzycki



**Maui County Accessible Areas Map - Pre SB1230**

Note: The information contained in this map is approximated and has been obtained from the County of Maui Real Property Assessment Division website and other open source information.
See the following link: https://qpublic.schneidercorp.com/Application.aspx?AppID=1029&LayerID=21689&PageTypeID=1&PageID=9248&Q=816427170&KeyValue=340080530000

Sheet Number:
01



| Maui County Accessible Areas Map Key | |
|---|---|
| Federal, State, County and Private Property Not Open to the Public or Not Accessible by the Public | |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Allowed | |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Not Allowed | |
| Kalawao County, Molokai - Excluded | |

| Public Area Summary Pre SB-1230 | |
|---|---|
| Maui County: | 1,137 Square Miles |
| Federal, State, County and Private Property Not Open to the Public or Not Accessible by the Public: | 814 Square Miles |
| Remaining Property (11.4 Square Miles +/- of public sidewalks and roadways included): | 323 Square Miles |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Allowed: | 318.3 Square Miles (98.5 % of Remaining Property) |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Not Allowed: | 4.7 Square Miles ( 1.5 % of Remaining Property) |

## Maui Island Accessible Areas Map - Pre SB1230

Note: The information contained in this map is approximated and has been obtained from the County of Maui Real Property Assessment Division website and other open source information.
See the following link: https://qpublic.schneidercorp.com/Application.aspx?AppID=1029&LayerID=21689&PageTypeID=1&PageID=9248&Q=816427170&KeyValue=340080530000

Sheet Number:
02

| Maui County Accessible Areas Map Key | |
|---|---|
| Federal, State, County and Private Property Not Open to the Public or Not Accessible by the Public | |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Allowed | |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Not Allowed | |
| Kalawao County, Molokai - Excluded | |



| Public Area Summary Pre SB-1230 | |
|---|---|
| Maui County: | 1,137 Square Miles |
| Federal, State, County and Private Property Not Open to the Public or Not Accessible by the Public: | 814 Square Miles |
| Remaining Property (11.4 Square Miles +/- of public sidewalks and roadways included): | 323 Square Miles |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Allowed: | 318.3 Square Miles (98.5 % of Remaining Property) |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Not Allowed: | 4.7 Square Miles ( 1.5 % of Remaining Property) |

## Molokai Island Accessible Areas Map - Pre SB1230

Note: The information contained in this map is approximated and has been obtained from the County of Maui Real Property Assessment Division website and other open source information.
See the following link: https://qpublic.schneidercorp.com/Application.aspx?AppID=1029&LayerID=21689&PageTypeID=1&PageID=9248&Q=816427170&KeyValue=340080530000

Sheet Number:
03

| Maui County Accessible Areas Map Key | |
|---|---|
| Federal, State, County and Private Property Not Open to the Public or Not Accessible by the Public | |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Allowed | |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Not Allowed | |
| Kalawao County, Molokai - Excluded | |



| Public Area Summary Pre SB-1230 | |
|---|---|
| Maui County: | 1,137 Square Miles |
| Federal, State, County and Private Property Not Open to the Public or Not Accessible by the Public: | 814 Square Miles |
| Remaining Property (11.4 Square Miles +/- of public sidewalks and roadways included): | 323 Square Miles |
| | |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Allowed: | 318.3 Square Miles (98.5 % of Remaining Property) |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Not Allowed: | 4.7 Square Miles ( 1.5 % of Remaining Property) |
| Special Note for Lanai: Private property hunting and recreation areas excluded. | |

## Lanai Island Accessible Areas Map - Pre SB1230

Note: The information contained in this map is approximated and has been obtained from the County of Maui Real Property Assessment Division website and other open source information.
See the following link: https://qpublic.schneidercorp.com/Application.aspx?AppID=1029&LayerID=21689&PageTypeID=1&PageID=9248&Q=816427170&KeyValue=340080530000

Sheet Number:
04



**Maui County Accessible Areas Map - Post SB1230**

Note: The information contained in this map is approximated and has been obtained from the County of Maui Real Property Assessment Division website and other open source information. See the following link: https://qpublic.schneidercorp.com/Application.aspx?AppID=1029&LayerID=21689&PageTypeID=1&PageID=9248&Q=816427170&KeyValue=340080530000

Sheet Number: 05



| Maui County Accessible Areas Map Key | |
|---|---|
| Federal, State, County and Private Property Not Open to the Public or Not Accessible by the Public | |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Allowed | |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Not Allowed | |
| Kalawao County, Molokai - Excluded | |

| Public Area Summary Post SB-1230 | |
|---|---|
| Maui County: | 1,137 Square Miles |
| Federal, State, County and Private Property Not Open to the Public or Not Accessible by the Public: | 814 Square Miles |
| Remaining Property (11.4 Square Miles +/- of public sidewalks and roadways included): | 323 Square Miles |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Allowed: | 11.4 Square Miles (  3.6 % of Remaining Property) |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Not Allowed: | 311.6 Square Miles (96.4 % of Remaining Property) |

# Maui Island Accessible Areas Map - Post SB1230

Note: The information contained in this map is approximated and has been obtained from the County of Maui Real Property Assessment Division website and other open source information. See the following link: https://qpublic.schneidercorp.com/Application.aspx?AppID=1029&LayerID=21689&PageTypeID=1&PageID=9248&Q=816427170&KeyValue=340080530000

Sheet Number:
06

| Maui County Accessible Areas Map Key | |
|---|---|
| Federal, State, County and Private Property Not Open to the Public or Not Accessible by the Public | |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Allowed | |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Not Allowed | |
| Kalawao County, Molokai - Excluded | |



| Public Area Summary Post SB-1230 | |
|---|---|
| Maui County: | 1,137 Square Miles |
| Federal, State, County and Private Property Not Open to the Public or Not Accessible by the Public: | 814 Square Miles |
| Remaining Property (11.4 Square Miles +/- of public sidewalks and roadways included): | 323 Square Miles |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Allowed: | 11.4 Square Miles ( 3.6 % of Remaining Property) |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Not Allowed: | 311.6 Square Miles (96.4 % of Remaining Property) |

## Molokai Island Accessible Areas Map - Post SB1230

Note: The information contained in this map is approximated and has been obtained from the County of Maui Real Property Assessment Division website and other open source information.
See the following link: https://qpublic.schneidercorp.com/Application.aspx?AppID=1029&LayerID=21689&PageTypeID=1&PageID=9248&Q=816427170&KeyValue=340080530000

Sheet Number:
07

| Maui County Accessible Areas Map Key | |
|---|---|
| Federal, State, County and Private Property Not Open to the Public or Not Accessible by the Public | |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Allowed | |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Not Allowed | |
| Kalawao County, Molokai - Excluded | |



| Public Area Summary Post SB-1230 | |
|---|---|
| Maui County: | 1,137 Square Miles |
| Federal, State, County and Private Property Not Open to the Public or Not Accessible by the Public: | 814 Square Miles |
| Remaining Property (11.4 Square Miles +/- of public sidewalks and roadways included): | 323 Square Miles |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Allowed: | 11.4 Square Miles ( 3.6 % of Remaining Property) |
| Federal, State, County and Private Property Open to the Public: Concealed Carry Weapon (CCW) Not Allowed: | 311.6 Square Miles (96.4 % of Remaining Property) |

Special Note for Lanai: Private property hunting and recreation areas excluded

## Lanai Island Accessible Areas Map - Post SB1230

Note: The information contained in this map is approximated and has been obtained from the County of Maui Real Property Assessment Division website and other open source information. See the following link: https://qpublic.schneidercorp.com/Application.aspx?AppID=1029&LayerID=21689&PageTypeID=1&PageID=9248&Q=816427170&KeyValue=340080530000

Sheet Number:
08