# Exhibit 3
# Declaration of Maui Businesses

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) ) | Civil Action No. 1:23-cv-00265-LEK-WRP |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) ) ) ) ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF Jody Boeringa

**COMES NOW**, Jody Boeringa, and states as follows:

1. I am a natural person, an adult male, United States of America citizen, resident of the State of Hawaii.  If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2. I am the owner of Kula Glass Company.  It is a commercial glass business located at 289 Pakana St., Wailuku, HI 96793.

3. I have not put a sign up in my business allowing the public to carry firearms on my property.

4. If H.R.S. §134-E were repealed or enjoined or otherwise no longer in effect, I would allow members of the public who have concealed carry permits, including the Plaintiffs in this case, to carry in my business and on my property.

**FURTHER, DECLARANT SAYETH NAUGHT.**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 18, 2023.

Signature_____

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 1:23-cv-00265-LEK-WRP |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) ) ) ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF _MARTIN V CARPER_

**COMES NOW**, _MARTIN V CARPER_, and states as follows:

1. I am a natural person, an adult male, United States of America citizen, resident of the State of Hawaii.  If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2. I am the owner of _CWA VENTURES LLC_. It is a _ARCHITECTURAL DESIGN_ business located at _246 PAPA PL, WAILUKU, HI_.

3. I have not put a sign up in my business allowing the public to carry firearms on my property.

4. If H.R.S. §134-E were repealed or enjoined or otherwise no longer in effect, I would allow members of the public who have concealed carry permits, including the Plaintiffs in this case, to carry in my business and on my property.

   **FURTHER, DECLARANT SAYETH NAUGHT**.

I certify under penalty of perjury that the foregoing is true and correct.

   Executed on July _19_, 2023.

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) ) | Civil Action No. 1:23-cv-00265-LEK-WRP |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) ) ) ) ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF YOUR NAME

*Christopher Egan*

**COMES NOW**, your name, and states as follows:

1. I am a natural person, an adult male/female, United States of America

   citizen, resident of the State of Hawaii.  If called as a witness in this matter, I

   would provide the following testimony and I make this declaration based on

   personal knowledge, except where otherwise stated;

2. I am the owner of *Fine Art Visions LLC*. It is a *Retail Sales* business

   located at *815 Front Street, Lahaina Hi. 96761*

3. I have not put a sign up in my business allowing the public to carry firearms

   on my property.

4. If H.R.S. §134-E were repealed or enjoined or otherwise no longer in effect,

   I would allow members of the public who have concealed carry permits,

   including the Plaintiffs in this case, to carry in my business and on my

   property.

**FURTHER, DECLARANT SAYETH NAUGHT**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July *17*, 2023.

Signature _____

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) ) | Civil Action No. 1:23-cv-00265-LEK-WRP |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) ) ) ) ) ) ) | |
| Defendant. | ) | |

## <u>DECLARATION OF Rudolf S. King</u>

**COMES NOW**, Rudolf S. King, and states as follows:

1. I am a natural person, an adult male, United States of America citizen, resident of the State of Hawaii.  If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2. I am the owner of King Screen Printing.  It is a screen printing business located at 12 Ulupono Street in Lahaina.

3. I have not put a sign up in my business allowing the public to carry firearms on my property.

4. If H.R.S. §134-E were repealed or enjoined or otherwise no longer in effect, I would allow members of the public who have concealed carry permits, including the Plaintiffs in this case, to carry in my business and on my property.

   **FURTHER, DECLARANT SAYETH NAUGHT**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2023.

Signature_____

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 1:23-cv-00265-LEK-WRP |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) ) ) ) ) ) ) | |
| Defendant. | ) | |

## **DECLARATION OF Cole Loewen**

**COMES NOW**, Cole Loewen, and states as follows:

1. I am a natural person, an adult male, a sovereign born American of the United States of America , resident of the State of Hawaii.  If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2. I am the owner of Hawaii Fabrication LLC.  It is a welding/fabrication business located at 1000 Limahana Pl. Ste. i, Lahaina Hawaii 96761.

3. I have not put a sign up in my business allowing the public to carry firearms on my property.

4. If H.R.S. §134-E were repealed or enjoined or otherwise no longer in effect, I would allow members of the public who have concealed carry permits, including the Plaintiffs in this case, to carry in my business and on my property.

**FURTHER, DECLARANT SAYETH NAUGHT**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 18, 2023.

Signature _Cole Loewen_

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) ) | Civil Action No. 1:23-cv-00265-LEK-WRP |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

## <u>DECLARATION OF DOUGLAS G. PITZER</u>

**COMES NOW**, Douglas G. Pitzer, and states as follows:

1.  I am a natural person, an adult male, United States of America citizen, resident of the State of Hawaii.  If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2.  I am the owner of Pitzer Built Construction, LL.  It is a General Contractor Construction business located at 142 Kupuohi St. F-4 Lahaina, Hi 96761.

3.  I have not put a sign up in my business allowing the public to carry firearms on my property.

4.  If H.R.S. §134-E were repealed or enjoined or otherwise no longer in effect, I would allow members of the public who have concealed carry permits, including the Plaintiffs in this case, to carry in my business and on my property.

**FURTHER, DECLARANT SAYETH NAUGHT**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July ___, 2023.

Signature _____

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) ) | Civil Action No. 1:23-cv-00265-LEK-WRP |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) ) ) ) ) ) ) | |
| Defendant. | ) | |

# DECLARATION OF YOUR NAME

*Spice Ray Prince*

**COMES NOW**, your name, and states as follows:

1. I am a natural person, an adult (male)/female, United States of America citizen, resident of the State of Hawaii. If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2. I am the owner of *ISLAND SPICE HAWAII* / *HALE PARFUM*. It is a *CLOTHING / HERBAL / FRAGRANCE* business located at *277 Wili Ko pl #8 Lahaina, HI 96761*

3. I have not put a sign up in my business allowing the public to carry firearms on my property.

4. If H.R.S. §134-E were repealed or enjoined or otherwise no longer in effect, I would allow members of the public who have concealed carry permits, including the Plaintiffs in this case, to carry in my business and on my property.

## FURTHER, DECLARANT SAYETH NAUGHT.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July *18*, 2023.

Signature *Spice Ray Prince*

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) ) | Civil Action No. 1:23-cv-00265-LEK-WRP |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) ) ) ) ) ) | |
| Defendant. | ) ) ) | |

## <u>DECLARATION OF KIMO CLARK</u>

**COMES NOW**, Kimo Clark, and states as follows:

1.  I am a natural person, an adult male, United States of America citizen, resident of the State of Hawaii.  If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2.  I am the owner of Truth Excavation LLC.  It is a Excavation business located at164 Wahikuli Rd, Lahaina HI 96761.

3.  I have not put a sign up in my business allowing the public to carry firearms on my property.

4.  If H.R.S. §134-E were repealed or enjoined or otherwise no longer in effect, I would allow members of the public who have concealed carry permits, including the Plaintiffs in this case, to carry in my business and on my property.

    **FURTHER, DECLARANT SAYETH NAUGHT**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 18TH , 2023.

Signature    *Kimo Clark*

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) ) | Civil Action No. 1:23-cv-00265-LEK-WRP |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) ) ) ) ) ) | |
| Defendant. | ) ) ) | |

## <u>DECLARATION OF Jeff Drechsel</u>

**COMES NOW**, Jeff Drechsel, and states as follows:

1.  I am a natural person, an adult male, United States of America citizen, resident of the State of Hawaii.  If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2.  I am the owner of Zuma Development.  It is a Construction business located at 11 Ulupono Street Lahaina, HI 96761.

3.  I have not put a sign up in my business allowing the public to carry firearms on my property.

4.  If H.R.S. §134-E were repealed or enjoined or otherwise no longer in effect, I would allow members of the public who have concealed carry permits, including the Plaintiffs in this case, to carry in my business and on my property.

   **FURTHER, DECLARANT SAYETH NAUGHT**.

I certify under penalty of perjury that the foregoing is true and correct.

   Executed on July 18, 2023.

   Signature _____

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) ) | Civil Action No. 1:23-cv-00265-LEK-WRP |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) ) ) ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF _Matthew Wilbert_

**COMES NOW,** _Matthew Wilbert_ , and states as follows:

1. I am a natural person, an adult male, United States of America citizen, resident of the State of Hawaii.  If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2. I am the owner of _Akamai Fire Protection LLC_ . It is a _Construction_ business located at _Home office: 215 moʻoholehu St, Kahului, HI, 96732_ _Shop: Central Maui Baseyard 2000 Maui Veterans HWY_ .

3. I have not put a sign up in my business allowing the public to carry firearms on my property.

4. If H.R.S. §134-E were repealed or enjoined or otherwise no longer in effect, I would allow members of the public who have concealed carry permits, including the Plaintiffs in this case, to carry in my business and on my property.

**FURTHER, DECLARANT SAYETH NAUGHT**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July _19_ , 2023.

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) ) | Civil Action No. 1:23-cv-00265-LEK-WRP |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) ) ) ) ) ) | |
| Defendant. | ) | |

## <u>DECLARATION OF Glenn Ross</u>

**COMES NOW**, Glenn Ross, and states as follows:

1. I am a natural person, an adult male, United States of America citizen, resident of the State of Hawaii.  If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2. I am the owner of Island Lock and Safe.  It is a Retail and Locksmith business located at 1036 Limahana Place, #2I, Lahaina, HI 96761.

3. I have not put a sign up in my business allowing the public to carry firearms on my property.

4. If H.R.S. §134-E were repealed or enjoined or otherwise no longer in effect, I would allow members of the public who have concealed carry permits, including the Plaintiffs in this case, to carry in my business and on my property.

**FURTHER, DECLARANT SAYETH NAUGHT.**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2023.

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) ) | Civil Action No. 1:23-cv-00265-LEK-WRP |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF DUANE J. GOMES

**COMES NOW**, Duane J. Gomes, and states as follows:

1. I am a natural person, an adult male, United States of America citizen, resident of the State of Hawaii. If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2. I am the owner of J2C Hawaii, dba Obachans. It is a locally owned candy business located at 1870-A Mill St, Wailuku, HI 96793.

3. I have not put a sign up in my business allowing the public to carry firearms on my property.

4. If H.R.S. §134-E were repealed or enjoined or otherwise no longer in effect, I would allow members of the public who have concealed carry permits, including the Plaintiffs in this case, to carry in my business and on my property.

## FURTHER, DECLARANT SAYETH NAUGHT.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2023.

Signature_____

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

|  |  |
|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION <br><br> Plaintiffs, <br><br> v. <br><br> ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, <br><br> Defendant | Civil Action No. 1:23-cv-00265-LEK-WRP |

# DECLARATION OF DAVIN ASATO

**COMES NOW**, Davin Asato and states as follows:

1. I am a natural person, an adult male, United States of America citizen, resident of the State of Hawaii. If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2. I am a Pastor at Grace Bible Church Maui It is a church located at 635 Hina Avenue 96732. It is open to the public.

3. Our church has not put a sign up at church allowing the public to carry firearms in the church or on our property.

4. If H.R.S. §134-E, i.e., the law which requires us to put up a sign or give consent for members of the public to be able to carry firearms at our church, were repealed or enjoined or otherwise no longer in effect, our church would allow members of the public who have concealed carry permits, including the Plaintiffs in this case, to carry in the church and on church property.

**FURTHER, DECLARANT SAYETH NAUGHT.**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 18, 2023.

_Davin Asato_

Davin Asato

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) ) | Civil Action No. 1:23-cv-00265-LEK-WRP |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) ) ) ) ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF GREGORY L. HOWETH

**COMES NOW**, Gregory L. Howeth, and states as follows:

1. I am a natural person, an adult male, United States of America citizen, resident of the State of Hawaii.  If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2. I am the owner of Lahaina Dive and Surf LLC.  It is a recreational SCUBA company that operates a retail store, training facility, and charter boats. It is located in Lahaina, Hawaii which is in Maui County and it is open to the public. It is located at 143 Dickenson St, Suite 100, Lahaina HI, 96761.

3. I own the property that my business is located on.

4. I have not put a sign up in my business or property that says the public may carry firearms in my business.  And I have otherwise not given consent to the public to carry firearms on my property and/or business.

5. If H.R.S. §134-E i.e., the law which currently requires me to put up a sign or otherwise give consent for the public to carry handguns in my business. were repealed, enjoined or otherwise no longer in effect, I would allow members of the public, including the Plaintiffs in this case, to carry handguns in my business and on my property.

**FURTHER, DECLARANT SAYETH NAUGHT.**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2023.

Gregory L. Howeth

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

|  |  |  |
|---|---|---|
| ATOM KASPRZYCKI, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 1:23-cv-00265-LEK-WRP |
| v. | ) ) ) | |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) ) ) ) ) | |
| Defendant | ) ) | |

## DECLARATION OF YOUR NAME

COMES NOW, _James Patch_ ~~your name~~, and states as follows:

1. I am a natural person, an adult (male)/~~female~~, United States of America citizen, resident of the State of Hawaii. If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2. I am the owner of _The Fish Market MAUI_ It is a _23 year Retail_ business located at _3600 Lws Honoapiilani Rd #2 CAHAINA, HI. 96761_

3. I have not put a sign up in my business allowing the public to carry firearms on my property.

4. If H.R.S. §134-E were repealed or enjoined or otherwise no longer in effect, I would allow members of the public who have concealed carry permits, including the Plaintiffs in this case, to carry in my business and on my property.

**FURTHER, DECLARANT SAYETH NAUGHT.**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July _17_, 2023.

Signature _James Patch_

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

|  |  |
|---|---|
| ATOM KASPRZYCKI, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | Civil Action No. 1:23-cv-00265-LEK-WRP ) ) |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) ) ) ) ) |
| Defendant | ) ) |

## <u>DECLARATION OF TYLER COONS</u>

**COMES NOW**, Tyler Coons, and states as follows:

1. I am a natural person, an adult male, United States of America citizen, resident of the State of Hawaii.  If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2. I am the owner of  Welcome Hawaii Properties.  It is a real estate business located at 40 Kupuohi St. Ste 103A Lahaina, HI 96761.

3. I have not put a sign up in my business allowing the public to carry firearms on my property.

4. If H.R.S. §134-E were repealed or enjoined or otherwise no longer in effect, I would allow members of the public who have concealed carry permits, including the Plaintiffs in this case, to carry in my business and on my property.

**FURTHER, DECLARANT SAYETH NAUGHT**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2023.

Signature _____

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) ) | Civil Action No. 1:23-cv-00265-LEK-WRP |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) ) ) ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF YOUR NAME

**COMES NOW**, your name, and states as follows:

I am a natural person, an adult male/female, United States of America citizen, resident of the State of Hawaii. If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

I am the owner of Hi-Tech Surf Sports It is a RETAIL business located at 425 KOLOA ST KAHULUI .

I have not put a sign up in my business allowing the public to carry firearms on my property.

If H.R.S. §134-E were repealed or enjoined or otherwise no longer in effect, I would allow members of the public who have concealed carry permits, including the Plaintiffs in this case, to carry in my business and on my property.

**FURTHER, DECLARANT SAYETH NAUGHT**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2023.

Signature _____

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) ) | Civil Action No. 1:23-cv-00265-LEK-WRP |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) ) ) ) ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF YOUR NAME

**COMES NOW**, your name, and states as follows:

I am a natural person, an adult male/female, United States of America

citizen, resident of the State of Hawaii.  If called as a witness in this matter, I

would provide the following testimony and I make this declaration based on

personal knowledge, except where otherwise stated;

I am the owner of *HiTech Surf Sports*. It is a *RETAIL* business

located at *58 BALDWIN AVE, PAIA* .

I have not put a sign up in my business allowing the public to carry firearms

on my property.

If H.R.S. §134-E were repealed or enjoined or otherwise no longer in effect,

I would allow members of the public who have concealed carry permits,

including the Plaintiffs in this case, to carry in my business and on my

property.

**FURTHER, DECLARANT SAYETH NAUGHT**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July ___, 2023.

Signature _____

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) ) | Civil Action No. 1:23-cv-00265-LEK-WRP |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) ) ) ) ) ) ) | |
| Defendant. | ) | |

### DECLARATION OF YOUR NAME

**COMES NOW**, your name, and states as follows:

I am a natural person, an adult male/female, United States of America

citizen, resident of the State of Hawaii.  If called as a witness in this matter, I

would provide the following testimony and I make this declaration based on

personal knowledge, except where otherwise stated;

I am the owner of _Hi-Tech SurfSports_ . It is a _Retail_ business

located at _2021 S. Kihei Rd., Kihei_ .

I have not put a sign up in my business allowing the public to carry firearms

on my property.

If H.R.S. §134-E were repealed or enjoined or otherwise no longer in effect,

I would allow members of the public who have concealed carry permits,

including the Plaintiffs in this case, to carry in my business and on my

property.

**FURTHER, DECLARANT SAYETH NAUGHT**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July ___, 2023.

Signature _____

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:23-cv-00265-LEK-WRP |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

## <u>DECLARATION OF Noah Drazkowski</u>

**COMES NOW**, Noah Drazkowski, and states as follows:

1. I am a natural person, an adult male, United States of America citizen, resident of the State of Hawaii.  If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2. I am the owner of All About Fish Maui.  It is a Retail business located at 3600 Lower Honoapiilani Road, Ste. F, Lahaina, HI 96761.

3. I have not put a sign up in my business allowing the public to carry firearms on my property.

4. If H.R.S. §134-E were repealed or enjoined or otherwise no longer in effect, I would allow members of the public who have concealed carry permits, including the Plaintiffs in this case, to carry in my business and on my property.

**FURTHER, DECLARANT SAYETH NAUGHT**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2023.

Signature

*Noah Drazkowski*