# Exhibit 4
# Declaration of Maui Restaurants

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | |
| Plaintiffs, | Civil Action No. 1:23-cv-00265-LEK-WRP |
| v. | |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | |
| Defendant | |

**DECLARATION OF ___David Fincher____________**

**COMES NOW**, 7/19/23, and states as follows:

1. I am a natural person, an adult, United States of America citizen, resident of the State of Hawaii. If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;
2. I am the owner of DOWN THE HATCH. It is a restaurant that serves alcohol. It is located at 658 Front St, Lahaina HI.
3. If H.R.S. § 134-A(a)(4) i.e., Hawaii's restriction on carrying firearms by concealed carry permit holders in restaurants that serve alcohol and their parking lots were repealed or enjoined or otherwise no longer in effect, I would allow members of the public, including the Plaintiffs in this case, to carry in my business, on my property and parking lot.

**FURTHER, DECLARANT SAYETH NAUGHT**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2023.

__________WDF_____________

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | |
| Plaintiffs, | Civil Action No. 1:23-cv-00265-LEK-WRP |
| v. | |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | |
| Defendant | |

**DECLARATION OF ___David Fincher____________**

**COMES NOW**, 7/19/23, and states as follows:

1. I am a natural person, an adult, United States of America citizen, resident of the State of Hawaii. If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;
2. I am the owner of MALA OCEAN TAVERN. It is a restaurant that serves alcohol. It is located at 1307 Front St, Lahaina HI.
3. If H.R.S. § 134-A(a)(4) i.e., Hawaii's restriction on carrying firearms by concealed carry permit holders in restaurants that serve alcohol and their parking lots were repealed or enjoined or otherwise no longer in effect, I would allow members of the public, including the Plaintiffs in this case, to carry in my business, on my property and parking lot.

**FURTHER, DECLARANT SAYETH NAUGHT**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2023.

__________WDF_____________

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION

Plaintiffs,

v.

ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII,

Defendant

Civil Action No. 1:23-cv-00265-LEK-WRP

**DECLARATION OF_________________**

**COMES NOW**, _Alexa Caskey__, and states as follows:

1. I am a natural person, an adult, United States of America citizen, resident of the State of Hawaii. If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;
2. I am the owner of _Moku Roots LLC_. It is a restaurant that serves alcohol. It is located at _335 Keawe st Lahaina hi 96761_.
3. If H.R.S. § 134-A(a)(4) i.e., Hawaii's restriction on carrying firearms by concealed carry permit holders in restaurants that serve alcohol and their parking lots were repealed or enjoined or otherwise no longer in effect, I would allow members of the public, including the Plaintiffs in this case, to carry in my business, on my property and parking lot.

**FURTHER, DECLARANT SAYETH NAUGHT**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July _19, 2023.

_