# Exhibit 5 Supplemental Declaration of Plaintiffs

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION <br><br> Plaintiffs, <br><br> v. <br><br> ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, <br><br> Defendant | Civil Action No. 1:23-cv-00265-LEK-WRP |

## SUPPLEMENTAL DECLARATION OF JASON WOLFORD

**COMES NOW**, Jason Wolford and states as follows:

1. I am a natural person, an adult male, United States of America citizen, resident of the State of Hawaii. If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2. I am a Plaintiff in this case.

3. In the past, I have gone to the following business while carrying a concealed weapon and my carry concealed weapon permit and would continue to frequent these businesses, the adjacent area and parking areas, while armed with a concealed firearm and with my concealed firearm permit but for state law and the threat of criminal prosecution: Island lock and Safe, Lahaina Diversity Surf, Down the Hatch, Grace Bible Maui, Mala Ocean Tavern. If H.R.S. §134-E, i.e., the law which requires Hawaii businesses to put up a sign or give consent for members of the public to be able to carry firearms were repealed or enjoined or otherwise no longer in effect, I would carry at all these places. Kula Glass Company, CWA Ventures LLC, Hawaii Fabrication LLC, Pitzer Built Construction, LLC, Island Spice Hawaii Hale Parfum, Zuma Development, Akamai Fire Protection LLC –Down the Hatch, Mala Ocean Tavern, Island Lock and Safe, Grace Bible Church Maui,

Lahaina Dive and Surf LLC, All About Fish Maui, Fine Art Visions LLC, King Screen Printing, The Fish Market Maui, Truth Excavation LLC, Welcome to Hawaii Properties and J2C Hawaii, LLC.

4. If H.R.S. § 134(a)(4) i.e., the law which bans the carry of firearms by members of the public were repealed, enjoined or otherwise no longer in effect I would carry a firearm at the following restaurants that serve alcohol Down the Hatch, Mala Ocean Tavern and Moku Roots LLC.

**FURTHER, DECLARANT SAYETH NAUGHT.**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2023.

Jason Wolford

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII,<br><br>Defendant | Civil Action No. 1:23-cv-00265-LEK-WRP |

## SUPPLEMENTAL DECLARATION OF ALISON WOLFORD

**COMES NOW**, Alison Wolford and states as follows:

1. I am a natural person, an adult female, United States of America citizen, resident of the State of Hawaii and County Maui. If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2. I am a Plaintiff in this case.

3. In the past, I have gone to the following business while carrying a concealed weapon and my carry concealed weapon permit and would continue to frequent these businesses, the adjacent area and parking areas, while armed with a concealed firearm and with my concealed firearm permit but for state law and the threat of criminal prosecution: Akamai Fire Protection, Down the Hatch, Mala Ocean Tavern, Island Lock and Key, Grace Bible Church Maui, Lahaina Dive and Surf, The Fish Market Maui

4. If H.R.S. §134-E, i.e., the law which requires Hawaii businesses to put up a sign or give consent for members of the public to be able to carry firearms at our church, were repealed or enjoined or otherwise no longer in effect, I would carry at all these places. Kula Glass Company, CWA Ventures LLC, Hawaii Fabrication LLC, Pitzer Built Construction, LLC, Island Spice Hawaii Hale Parfum, Zuma Development, Akamai Fire Protection LLC –

Down the Hatch, Mala Ocean Tavern, Island Lock and Safe, Grace Bible Church Maui, Lahaina Dive and Surf LLC, All About Fish Maui, Fine Art Visions LLC, King Screen Printing, The Fish Market Maui, Truth Excavation LLC, Welcome to Hawaii Properties and J2C Hawaii, LLC.

5. If H.R.S. § 134(a)(4) i.e. the law which bans the carry of firearms by members of the public were repealed, enjoined or otherwise no longer in effect I would carry a firearm at the following restaurants that serve alcohol Down the Hatch, Mala Ocean Tavern and Moku Roots LLC.

**FURTHER, DECLARANT SAYETH NAUGHT.**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2023.

Alison Wolford

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:23-cv-00265-LEK-WRP |
| ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, | )<br>)<br>) |
| Defendant | ) |

**SUPPLEMENTAL DECLARATION OF ATOM KASPRZYCKI**

**COMES NOW**, Atom Kasprzycki and states as follows:

1. I am a natural person, an adult male, United States of America citizen, resident of the State of Hawaii and County Maui.  If called as a witness in this matter, I would provide the following testimony and I make this declaration based on personal knowledge, except where otherwise stated;

2. I am a Plaintiff in this case.

3. In addition to the parks and beaches I listed in my first declaration I also frequent the following beaches and parks on a regular basis.

4. I have in the past regularly frequented the following beaches, parking lots and adjacent areas, listed below, and have, as a carry concealed license holder since 2022, and will in the future, own, possess, and carry a firearm with my concealed carry permit.  I have every intention and desire to continue to carry my personal firearm in and at all these locations in the future, and places like them, but I will decline to do so because of the credible fear of arrest and prosecution due to SB1230.  I intend to and will use my carry concealed permit to carry arms concealed in the locations referenced herein, but for the implementation and enactment of SB1230;

5. I frequent Waihou Spring Trail and the adjacent areas and parking areas. This park is across the street from my home in Olinda. I go there one to two times a month. I have frequented it in the past while carrying a concealed

weapon and my permit. I would continue to frequent this trail/park, adjacent area and parking areas, in the future armed with a concealed firearm and with my concealed carry permit but for state law and the threat criminal prosecution.

6. In the complaint and in my previous declaration the bank in my business's parking lot was mistakenly identified as the Bank of Hawaii. It is Valley Isle Community Federal Credit Union.

7. I frequent Polipoli Spring State Park and the adjacent area and parking areas two to six times a year. I have frequented this park while carrying a concealed weapon and my carry concealed weapon permit. I would continue to frequent Polipoli Spring State Park, the adjacent area and parking areas, while armed with a concealed firearm and with my concealed firearm permit but for state law and the threat of criminal prosecution;

8. In the past, I have gone to the following business while carrying a concealed weapon and my carry concealed weapon permit and would continue to frequent these businesses, the adjacent area and parking areas, while armed with a concealed firearm and with my concealed firearm permit but for state law and the threat of criminal prosecution: Pitzer Built Construction, LLC, Island Spice Hawaii Hale Parfum, Zuma Development, Island Lock and Safe, All About Fish Maui, The Fish Market Maui, Truth Excavation LLC,

Welcome to Hawaii Properties, Hi-Tech Surf Sports, Down the Hatch, Mala Ocean Tavern and Moku Roots LLC.

9. If H.R.S. §134-E, i.e., the law which requires Hawaii businesses to put up a sign or give consent for members of the public to be able to carry firearms, were repealed or enjoined or otherwise no longer in effect, I would carry at all these places. Kula Glass Company, CWA Ventures LLC, Hawaii Fabrication LLC, Pitzer Built Construction, LLC, Island Spice Hawaii Hale Parfum, Zuma Development, Akamai Fire Protection LLC, Island Lock and Safe, Grace Bible Church Maui, Lahaina Dive and Surf LLC, All About Fish Maui, Fine Art Visions LLC, King Screen Printing, The Fish Market Maui, Truth Excavation LLC, Welcome to Hawaii Properties, Hi-Tech Surf Sports and J2C Hawaii, LLC.

10. If H.R.S. § 134(a)(4) i.e. the law which bans the carry of firearms by members of the public were repealed, enjoined or otherwise no longer in effect I would carry a firearm at the following restaurants that serve alcohol Down the Hatch, Mala Ocean Tavern and Moku Roots LLC.

**FURTHER, DECLARANT SAYETH NAUGHT**.

I certify under penalty of perjury that the foregoing is true and correct.

    Executed on July 20, 2023.

_____
Atom Kasprzycki