Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1136 Union Mall, Suite 808
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII,<br><br>Defendants. | Civil Action No. 1:23-cv-00265-LEK-WRP<br><br><br>CERTIFICATE OF SERVICE<br><br><br><br>Judge: N/A<br>Trial: N/A<br>Hearing: N/A |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date noted below, the foregoing document was filed with this Court's ECF system, which generated a notice of filing, and a true and correct copy of the foregoing Reply Brief and Certificate of Service was emailed to the following counsel for Defendants:

.   NEAL KUMAR KATYAL
NICHOLAS MCLEAN Esq
Deputy Attorneys General
Department of the Attorney
General, State of Hawaii
425 Queen Street
Honolulu, HI  96813
Email:   neal.katyal@hoganlovells.com
Nicholas.mclean@hawaii.gov

Dated: July 21, 2023.

    Respectfully submitted,

    *Counsel for Plaintiff*

    /s/*Kevin Gerard O'Grady*
    Kevin O'Grady

    */s/ Alan Beck*
    Alan Alexander Beck