# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 23-00265 LEK-WRP |
| CASE NAME: | Jason Wolford et al., v Anne E. Lopez |
| ATTYS FOR PLA: | Alan Beck, Kevin O'Grady |
| ATTYS FOR DEFT: | Kaliko Fernandes, Nick McLean, Ben Gifford, Mary McCord, Dana Raphael |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 07/28/2023 | TIME: | 10:30 AM - 11:30 AM |

COURT ACTION:  EP: [7] Plaintiffs Motion for Temporary Restraining Order held by video teleconference ("VTC").

Counsel for Plaintiffs: Alan Beck, Kevin O'Grady presentby VTC.
Counsel for Defense: Ben Gifford, Kaliko Fernandes, Nicholas McLean, Mary McCord, Dana Raphael present by VTC.

Arguments presented by: Alan Beck and Ben Gifford.

Matter is taken under advisement; Court to issue order.

Submitted by: Agalelei Elkington, Courtroom Manager