Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMES COALITION<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII,<br><br>Defendant. | Civil Action No. 1:23-cv-00265-LEK-WRP |

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 7.6., Plaintiffs file *Teter v. Lopez,* No. 20-15948, 2023 U.S. App. LEXIS 20312 (9th Cir. Aug. 7, 2023) (attached) as supplemental authority. This case supports the methodology method that Plaintiff believe should be employed in this case.

Dated: August 7, 2023.

                Respectfully submitted,

                /s/*Kevin Gerard O'Grady*
                Kevin O'Grady, ESQ.

                */s/ Alan Beck*
                Alan Alexander Beck, ESQ.