ANNE E. LOPEZ (7609)
  Attorney General of the State of Hawaiʻi
KALIKOʻONĀLANI D. FERNANDES (9964)
  Solicitor General
NICHOLAS M. MCLEAN (10676)
  First Deputy Solicitor General
Department of the Attorney General
  State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel.: (808) 586-1360
Email: kaliko.d.fernandes@hawaii.gov

NEAL K. KATYAL*
DANA A. RAPHAEL*
  Special Deputy Attorneys General
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, DC 20004
Tel.: (202) 637-5600
Email: neal.katyal@hoganlovells.com

MARY B. MCCORD*
RUPA BHATTACHARYYA*
  Special Deputy Attorneys General
Institute for Constitutional
  Advocacy & Protection
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, DC 20001
Tel.: (202) 661-6607
Email: mbm7@georgetown.edu
*Pro Hac Vice

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as
the Attorney General of the State of Hawaiʻi

(Additional Counsel on Next Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>        Plaintiffs,<br><br>        v.<br><br>(caption continued) | Civil No. 1:23-cv-00265-LEK-WRP<br><br>**MOTION FOR STAY PENDING APPEAL AND, IN THE ALTERNATIVE, TEMPORARY ADMINISTRATIVE STAY; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE** |

| | |
|---|---|
| ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi,<br><br>               Defendant. | District Judge:<br>Hon. Leslie E. Kobayashi<br><br>Magistrate Judge:<br>Hon. Wes Reber Porter |

## ADDITIONAL COUNSEL

BEN GIFFORD*
  Special Deputy Attorney General
Institute for Constitutional
  Advocacy & Protection
Georgetown University Law Center
PO Box 211178
Brooklyn, NY 11221
Tel.: (202) 662-9835
Email: bg720@georgetown.edu

*Pro Hac Vice

## MOTION FOR STAY PENDING APPEAL AND, IN THE ALTERNATIVE, TEMPORARY ADMINISTRATIVE STAY

Pursuant to Rule 8 of the Federal Rules of Appellate Procedure, Rules 7 and 62 of the Federal Rules of Civil Procedure, and this Court's inherent authority, Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi ("the Attorney General"), respectfully moves for a stay pending appeal of this Court's *Order Granting in Part and Denying in Part Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction* filed on August 8, 2023 (ECF No. 66) (the "Order"). For the reasons set forth in the attached memorandum in support, a stay is warranted to maintain the status quo and minimize disruptive effects of the Order while the Attorney General pursues an appeal. Should the Court decline to grant a stay pending appeal, the Attorney General requests, in the alternative, that this Court enter a temporary administrative stay to permit application to the Court of Appeals for a stay pending appeal.

This motion is made following a conference of counsel pursuant to LR7.8 that took place on August 10, 2023. Plaintiffs, through counsel, oppose this motion. Because time is of the essence, the Attorney General respectfully requests that the seven-day waiting period under LR7.8, insofar as it applies to this Motion, be waived.

1

DATED: Honolulu, Hawai'i, August 11, 2023.

/s/ Ben Gifford

KALIKO'ONĀLANI D. FERNANDES
  Solicitor General
NICHOLAS M. MCLEAN
  First Deputy Solicitor General

NEAL K. KATYAL*
MARY B. MCCORD*
BEN GIFFORD*
RUPA BHATTACHARYYA*
DANA A. RAPHAEL*
  Special Deputy Attorneys General

*Pro Hac Vice*

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney
General of the State of Hawai'i

2