IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawai'i,<br><br>Defendant. | Civil No. 1:23-cv-00265-LEK-WRP<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon the following:

    KEVIN GERARD O'GRADY
    Law Office of Kevin O'Grady
    1164 Bishop Street, Suite 1605
    Honolulu, HI 96813
    Phone: (808) 521-3367
    E-mail: Kevin@KevinOGradyLaw.com

    ALAN ALEXANDER BECK
    Law Office of Alan Beck
    2692 Harcourt Drive
    San Diego, CA 92123
    Phone: (619) 905-9105

E-mail: Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION

DATED: Honolulu, Hawaiʻi, August 11, 2023.

                                                                    /s/ Ben Gifford

| | |
|---|---|
| KALIKOʻONĀLANI D. FERNANDES<br>  Solicitor General<br>NICHOLAS M. MCLEAN<br>  First Deputy Solicitor General | NEAL K. KATYAL\*<br>MARY B. MCCORD\*<br>BEN GIFFORD\*<br>RUPA BHATTACHARYYA\*<br>DANA A. RAPHAEL\*<br>  Special Deputy Attorneys General |

*\* Pro Hac Vice*

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi