| | |
|---|---|
| ANNE E. LOPEZ (7609)<br>  Attorney General of the State of Hawaiʻi<br>KALIKOʻONĀLANI D. FERNANDES (9964)<br>  Solicitor General<br>NICHOLAS M. MCLEAN (10676)<br>  First Deputy Solicitor General<br>Department of the Attorney General<br>  State of Hawaiʻi<br>425 Queen Street<br>Honolulu, Hawaiʻi 96813<br>Tel.: (808) 586-1360<br>Email: kaliko.d.fernandes@hawaii.gov | NEAL K. KATYAL*<br>DANA A. RAPHAEL*<br>  Special Deputy Attorneys General<br>Hogan Lovells US LLP<br>555 Thirteenth Street NW<br>Washington, DC 20004<br>Tel.: (202) 637-5600<br>Email: neal.katyal@hoganlovells.com<br><br>MARY B. MCCORD*<br>RUPA BHATTACHARYYA*<br>  Special Deputy Attorneys General<br>Institute for Constitutional<br>  Advocacy & Protection<br>Georgetown University Law Center<br>600 New Jersey Avenue NW<br>Washington, DC 20001<br>Tel.: (202) 661-6607<br>Email: mbm7@georgetown.edu<br>*Pro Hac Vice* |

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as
the Attorney General of the State of Hawaiʻi

(Additional Counsel on Next Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>       Plaintiffs-Appellees,<br><br>       v.<br><br>(caption continued) | Civil No. 1:23-cv-00265-LEK-WRP<br><br>Appealable Temporary Restraining Order<br><br>**DEFENDANT ANNE E. LOPEZ'S NOTICE OF APPEAL; REPRESENTATION STATEMENT; CERTIFICATE OF SERVICE** |

| | |
|---|---|
| ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi,<br><br>   Defendant-Appellant. | <u>District Judge</u>:<br>Hon. Leslie E. Kobayashi<br><br><u>Magistrate Judge</u>:<br>Hon. Wes Reber Porter |

## ADDITIONAL COUNSEL

BEN GIFFORD*
  Special Deputy Attorney General
Institute for Constitutional
  Advocacy & Protection
Georgetown University Law Center
PO Box 211178
Brooklyn, NY 11221
Tel.: (202) 662-9835
Email: bg720@georgetown.edu

*Pro Hac Vice

# NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's August 8, 2023 *Order Granting In Part and Denying In Part Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction* (ECF No. 66).

DATED: Honolulu, Hawaiʻi, August 14, 2023.

/s/ *Nicholas M. McLean*

| | |
|---|---|
| KALIKOʻONĀLANI D. FERNANDES<br>  Solicitor General<br>NICHOLAS M. MCLEAN<br>  First Deputy Solicitor General | NEAL K. KATYAL*<br>MARY B. MCCORD*<br>BEN GIFFORD*<br>RUPA BHATTACHARYYA*<br>DANA A. RAPHAEL*<br>  Special Deputy Attorneys General |

*\* Pro Hac Vice*

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi

1