IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawai'i,<br><br>Defendant-Appellant. | Civil No. 1:23-cv-00265-LEK-WRP<br><br>REPRESENTATION STATEMENT |

## REPRESENTATION STATEMENT

**Party**

Plaintiffs-Appellees

JASON WOLFORD,
ALISON WOLFORD,
ATOM KASPRZYCKI,
HAWAII FIREARMS COALITION

**Counsel**

KEVIN GERARD O'GRADY
Law Office of Kevin O'Grady
1164 Bishop Street, Suite 1605
Honolulu, HI 96813
Phone: (808) 521-3367
E-mail: Kevin@KevinOGradyLaw.com

ALAN ALEXANDER BECK
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
Phone: (619) 905-9105
E-mail: Alan.alexander.beck@gmail.com

1

| | |
|---|---|
| Defendant-Appellant<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi | ANNE E. LOPEZ<br>  Attorney General of the State of Hawaiʻi<br>KALIKOʻONĀLANI D. FERNANDES<br>  Solicitor General<br>NICHOLAS M. MCLEAN<br>  First Deputy Solicitor General<br>Department of the Attorney General<br>  State of Hawaiʻi<br>425 Queen Street<br>Honolulu, Hawaiʻi 96813<br>Tel.: (808) 586-1360<br>Email: kaliko.d.fernandes@hawaii.gov<br>nicholas.mclean@hawaii.gov<br><br> NEAL K. KATYAL*<br> DANA A. RAPHAEL*<br>   Special Deputy Attorneys General<br> Hogan Lovells US LLP<br> 555 Thirteenth Street NW<br> Washington, DC 20004<br> Tel.: (202) 637-5600<br> Email: neal.katyal@hoganlovells.com<br> dana.raphael@hoganlovells.com<br><br> MARY B. MCCORD*<br> RUPA BHATTACHARYYA*<br>   Special Deputy Attorneys General<br> Institute for Constitutional<br>   Advocacy & Protection<br> Georgetown University Law Center<br> 600 New Jersey Avenue NW<br> Washington, DC 20001<br> Tel.: (202) 661-6607<br> Email: mbm7@georgetown.edu<br> rb1796@georgetown.edu<br> *Pro Hac Vice* |

         BEN GIFFORD*
           Special Deputy Attorney General
         Institute for Constitutional
           Advocacy & Protection
         Georgetown University Law Center
         PO Box 211178
         Brooklyn, NY 11221
         Tel.: (202) 662-9835
         Email: bg720@georgetown.edu

         *Pro Hac Vice*

DATED: Honolulu, Hawaiʻi, August 14, 2023.

         /s/ Nicholas M. McLean

| | |
|---|---|
| KALIKOʻONĀLANI D. FERNANDES<br>  Solicitor General<br>NICHOLAS M. MCLEAN<br>  First Deputy Solicitor General | NEAL K. KATYAL*<br>MARY B. MCCORD*<br>BEN GIFFORD*<br>RUPA BHATTACHARYYA*<br>DANA A. RAPHAEL*<br>  Special Deputy Attorneys General |

         * *Pro Hac Vice*

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi