IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi,<br><br>Defendant-Appellant. | Civil No. 1:23-cv-00265-LEK-WRP<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon the following:

>KEVIN GERARD O'GRADY
>Law Office of Kevin O'Grady
>1164 Bishop Street, Suite 1605
>Honolulu, HI 96813
>Phone: (808) 521-3367
>E-mail: Kevin@KevinOGradyLaw.com

>ALAN ALEXANDER BECK
>Law Office of Alan Beck
>2692 Harcourt Drive
>San Diego, CA 92123
>Phone: (619) 905-9105
>E-mail: Alan.alexander.beck@gmail.com

1

Attorneys for Plaintiffs JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION

DATED: Honolulu, Hawaiʻi, August 14, 2023.

/s/ Nicholas M. McLean

KALIKOʻONĀLANI D. FERNANDES
  Solicitor General
NICHOLAS M. MCLEAN
  First Deputy Solicitor General

NEAL K. KATYAL*
MARY B. MCCORD*
BEN GIFFORD*
RUPA BHATTACHARYYA*
DANA A. RAPHAEL*
  Special Deputy Attorneys General

*Pro Hac Vice*

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi

2