| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 15 2023<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JASON WOLFORD; et al.,

        Plaintiffs-Appellees,

v.

ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaii,

        Defendant-Appellant.

No.  23-16094

D.C. No. 1:23-cv-00265-LEK-WRP
District of Hawaii, Honolulu

ORDER

The appeal filed August 14, 2023 is a preliminary injunction appeal. Accordingly, Ninth Circuit Rule 3-3 shall apply.

The mediation questionnaire is due three days after the date of this order.

If they have not already done so, within 7 calendar days after the filing date of this order, the parties shall make arrangements to obtain from the court reporter an official transcript of proceedings in the district court that will be included in the record on appeal.

The briefing schedule shall proceed as follows: the opening brief and excerpts of record are due no later than September 11, 2023; the answering brief is due October 10, 2023 or 28 days after service of the opening brief, whichever is earlier; and the optional reply brief is due within 21 days after service of the answering brief.  *See* 9th Cir. R. 3-3(b).

OSA165

No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(3). Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b).

Failure to file timely the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT