# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**LUCY H. CARRILLO**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

August 15, 2023

To All Counsel of Record as Appellees:

    IN RE:    Jason Wolford, et al. v. Anne E. Lopez, in her official capacity as the Attorney General of the State of Hawaii

            CIV NO.    CV 23-00265 LEK-WRP

            CA NO.    23-16094

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on August 14, 2023.

    All counsel (or Pro Se) please read and follow the enclosed instructions. Thank You.

Sincerely Yours,

Lucy H. Carrillo, CLERK

by: /s/ EA, Deputy Clerk

Enclosures

cc:    All counsel of record for appellant
        Instructions for Civil Appeals
        Transcript Desig. & Ordering Form with instructions
        Copy of the Docket Sheet

Clerk, 9th CCA via ECF