ANNE E. LOPEZ (7609)
  Attorney General of the State of Hawai'i
KALIKO'ONĀLANI D. FERNANDES (9964)
  Solicitor General
NICHOLAS M. MCLEAN (10676)
  First Deputy Solicitor General
Department of the Attorney General
  State of Hawai'i
425 Queen Street
Honolulu, Hawai'i 96813
Tel.: (808) 586-1360
Email: kaliko.d.fernandes@hawaii.gov

NEAL K. KATYAL*
DANA A. RAPHAEL*
  Special Deputy Attorneys General
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, DC 20004
Tel.: (202) 637-5600
Email: neal.katyal@hoganlovells.com

MARY B. MCCORD*
RUPA BHATTACHARYYA*
  Special Deputy Attorneys General
Institute for Constitutional
  Advocacy & Protection
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, DC 20001
Tel.: (202) 661-6607
Email: mbm7@georgetown.edu
*Pro Hac Vice

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as
the Attorney General of the State of Hawai'i

(Additional Counsel on Next Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>    Plaintiffs-Appellees,<br><br>    v.<br><br>(caption continued) | Civil No. 1:23-cv-00265-LEK-WRP<br><br>Appealable Temporary Restraining Order<br><br>**DEFENDANT ANNE E. LOPEZ'S NOTICE OF APPEAL; REPRESENTATION STATEMENT; CERTIFICATE OF SERVICE** |

| | |
|---|---|
| ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi,<br><br>          Defendant-Appellant. | District Judge:<br>Hon. Leslie E. Kobayashi<br><br>Magistrate Judge:<br>Hon. Wes Reber Porter |

## ADDITIONAL COUNSEL

BEN GIFFORD*
 Special Deputy Attorney General
Institute for Constitutional
 Advocacy & Protection
Georgetown University Law Center
PO Box 211178
Brooklyn, NY 11221
Tel.: (202) 662-9835
Email: bg720@georgetown.edu

*Pro Hac Vice

# NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawai'i, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's August 8, 2023 *Order Granting In Part and Denying In Part Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction* (ECF No. 66).

DATED: Honolulu, Hawai'i, August 14, 2023.

/s/ Nicholas M. McLean

KALIKO'ONĀLANI D. FERNANDES
  Solicitor General
NICHOLAS M. MCLEAN
  First Deputy Solicitor General

NEAL K. KATYAL*
MARY B. MCCORD*
BEN GIFFORD*
RUPA BHATTACHARYYA*
DANA A. RAPHAEL*
  Special Deputy Attorneys General

* Pro Hac Vice

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawai'i

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawai'i,<br><br>Defendant-Appellant. | Civil No. 1:23-cv-00265-LEK-WRP<br><br>**REPRESENTATION STATEMENT** |

## REPRESENTATION STATEMENT

**Party**

Plaintiffs-Appellees

JASON WOLFORD,
ALISON WOLFORD,
ATOM KASPRZYCKI,
HAWAII FIREARMS COALITION

**Counsel**

KEVIN GERARD O'GRADY
Law Office of Kevin O'Grady
1164 Bishop Street, Suite 1605
Honolulu, HI 96813
Phone: (808) 521-3367
E-mail: Kevin@KevinOGradyLaw.com

ALAN ALEXANDER BECK
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
Phone: (619) 905-9105
E-mail: Alan.alexander.beck@gmail.com

1

Defendant-Appellant

ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi

ANNE E. LOPEZ
  Attorney General of the State of Hawaiʻi
KALIKOʻONĀLANI D. FERNANDES
  Solicitor General
NICHOLAS M. MCLEAN
  First Deputy Solicitor General
Department of the Attorney General
  State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel.: (808) 586-1360
Email: kaliko.d.fernandes@hawaii.gov
nicholas.mclean@hawaii.gov

NEAL K. KATYAL*
DANA A. RAPHAEL*
  Special Deputy Attorneys General
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, DC 20004
Tel.: (202) 637-5600
Email: neal.katyal@hoganlovells.com
dana.raphael@hoganlovells.com

MARY B. MCCORD*
RUPA BHATTACHARYYA*
  Special Deputy Attorneys General
Institute for Constitutional
  Advocacy & Protection
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, DC 20001
Tel.: (202) 661-6607
Email: mbm7@georgetown.edu
rb1796@georgetown.edu
*Pro Hac Vice

        BEN GIFFORD*
          Special Deputy Attorney General
        Institute for Constitutional
          Advocacy & Protection
        Georgetown University Law Center
        PO Box 211178
        Brooklyn, NY 11221
        Tel.: (202) 662-9835
        Email: bg720@georgetown.edu

        *Pro Hac Vice

DATED: Honolulu, Hawaiʻi, August 14, 2023.

        /s/ Nicholas M. McLean

| | |
|---|---|
| KALIKOʻONĀLANI D. FERNANDES<br>  Solicitor General<br>NICHOLAS M. MCLEAN<br>  First Deputy Solicitor General | NEAL K. KATYAL*<br>MARY B. MCCORD*<br>BEN GIFFORD*<br>RUPA BHATTACHARYYA*<br>DANA A. RAPHAEL*<br>  Special Deputy Attorneys General |

        * Pro Hac Vice

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi,<br><br>Defendant-Appellant. | Civil No. 1:23-cv-00265-LEK-WRP<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon the following:

> KEVIN GERARD O'GRADY
> Law Office of Kevin O'Grady
> 1164 Bishop Street, Suite 1605
> Honolulu, HI 96813
> Phone: (808) 521-3367
> E-mail: Kevin@KevinOGradyLaw.com
>
> ALAN ALEXANDER BECK
> Law Office of Alan Beck
> 2692 Harcourt Drive
> San Diego, CA 92123
> Phone: (619) 905-9105
> E-mail: Alan.alexander.beck@gmail.com

1

Attorneys for Plaintiffs JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION

DATED: Honolulu, Hawaiʻi, August 14, 2023.

/s/ Nicholas M. McLean

KALIKOʻONĀLANI D. FERNANDES
  Solicitor General
NICHOLAS M. MCLEAN
  First Deputy Solicitor General

NEAL K. KATYAL*
MARY B. MCCORD*
BEN GIFFORD*
RUPA BHATTACHARYYA*
DANA A. RAPHAEL*
  Special Deputy Attorneys General

* Pro Hac Vice

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi

2

```
MIME-Version:1.0
From:hid_resp@hid.uscourts.gov
To:hawaii_cmecf@hid.uscourts.gov
Message-Id:<3314872@hid.uscourts.gov>
Subject:Activity in Case 1:23-cv-00265-LEK-WRP Wolford et al v. Lopez et al Notice of Appeal
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Hawaii

## Notice of Electronic Filing

The following transaction was entered by McLean, Nicholas on 8/14/2023 at 12:37 PM HST and filed on 8/14/2023

| | |
|---|---|
| **Case Name:** | Wolford et al v. Lopez et al |
| **Case Number:** | [1:23-cv-00265-LEK-WRP](#) |
| **Filer:** | Anne E. Lopez |
| **Document Number:** | [68](#) |

**Docket Text:**
**NOTICE OF APPEAL as to [66] Order on Motion for TRO,,,, by Anne E. Lopez. Filing fee $ 505, receipt number AHIDC-2880033. (Attachments: # (1) Representation Statement, # (2) Certificate of Service)(McLean, Nicholas)**

**1:23-cv-00265-LEK-WRP Notice has been electronically mailed to:**

Alan A. Beck    ngord2000@yahoo.com, Alan.alexander.beck@gmail.com

Ben Gifford    bg720@georgetown.edu

Benjamin Adam Gifford    bg720@georgetown.edu

Bradley Jordan Sova    bradley.j.sova@co.maui.hi.us, candace.stahl@co.maui.hi.us, kia.lono@co.maui.hi.us, melissa.Stoppiello@co.maui.hi.us, michele.white@co.maui.hi.us, tanya.quitazol@co.maui.hi.us

Carl D. Michel    cmichel@michellawyers.com, cnunez@michellawyers.com, lpalmerin@michellawyers.com

Dana A. Raphael    dana.raphael@hoganlovells.com

Daniel M. Gluck    daniel.gluck@honolulu.gov, laurie.tam2@honolulu.gov

Case 1:23-cv-00265-LEK-WRP   Document 71-1   Filed 08/15/23   Page 11 of 12   PageID.1519

Donald L. Wilkerson     don@allislandslaw.com, mazzie@allislandslaw.com, mazzie.pagan@gmail.com

Kaliko'onalani D. Fernandes     kaliko.d.fernandes@hawaii.gov, derek.r.matsumoto@hawaii.gov, tammy.d.tam@hawaii.gov

Kevin Gerard O'Grady     Kevin@KevinOGradyLaw.com, Paralegal1@KevinOGradyLaw.com

Konstadinos T. Moros     kmoros@michellawyers.com

Lloyd James Hochberg , Jr     jim@JamesHochberglaw.com

Marc Jeffrey Victor     Marc@attorneysforfreedom.com, carmen@attorneysforfreedom.com, caroline@attorneysforfreedom.com, heathera@attorneysforfreedom.com

Mary B. McCord     mbm7@georgetown.edu

Matthew Larosiere     Larosieremm@gmail.com

Neal Katyal     neal.katyal@hoganlovells.com

Nicholas Matthew McLean     nicholas.mclean@hawaii.gov, derek.r.matsumoto@hawaii.gov, tammy.d.tam@hawaii.gov

Rupa Bhattacharyya     rb1796@georgetown.edu

Thomas W. Kolbe     thomas.kolbe@co.maui.hi.us, candace.stahl@co.maui.hi.us, michele.white@co.maui.hi.us, sharon.oshaughnessy@co.maui.hi.us, tanya.quitazol@co.maui.hi.us

Victoria J. Takayesu     victoria.takayesu-hamilton@co.maui.hi.us

**1:23-cv-00265-LEK-WRP Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=8/14/2023] [FileNumber=3314870-0
] [0709531a8364c3ea045855c871040e6b60f9a97c9dd7f743ad682ead30b43ccf9d4
097818ef02d8ea70cb95a8cc1aa39e140ad305fcc4ac8198dac4c5980574d]]
**Document description:** Representation Statement
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=8/14/2023] [FileNumber=3314870-1
] [20a8c696a272bfcde728f12639b51a2a1586100e1d12a01bfb6972498120c34a257
36ab69e2d8695c8b1426fbd6737790fd7140403d133f246522581cc1920ee]]
**Document description:** Certificate of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=8/14/2023] [FileNumber=3314870-2

Case 1:23-cv-00265-LEK-WRP   Document 71-1   Filed 08/15/23   Page 12 of 12   PageID.1520

] [2f738e6ed21bb32d126d3baae9813914b2931d88676708728b1d9e5d27d87db5752 adb7fc26858b92e1f9d7fd83cb02ad9d8b16d9e68f3c40a6f93a303562793]]