# MINUTE ORDER

CASE NUMBER:  CIVIL NO. 23-00265 LEK-WRP

CASE NAME:  Jason Wolford et al., v Anne E. Lopez et al.,

JUDGE:  Leslie E. Kobayashi  DATE:  8/16/2023

COURT ACTION:  EO: Defendant Anne E. Lopez's MOTION [67] for Stay Pending Appeal and in the Alternative, Temporary Administrative Stay re [66] Order on Motion for TRO will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Memorandum in Opposition is due:  8/25/2023.
Reply Memorandum is due:  9/1/2023.

Defendant Anne E. Lopez's MOTION [67] for Stay Pending Appeal and in the Alternative, Temporary Administrative Stay re [66] Order on Motion for TRO will be taken under submission thereafter. Court to issue Order.

Submitted by: Agalelei Elkington, Courtroom Manager