FILED

AUG 17 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JASON WOLFORD; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaii,<br><br>        Defendant-Appellant. | No.   23-16094<br><br>D.C. No.<br>1:23-cv-00265-LEK-WRP<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before:  SCHROEDER, BERZON, and OWENS, Circuit Judges.

     We have received appellant's emergency motion seeking a stay pending appeal and an immediate administrative stay.

     This court will take no action on appellant's emergency motion at this time, as the stay motion, filed on August 11, 2023, is pending before the district court.  This denial is without prejudice to renewing the motion once the district court decides the stay motion or if the district court does not decide the motion by September 1, 2023.

OSA108