# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 23-00265 LEK-WRP |
| CASE NAME: | Jason Wolford et al., v Anne E. Lopez |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 08/22/2023 |

COURT ACTION:  EO: COURT ORDER DIRECTING THE PARTIES TO: MEET AND CONFER REGARDING A PROPOSED BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; AND SUBMIT THEIR PROPOSED SCHEDULE

  On June 23, 2023, Plaintiffs Jason Wolford, Alison Wolford, Atom Kasprzycki, and Hawaii Firearms Coalition (collectively "Plaintiffs") filed their Motion for Temporary Restraining Order and Preliminary Injunction ("Motion").  [Dkt. no. 7.]  On August 8, 2023, the Court issued an order ruling on the portion of the Motion requesting a temporary restraining order.  See Order Granting in Part and Denying in Part Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, filed 8/8/23 (dkt. no. 66) ("8/8 Order").  The 8/8 Order only addressed Plaintiffs' request for a temporary restraining order and stated that "Plaintiffs' request for a preliminary injunction will be subsequently and separately briefed, heard, and ruled on."  [8/8 Order at 2 n.2.]

  Accordingly, Plaintiffs and Defendant Anne E. Lopez, in her official capacity as the Attorney General of the State of Hawai`i ("Defendant"), are DIRECTED: to meet and confer regarding a proposed briefing schedule and hearing date for the portion of the Motion requesting a preliminary injunction; and to submit their proposed schedule by **September 7, 2023**.  If the parties are unable to agree upon a proposed schedule, Plaintiffs and Defendant may submit separate proposals.

  IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager