Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF HAWAII

| | |
|---|---|
| JASON WOLFORD, ALISON WOLFORD, ATOM KASPRZYCKI, HAWAII FIREARMS COALITION<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII. MAUI COUNTY,<br><br>Defendants. | Civil Action No. 1:23-cv-00265-LEK-WRP<br><br><br><br>CERTIFICATE OF SERVICE<br><br><br><br>Judge: Leslie Kobayashi<br>Trial: N/A<br>Hearing: N/A |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date noted below, the foregoing document was filed with this Court's ECF system, which generated a notice of filing, and a true and correct copy of the foregoing Opposition to Defendant's motion to stay and Certificate of Service was emailed to the following counsel for Defendants:

NICHOLAS MCLEAN ESQ
NEAL KATAYAL ESQ
BEN GIFFORD ESQ
DANA A. RAPHAEL ESQ
Deputy Attorneys General
Department of the Attorney General, State of Hawaii
425 Queen Street
Honolulu, Hawaii  96813
Email:	Nicholas.mclean@hawaii.gov
	Neal.katayal@hognlovells.com
	BG720@georgetown.edu
	Dana.raphael@hoganlovells.com

Dated: Friday, August 25, 2023.

Respectfully submitted,

Counsel for Plaintiff

/s/Kevin Gerard O'Grady
Kevin O'Grady

/s/ Alan Beck
Alan Alexander Beck

2