IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>               Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi,<br><br>               Defendant. | Civil No. 1:23-cv-00265-LEK-WRP<br><br>CERTIFICATE OF COMPLIANCE WITH WORD LIMITATIONS |

## **CERTIFICATE OF COMPLIANCE WITH WORD LIMITATIONS**

The foregoing reply memorandum, although in excess of fifteen (15) pages, does not contain more than 3,750 words, in compliance with LR 7.4(c).  According to the computer software used to generate the document, the reply memorandum contains 3,396 words.

DATED: Honolulu, Hawaiʻi, September 1, 2023.

                                                                   */s/ Ben Gifford*

| | |
|---|---|
| KALIKOʻONĀLANI D. FERNANDES<br>  Solicitor General<br>NICHOLAS M. MCLEAN<br>  First Deputy Solicitor General | NEAL K. KATYAL*<br>MARY B. MCCORD*<br>BEN GIFFORD*<br>RUPA BHATTACHARYYA* |

                        DANA A. RAPHAEL*
                        Special Deputy Attorneys General

*Pro Hac Vice*

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi