ANNE E. LOPEZ (7609)
  Attorney General of the State of Hawai'i
KALIKO'ONĀLANI D. FERNANDES (9964)
  Solicitor General
NICHOLAS M. MCLEAN (10676)
  First Deputy Solicitor General
Department of the Attorney General
  State of Hawai'i
425 Queen Street
Honolulu, Hawai'i 96813
Tel.: (808) 586-1360
Email: kaliko.d.fernandes@hawaii.gov

NEAL K. KATYAL*
DANA A. RAPHAEL*
  Special Deputy Attorneys General
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, DC 20004
Tel.: (202) 637-5600
Email: neal.katyal@hoganlovells.com

MARY B. MCCORD*
RUPA BHATTACHARYYA*
  Special Deputy Attorneys General
Institute for Constitutional
  Advocacy & Protection
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, DC 20001
Tel.: (202) 661-6607
Email: mbm7@georgetown.edu

BEN GIFFORD*
  Special Deputy Attorney General
Institute for Constitutional
  Advocacy & Protection
Georgetown University Law Center
PO Box 211178
Brooklyn, NY 11221
Tel.: (202) 662-9835
Email: bg720@georgetown.edu

*Pro Hac Vice

Attorneys for Defendant Anne E. Lopez, in her official capacity as
the Attorney General of the State of Hawai'i

KEVIN GERARD O'GRADY (8817)
Law Office of Kevin O'Grady, LLC
1164 Bishop Street
Suite 1605
Honolulu, Hawai'i 96813
Tel.: (808) 521-3367
Email: Kevin@KevinOGradyLaw.com

ALAN ALEXANDER BECK (9145)
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
Tel.: (619) 905-9105
Email: Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs Jason Wolford, Alison Wolford, Atom Kasprzycki, and
Hawaii Firearms Coalition

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi,<br><br>                    Defendant. | Civil No. 1:23-cv-00265-LEK-WRP<br><br>**JOINT STIPULATION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION AND TO STAY FURTHER PROCEEDINGS IN THE DISTRICT COURT PENDING APPEAL**<br><br>District Judge:<br>Hon. Leslie E. Kobayashi<br><br>Magistrate Judge:<br>Hon. Wes Reber Porter |

## JOINT STIPULATION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION AND TO STAY FURTHER PROCEEDINGS IN THE DISTRICT COURT PENDING APPEAL

Pursuant to Local Rule 10.5, Plaintiffs Jason Wolford, Alison Wolford, Atom Kasprzycki, and Hawaii Firearms Coalition, and Defendant Anne E. Lopez, in her official capacity as the Attorney General of the State of Hawaiʻi, by their respective counsel, hereby agree and stipulate that the District Court's August 8, 2023, Order Granting in Part and Denying in Part Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, Dkt. 66, shall be converted to a preliminary injunction, on the same basis and for the same reasons as those given in the August 8 Order.  *See Washington v. Trump*, 847 F.3d 1151, 1159 n.3 (9th Cir. 2017) (per curiam).  After the District Court converts the temporary

2

restraining order to a preliminary injunction, the parties shall, within forty-eight (48) hours, file a stipulated motion to voluntarily dismiss the appeal from the temporary restraining order, pursuant to Federal Rule of Appellate Procedure 42(b)(1), with each party responsible for bearing its own costs and fees in connection with that appeal.  Defendant expressly reserves its right to appeal—and intends to appeal—the preliminary injunction.  The parties agree that Defendant's request that the temporary restraining order be stayed pending appeal shall be construed as a request that the preliminary injunction be stayed pending appeal. *See* Dkt. 67 (motion); *see also* Dkt. 79 (reply).  The parties also agree that Plaintiffs' opposition to Defendant's request for a stay of the temporary restraining order, now construed as a request to stay the preliminary injunction, shall be construed as Plaintiffs' opposition to Defendant's request that the preliminary injunction be stayed pending appeal.  *See* Dkt. 78 (opposition).

The parties hereby agree and stipulate that all further deadlines and proceedings in this Court will be stayed during the pendency of Defendant's appeal from the preliminary injunction.

DATED: Washington, DC, September 6, 2023.

/s/ Ben Gifford
_____

KALIKOʻONĀLANI D. FERNANDES
  Solicitor General
NICHOLAS M. MCLEAN
  First Deputy Solicitor General

3

NEAL K. KATYAL*
MARY B. MCCORD*
BEN GIFFORD*
RUPA BHATTACHARYYA*
DANA A. RAPHAEL*
  Special Deputy Attorneys General

*  *Pro Hac Vice*

*Attorneys for Defendant*

DATED: Honolulu, Hawaiʻi, September 6, 2023.


/s/ Kevin O'Grady

KEVIN GERARD O'GRADY
ALAN ALEXANDER BECK

*Attorneys for Plaintiffs*


APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaiʻi, September 6, 2023



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge


*Wolford et al. v. Lopez*, 1:23-cv-00265-LEK-WRP; JOINT STIPULATION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION AND TO STAY FURTHER PROCEEDINGS IN THE DISTRICT COURT PENDING APPEAL