ANNE E. LOPEZ (7609)
  Attorney General of the State of Hawaiʻi
KALIKOʻONĀLANI D. FERNANDES (9964)
  Solicitor General
NICHOLAS M. MCLEAN (10676)
  First Deputy Solicitor General
Department of the Attorney General
  State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel.: (808) 586-1360
Email: kaliko.d.fernandes@hawaii.gov

NEAL K. KATYAL*
DANA A. RAPHAEL*
  Special Deputy Attorneys General
Hogan Lovells US LLP
555 Thirteenth Street NW
Washington, DC 20004
Tel.: (202) 637-5600
Email: neal.katyal@hoganlovells.com

MARY B. MCCORD*
RUPA BHATTACHARYYA*
  Special Deputy Attorneys General
Institute for Constitutional
  Advocacy & Protection
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, DC 20001
Tel.: (202) 661-6607
Email: mbm7@georgetown.edu
*Pro Hac Vice

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi

(Additional Counsel on Next Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>      Plaintiffs-Appellees,<br><br>      v.<br><br>(caption continued) | Civil No. 1:23-cv-00265-LEK-WRP<br><br>PRELIMINARY INJUNCTION APPEAL<br><br>**DEFENDANT ANNE E. LOPEZ'S NOTICE OF APPEAL; REPRESENTATION STATEMENT; CERTIFICATE OF SERVICE** |

| | |
|---|---|
| ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi,<br><br>        Defendant-Appellant. | <u>District Judge</u>:<br>Hon. Leslie E. Kobayashi<br><br><u>Magistrate Judge</u>:<br>Hon. Wes Reber Porter |

## **ADDITIONAL COUNSEL**

BEN GIFFORD*
  Special Deputy Attorney General
Institute for Constitutional
  Advocacy & Protection
Georgetown University Law Center
PO Box 211178
Brooklyn, NY 11221
Tel.: (202) 662-9835
Email: bg720@georgetown.edu

*Pro Hac Vice*

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's September 6, 2023 Preliminary Injunction (ECF No. 80), which converted to and adopted as a preliminary injunction the Court's Temporary Restraining Order dated August 8, 2023 (ECF No. 66), as well as all prior orders and decisions that merge into the Preliminary Injunction, including the August 8 Order (ECF No. 66).

DATED: Brooklyn, NY, September 7, 2023.

/s/ Ben Gifford

| | |
|---|---|
| KALIKOʻONĀLANI D. FERNANDES<br>  Solicitor General<br>NICHOLAS M. MCLEAN<br>  First Deputy Solicitor General | NEAL K. KATYAL*<br>MARY B. MCCORD*<br>BEN GIFFORD*<br>RUPA BHATTACHARYYA*<br>DANA A. RAPHAEL*<br>  Special Deputy Attorneys General<br><br>*Pro Hac Vice* |

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi

1