IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi,<br><br>Defendant-Appellant. | Civil No. 1:23-cv-00265-LEK-WRP<br><br>REPRESENTATION STATEMENT |

## REPRESENTATION STATEMENT

| **Party** | **Counsel** |
|---|---|
| Plaintiffs-Appellees<br><br>JASON WOLFORD,<br>ALISON WOLFORD,<br>ATOM KASPRZYCKI,<br>HAWAII FIREARMS COALITION | KEVIN GERARD O'GRADY<br>Law Office of Kevin O'Grady<br>1164 Bishop Street, Suite 1605<br>Honolulu, HI 96813<br>Phone: (808) 521-3367<br>E-mail: Kevin@KevinOGradyLaw.com<br><br>ALAN ALEXANDER BECK<br>Law Office of Alan Beck<br>2692 Harcourt Drive<br>San Diego, CA 92123<br>Phone: (619) 905-9105<br>E-mail: Alan.alexander.beck@gmail.com |

| | |
|---|---|
| Defendant-Appellant<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi | ANNE E. LOPEZ<br>  Attorney General of the State of Hawaiʻi<br>KALIKOʻONĀLANI D. FERNANDES<br>  Solicitor General<br>NICHOLAS M. MCLEAN<br>  First Deputy Solicitor General<br>Department of the Attorney General<br>  State of Hawaiʻi<br>425 Queen Street<br>Honolulu, Hawaiʻi 96813<br>Tel.: (808) 586-1360<br>Email: kaliko.d.fernandes@hawaii.gov<br>nicholas.mclean@hawaii.gov<br><br> NEAL K. KATYAL*<br> DANA A. RAPHAEL*<br>   Special Deputy Attorneys General<br> Hogan Lovells US LLP<br> 555 Thirteenth Street NW<br> Washington, DC 20004<br> Tel.: (202) 637-5600<br> Email: neal.katyal@hoganlovells.com<br> dana.raphael@hoganlovells.com<br><br> MARY B. MCCORD*<br> RUPA BHATTACHARYYA*<br>   Special Deputy Attorneys General<br> Institute for Constitutional<br>   Advocacy & Protection<br> Georgetown University Law Center<br> 600 New Jersey Avenue NW<br> Washington, DC 20001<br> Tel.: (202) 661-6607<br> Email: mbm7@georgetown.edu<br> rb1796@georgetown.edu<br> *Pro Hac Vice*<br><br> BEN GIFFORD*<br>   Special Deputy Attorney General |

        Institute for Constitutional
         Advocacy & Protection
        Georgetown University Law Center
        PO Box 211178
        Brooklyn, NY 11221
        Tel.: (202) 662-9835
        Email: bg720@georgetown.edu

*Pro Hac Vice*

DATED:  Brooklyn, NY, September 7, 2023.

/s/ Ben Gifford

| | |
|---|---|
| KALIKOʻONĀLANI D. FERNANDES<br>  Solicitor General<br>NICHOLAS M. MCLEAN<br>  First Deputy Solicitor General | NEAL K. KATYAL*<br>MARY B. MCCORD*<br>BEN GIFFORD*<br>RUPA BHATTACHARYYA*<br>DANA A. RAPHAEL*<br>  Special Deputy Attorneys General |

\* *Pro Hac Vice*

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi