UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 07 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JASON WOLFORD; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaii,<br><br>Defendant - Appellant. | No. 23-16094<br><br>D.C. No. 1:23-cv-00265-LEK-WRP<br>U.S. District Court for Hawaii, Honolulu<br><br>**ORDER** |

The motion filed by the appellant on September 7, 2023 for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order shall constitute the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT