# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**LUCY H. CARRILLO**  
CLERK

TEL (808) 541-1300  
FAX (808) 541-1303

September 8, 2023

To All Counsel of Record as Appellees:

    IN RE:    Jason Wolford, et al. v. Anne E. Lopez

             CV NO.    23-00265 LEK-WRP

              CA NO.    23-16164

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on September 7, 2023.

    All counsel (or Pro Se) please read and follow the enclosed instructions. Thank you.

             Sincerely,

             LUCY H. CARRILLO, CLERK

             /S/ LUCY H. CARRILLO, by: JI, Deputy Clerk

Enclosures