APPEAL

U.S. District Court
District of Hawaii (Hawaii)
CIVIL DOCKET FOR CASE #: 1:23-cv-00265-LEK-WRP

| | |
|---|---|
| Wolford et al v. Lopez et al | Date Filed: 06/23/2023 |
| Assigned to: JUDGE LESLIE E. KOBAYASHI | Jury Demand: None |
| Referred to: MAGISTRATE JUDGE WES REBER PORTER | Nature of Suit: 440 Civil Rights: Other |
| Case in other court:  Ninth Circuit Court of Appeals, 23-16094 | Jurisdiction: Federal Question |
|                        Ninth Circuit Court of Appeals, 23-16164 | |
| Cause: 28:1331 Federal Question: Other Civil Rights | |

**Plaintiff**

**Jason Wolford**      represented by    **Alan A. Beck**
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Email: ngord2000@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Gerard O'Grady**
Law Office of Kevin O'Grady, LLC
1164 Bishop St Ste 1605
Honolulu, HI 96813
808-521-3367
Fax: 808-521-3369
Email: Kevin@KevinOGradyLaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alison Wolford**      represented by    **Alan A. Beck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Gerard O'Grady**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Atom Kasprzycki**      represented by    **Alan A. Beck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Gerard O'Grady**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Hawaii Firearms Coalition** | represented by | **Alan A. Beck** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Kevin Gerard O'Grady** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Anne E. Lopez** <br> *in her official capacity as the Attorney General of the State of Hawaii* | represented by | **Ben Gifford** <br> Institute for Constitutional Advocacy & Protection <br> Georgetown University Law Center <br> PO Box 211178 <br> Brooklyn, NY 11221 <br> (202) 662-9042 <br> Fax: (202) 661-6730 <br> Email: bg720@georgetown.edu <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* <br><br> **Dana A. Raphael** <br> Hogan Lovells US LLP <br> 555 Thirteenth Street, N.W. <br> Washington, DC 20004 <br> (202) 637-3694 <br> Fax: (202) 637-5910 <br> Email: dana.raphael@hoganlovells.com <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* <br><br> **Mary B. McCord** <br> Institute for Constitutional Advocacy & Protection <br> Georgetown University Law Center <br> 600 New Jersey Ave., NW <br> Washington, DC 20001 <br> (202) 662-9042 <br> Fax: (202) 661-6730 <br> Email: mbm7@georgetown.edu <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* <br><br> **Neal Katyal** <br> Hogan Lovells US LLP <br> 555 Thirteenth Street NW |

Washington, DC 20004
(202) 637-5528
Fax: (202) 637-5910
Email: neal.katyal@hoganlovells.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rupa Bhattacharyya**
Institute for Constitutional Advocacy & Protection
Georgetown University Law Center
600 New Jersey Ave., NW
Washington, DC 20001
(202) 662-9042
Fax: (202) 661-6730
Email: rb1796@georgetown.edu
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Adam Gifford**
Institute for Constitutional Advocacy and Protection
PO Box 211178
Brooklyn, NY 11221
617-816-7190
Email: bg720@georgetown.edu
*ATTORNEY TO BE NOTICED*

**Kaliko'onalani D. Fernandes**
Office of the Attorney General-Hawaii
425 Queen St
Honolulu, HI 96813
808-586-1393
Email: kaliko.d.fernandes@hawaii.gov
*ATTORNEY TO BE NOTICED*

**Nicholas Matthew McLean**
State of Hawaii
Department of the Attorney General
425 Queen St
Honolulu, HI 96813
808-586-1360
Email: nicholas.mclean@hawaii.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Maui County**<br>*TERMINATED: 07/03/2023* | represented by | **Thomas W. Kolbe**<br>Department of the Corporation Counsel<br>County of Maui<br>200 S High St<br>Fl. 3<br>Wailuku, HI 96793 |

808-270-7580
Email: thomas.kolbe@co.maui.hi.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley Jordan Sova**
Department of the Corporation Counsel
County of Maui
200 S High St
Fl. 3
Wailuku, HI 96793
808-270-7742
Fax: 808-270-7152
Email: bradley.j.sova@co.maui.hi.us
*ATTORNEY TO BE NOTICED*

**Victoria J. Takayesu**
Department of Corporation Counsel
County of Maui
200 S. High Street
3rd Floor
Wailuku, HI 96793
808-270-7742
Fax: 808-270-7152
Email: victoria.takayesu-
hamilton@co.maui.hi.us
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

| | | |
|---|---|---|
| **California Rifle & Pistol Association, Incorporated** | represented by | **Carl D. Michel**<br>Michel & Associates, P.C.<br>180 East Ocean Blvd.<br>Suite 200<br>Long Beach, CA 90802<br>562-216-4444<br>Fax: 562-216-4445<br>Email: cmichel@michellawyers.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Konstadinos T. Moros**<br>Michel & Associates, P.C.<br>180 East Ocean Blvd., Suite 200<br>Long Beach, CA 90802<br>(562) 216-4444<br>Fax: (562) 216-4445<br>Email: kmoros@michellawyers.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lloyd James Hochberg , Jr.**<br>Topa Financial Center |

                                                            700 Bishop Street
                                                            Suite 2100
                                                            Honolulu, HI 96813
                                                            808-256-7382
                                                            Email: jim@JamesHochberglaw.com
                                                            *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Gun Owners of California**                      represented by  **Carl D. Michel**
                                                                                    (See above for address)
                                                                                    *LEAD ATTORNEY*
                                                                                     *PRO HAC VICE*
                                                                                     *ATTORNEY TO BE NOTICED*

                                                                                    **Konstadinos T. Moros**
                                                                                     (See above for address)
                                                                                     *LEAD ATTORNEY*
                                                                                     *PRO HAC VICE*
                                                                                    *ATTORNEY TO BE NOTICED*

                                                                                     **Lloyd James Hochberg , Jr.**
                                                                                     (See above for address)
                                                                                     *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Second Amendment Law Center, Inc.**     represented by  **Carl D. Michel**
                                                                                    (See above for address)
                                                                                     *LEAD ATTORNEY*
                                                                                     *PRO HAC VICE*
                                                                                     *ATTORNEY TO BE NOTICED*

                                                                                   **Konstadinos T. Moros**
                                                                                     (See above for address)
                                                                                     *LEAD ATTORNEY*
                                                                                     *PRO HAC VICE*
                                                                                     *ATTORNEY TO BE NOTICED*

                                                                                    **Lloyd James Hochberg , Jr.**
                                                                                     (See above for address)
                                                                                     *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Gun Owners of America, Inc.**             represented by  **Carl D. Michel**
                                                                                    (See above for address)
                                                                                     *LEAD ATTORNEY*
                                                                                     *PRO HAC VICE*
                                                                                     *ATTORNEY TO BE NOTICED*

                                                                                   **Konstadinos T. Moros**
                                                                                     (See above for address)
                                                                                     *LEAD ATTORNEY*
                                                                                     *PRO HAC VICE*
                                                                                     *ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | Lloyd James Hochberg , Jr. <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| **Amicus** |  |  |
| **Gun Owners Foundation** | represented by | **Carl D. Michel** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
|  |  | **Konstadinos T. Moros** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
|  |  | **Lloyd James Hochberg , Jr.** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| **Amicus** |  |  |
| **Second Amendment Foundation** | represented by | **Matthew Larosiere** <br> The Law Office of Matthew Larosiere <br> 6964 Houlton Cir <br> Lake Worth, FL 33467 <br> (561) 452-7575 <br> Fax: (844) 894-6204 <br> Email: Larosieremm@gmail.com <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
|  |  | **Donald L. Wilkerson** <br> PO Box 42 <br> Laupahoehoe, HI 96764 <br> 533-4447 <br> Fax: 528-2440 <br> Email: don@allislandslaw.com <br> *ATTORNEY TO BE NOTICED* |
| **Amicus** |  |  |
| **Hawaii Rifle Association** | represented by | **Carl D. Michel** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
|  |  | **Konstadinos T. Moros** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* |

*ATTORNEY TO BE NOTICED*

**Lloyd James Hochberg , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Amicus

| | | |
|---|---|---|
| **National Association for Gun Rights** | represented by | **Marc Jeffrey Victor**<br>The Attorneys for Freedom Law Firm<br>1003 Bishop Street, Suite 1260<br>Honolulu, HI 96813<br>808-647-2423<br>Email: marc@attorneysforfreedom.com<br>*ATTORNEY TO BE NOTICED* |

### Amicus

| | | |
|---|---|---|
| **City and County Honolulu** | represented by | **Daniel M. Gluck**<br>Department of Corporation Counsel<br>City & County of Honolulu<br>530 S. King Street, Ste 110<br>Honolulu, HI 96813<br>808-768-5233<br>Email: daniel.gluck@honolulu.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/23/2023 | 1 | Verified COMPLAINT *for Declaratory and Injunctive Relief* against Anne E. Lopez, Maui County ( Filing fee $ 402 receipt number AHIDC-2857575.), filed by Jason Wolford, Hawaii Firearms Coalition, Atom Kasprzycki, Alison Wolford. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5 , # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Civil Cover Sheet)(O'Grady, Kevin) Docket text modified on 6/23/2023 (eta). (Entered: 06/23/2023) |
| 06/23/2023 | 2 | NOTICE of Appearance by Alan A. Beck on behalf of Alison Wolford, Jason Wolford on behalf of Alison Wolford, Jason Wolford. (Beck, Alan) (Entered: 06/23/2023) |
| 06/23/2023 | 3 | Summons (Proposed) (O'Grady, Kevin) (Entered: 06/23/2023) |
| 06/23/2023 | 4 | Summons (Proposed) (O'Grady, Kevin) (Entered: 06/23/2023) |
| 06/23/2023 | 5 | NOTICE of Appearance by Alan A. Beck on behalf of Hawaii Firearms Coalition, Atom Kasprzycki on behalf of Hawaii Firearms Coalition, Atom Kasprzycki. (Beck, Alan) (Entered: 06/23/2023) |
| 06/23/2023 | 6 | NOTICE of Case Assignment: Please reflect Civil case number CV 23-00265 JAO-WRP on all further pleadings. (eta) (Entered: 06/23/2023) |
| 06/23/2023 | | ADVISORY ENTRY. **Incomplete Filing** - Please be advised that Documents 3 Summons (Proposed), 4 Summons (Proposed) are incomplete. Please include the name(s) and address(es) of Plaintiffs' counsel where service of the answer or motion may be served ("The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:... "). Please resubmit the proposed summonses for the Clerk's issuance. (eta) (Entered: 06/23/2023) |

| | | |
|---|---|---|
| 06/23/2023 | 7 | MOTION for Temporary Restraining Order *and Preliminary Injunction* Kevin Gerard O'Grady appearing for Plaintiffs Hawaii Firearms Coalition, Atom Kasprzycki, Alison Wolford, Jason Wolford (Attachments: # 1 Memorandum , # 2 Exhibit 1, # 3 Declaration of Alan Beck re pre notice, # 4 Exhibit (Email) re prenotice, # 5 Exhibit (Email) re prenotioce, # 6 Exhibit (Email) re prenotice, # 7 Exhibit (Email) re prenotice, # 8 Exhibit Notice EM, # 9 Certificate of Service )(O'Grady, Kevin) Modified on 6/23/2023 (eta).. Added MOTION for Preliminary Injunction on 8/8/2023 (eta). (Entered: 06/23/2023) |
| 06/23/2023 | 8 | Order Setting Telephonic Rule 16 Scheduling Conference is set for 09:00AM on 8/21/2023 before MAGISTRATE JUDGE WES REBER PORTER - Signed by CHIEF JUDGE DERRICK K. WATSON on 6/23/2023.<br><br>**ATTACH THE SCHEDULING ORDER TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL). THE SCHEDULING ORDER MUST BE SERVED WITH THE DOCUMENT.** (eta) (Entered: 06/23/2023) |
| 06/23/2023 | 9 | Summons (Proposed) (O'Grady, Kevin) (Entered: 06/23/2023) |
| 06/23/2023 | 10 | Summons (Proposed) (O'Grady, Kevin) (Entered: 06/23/2023) |
| 06/23/2023 | 11 | Summons Issued as to Maui County.<br>(jni) (Entered: 06/23/2023) |
| 06/23/2023 | 12 | Summons Issued as to Anne E. Lopez.<br>(jni) (Entered: 06/23/2023) |
| 06/23/2023 | 13 | NOTICE of Case Reassignment: Please reflect new Civil case number CV 23-00265 LEK-WRP on all further pleadings. JUDGE JILL A. OTAKE is no longer assigned to this case. This case has been reassigned to JUDGE LESLIE E. KOBAYASHI from the TRO assignment wheel. (eta) (Entered: 06/23/2023) |
| 06/23/2023 | 14 | CIVIL Waiver of Service Packet ~ Notice to Parties Regarding Service Pursuant to Rule 4 of the Federal Rules of Civil Procedure. (Attachments: # 1 AO 398 Notice of Lawsuit and Request to Waive Service of Summons, # 2 AO 399 Waiver of Service of Summons)(eta) (Entered: 06/23/2023) |
| 06/23/2023 | 15 | **Notice to Parties re : Corporate Disclosure Statements** - Federal Rule of Civil Procedure 7.1 and Criminal Rule 12.4 both address the filing of Corporate Disclosure Statements. Both rules state A party must:(1) file the Rule 7.1(a) (or 12.4(a)) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and (2) promptly file a supplemental statement upon a change in the information that the statement requires. (eta) (Entered: 06/23/2023) |
| 06/23/2023 | 16 | Corporate Disclosure Statement by Hawaii Firearms Coalition. (Attachments: # 1 Certificate of Service)(Beck, Alan) (Entered: 06/23/2023) |
| 06/23/2023 | 17 | NOTICE of Hearing on Motion: 7 First MOTION for Temporary Restraining Order *AND Preliminary Injunction*:<br><br>Motion Hearing is set for 6/28/2023 at 10:00 AM via Video Conference before JUDGE LESLIE E. KOBAYASHI.<br><br>The Courtroom manager will provide participants with the instructions and information to connect by video in advance of the scheduled video conference. Participants must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.<br><br>(rls) (Entered: 06/23/2023) |

| | | |
|---|---|---|
| 06/23/2023 | 18 | NOTICE of Appearance by Kaliko'onalani D. Fernandes on behalf of Anne E. Lopez on behalf of Anne E. Lopez. (Fernandes, Kaliko'onalani) (Entered: 06/23/2023) |
| 06/23/2023 | 19 | NOTICE of Appearance by Nicholas Matthew McLean on behalf of Anne E. Lopez on behalf of Anne E. Lopez. (McLean, Nicholas) (Entered: 06/23/2023) |
| 06/26/2023 | 20 | SUMMONS Returned Executed by Jason Wolford, Alison Wolford. Anne E. Lopez served on 6/26/2023. (Beck, Alan) (Entered: 06/26/2023) |
| 06/27/2023 | 21 | SUMMONS Returned Executed by Jason Wolford, Hawaii Firearms Coalition, Atom Kasprzycki, Alison Wolford. Maui County served on 6/27/2023. (Beck, Alan) (Entered: 06/27/2023) |
| 06/27/2023 | 22 | NOTICE of Appearance by Thomas W. Kolbe on behalf of Maui County on behalf of Maui County. (Kolbe, Thomas) (Entered: 06/27/2023) |
| 06/27/2023 | 23 | NOTICE of Appearance by Victoria J. Takayesu on behalf of Maui County on behalf of Maui County. (Takayesu, Victoria) Modified on 6/28/2023 This document is signed by Thomas Kolbe, Deputy Corporation Counsel (eta). (Entered: 06/27/2023) |
| 06/27/2023 | 24 | NOTICE of Appearance by Bradley Jordan Sova on behalf of Maui County on behalf of Maui County. (Sova, Bradley) Modified on 6/28/2023 This document is signed by co-counsel Thomas Kolbe, Deputy Corporation Counsel (eta). (Entered: 06/27/2023) |
| 06/28/2023 | | ADVISORY ENTRY. **Incorrect Attorney Filer** - Please be advised that Documents 23 Notice of Appearance and 24 Notice of Appearance, filed by County of Maui were signed by an attorney other than the ones identified as the e-filers. The name of the CM/ECF User under whose login and password the document is being electronically filed must correspond to the signature of the attorney signing the CM/ECF filed document. The filing party shall use its discretion should they feel the necessity to re-submit corrected filings. (eta) (Entered: 06/28/2023) |
| 06/28/2023 | 25 | EP: Status Hearing on First MOTION for Temporary Restraining Order AND Preliminary Injunction held by video teleconference ("VTC"). Plaintiff, Jason Wolford present by VTC. Counsel: Alan Beck, Kevin OGrady, Kaliko'onalani Fernandes, Nichola McLean Thomas Kolbe, Bradley Sova, present by VTC.<br><br>Court addresses the parties regarding, service, briefing schedule and whether or not an evidentiary is required. Discussion held. Defendants confirm that service is not an issue.<br><br>Briefing schedule as related to the Temporary Restraining Order is as follows:<br>Opposition Memorandum due by: **7/14/2023**.<br>Reply Memorandum due by: **7/21/2023**.<br><br>Hearing on MOTION for Temporary Restraining Order set for Monday 7/31/2023 at 02:30 PM in Aha Nonoi before JUDGE LESLIE E. KOBAYASHI.<br><br>(Reporter-Debra Read)<br>(JUDGE LESLIE E. KOBAYASHI)(afe) (Entered: 06/28/2023) |
| 06/28/2023 | 26 | NOTICE by Maui County *Amended Notice of Appearance; Certificate of Service* Maui County. (Sova, Bradley) (Entered: 06/28/2023) |
| 06/28/2023 | 27 | NOTICE by Maui County *Amended Notice of Appearance; Certificate of Service* Maui County. (Takayesu, Victoria) (Entered: 06/28/2023) |
| 06/30/2023 | 28 | EO: At the Parties request, a Status Conference is set for 7/3/2023 at 11:00 AM via Video Conference, before JUDGE LESLIE E. KOBAYASHI. |

| | | |
|---|---|---|
| | | The Courtroom manager will provide participants with the instructions and information to connect by video in advance of the scheduled video conference. Participants must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.<br><br>(JUDGE LESLIE E. KOBAYASHI)<br>(rls) (Entered: 06/30/2023) |
| 07/03/2023 | 29 | ORDER APPROVING REQUEST FOR MEDIA BLOGGING (THE ASSOCIATED PRESS) - Signed by JUDGE LESLIE E. KOBAYASHI on 7/3/2023.<br><br>    Media Outlet: The Associated Press; Representative(s): Jennifer Kelleher and/or Audrey McAvoy<br>    Hearing: TRO motion, 7/31/2023 at 2:30 p.m.<br><br>(eta) (Entered: 07/03/2023) |
| 07/03/2023 | 30 | EP: Status Hearing held by video teleconference ("VTC"). Counsel: Alan Beck, Kevin OGrady, Nicholas McLean, Thomas Kolbe, present by VTC.<br><br>Court addresses the parties regarding ongoing discussions with dismissing the County of Maui. Discussion held.<br><br>Parties agree to submit a stipulation to Dismiss the Maui County without prejudice. Stipulation to be submitted by **July 7, 2023**.<br><br>(Reporter-Debra Read)<br>(JUDGE LESLIE E. KOBAYASHI)(afe) (Entered: 07/03/2023) |
| 07/03/2023 | 31 | STIPULATION TO DISMISS MAUI COUNTY WITHOUT PREJUDICE - Signed by JUDGE LESLIE E. KOBAYASHI.<br><br>Maui County terminated.<br><br>(eta) (Entered: 07/03/2023) |
| 07/10/2023 | 32 | MOTION for Pro Hac Vice *C. D. Michel* Filing fee $ 300, receipt number AHIDC-2863631.Lloyd James Hochberg, Jr appearing for Amicus Parties CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, GUN OWNERS OF CALIFORNIA, SECOND AMENDMENT LAW CENTER, INC., GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, SECOND AMENDMENT FOUNDATION, Hawaii Rifle Association (Hochberg, Lloyd) (Entered: 07/10/2023) |
| 07/10/2023 | 33 | MOTION for Pro Hac Vice *Konstadinos T. Moros* Filing fee $ 300, receipt number AHIDC-2863698.Lloyd James Hochberg, Jr appearing for Amicus Parties CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, GUN OWNERS FOUNDATION, GUN OWNERS OF AMERICA, INC., GUN OWNERS OF CALIFORNIA, Hawaii Rifle Association, SECOND AMENDMENT FOUNDATION, SECOND AMENDMENT LAW CENTER, INC. (Hochberg, Lloyd) (Entered: 07/10/2023) |
| 07/11/2023 | 34 | MOTION for Pro Hac Vice *(Matthew Larosiere, Esq.)* Filing fee $ 300, receipt number AHIDC-2864266.Donald L. Wilkerson appearing for Amicus SECOND AMENDMENT FOUNDATION (Wilkerson, Donald) Modified on 7/12/2023 (eta). (Entered: 07/11/2023) |
| 07/11/2023 | 35 | FIRST STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT - Signed by JUDGE LESLIE E. KOBAYASHI.<br><br>    The Attorney General's deadline to file an answer or other responsive pleading to Plaintiffs' Complaint shall be:<br>    1. September 15, 2023; or |

| | | |
|---|---|---|
| | | 2. 10 days following the date on which the Court grants or denies Plaintiffs' Motion for a Preliminary Injunction, whichever occurs later.<br><br>(eta) (Entered: 07/11/2023) |
| 07/11/2023 | 36 | EO: The Declarations of Counsel submitted in support of 32 33 California Rifle & Pistol Association, Incorporated, Gun Owners of California, Second Amendment Law Center, Inc., Gun Owners of America, Inc., Gun Owners Foundation, Second Amendment Foundation, Hawaii Rifle Association's Motions to Appear Pro Hac Vice do not contain complete information in Paragraph 7 regarding counsel's request to waive CM/ECF training. No later than 7/14/2023, counsel shall file amended declarations.<br><br>(MAGISTRATE JUDGE WES REBER PORTER)<br>(jo) (Entered: 07/11/2023) |
| 07/12/2023 | 37 | EO: REGARDING: 7 First MOTION for Temporary Restraining Order *; due to a conflict with the Court's schedule and by agreement of the parties; Motion Hearing is reset from 7/31/2023 to **7/28/2023 at 10:30 AM** by Video Conference Hearing before JUDGE LESLIE E. KOBAYASHI.*<br><br>*(JUDGE LESLIE E. KOBAYASHI)(afe) (Entered: 07/12/2023)* |
| 07/12/2023 | 38 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO MATTHEW LAROSIERE, ESQ. re 34 - Signed by MAGISTRATE JUDGE WES REBER PORTER on 7/12/2023. (eta) (Entered: 07/12/2023) |
| 07/13/2023 | 39 | ~~AMENDED DOCUMENT~~ *(Amended Declaration of Counsel for C.D. Michel to 32 MOTION for Pro Hac Vice C. D. Michel)* by CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, GUN OWNERS FOUNDATION, GUN OWNERS OF AMERICA, INC., GUN OWNERS OF CALIFORNIA, Hawaii Rifle Association, SECOND AMENDMENT LAW CENTER, INC. Filing fee $ 300, receipt number AHIDC-2863631. *AMENDED DECLARATION OF COUNSEL FOR ADMISSION PRO HAC VICE FOR C.D. MICHEL*. (Michel, Carl) Modified on 7/14/2023 (eta). (Entered: 07/13/2023) |
| 07/13/2023 | 40 | ~~AMENDED DOCUMENT~~ *(Amended Declaration of Counsel for Konstadinos T. Moros to re 33 MOTION for Pro Hac Vice Konstadinos T. Moros)* by CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, GUN OWNERS FOUNDATION, GUN OWNERS OF AMERICA, INC., GUN OWNERS OF CALIFORNIA, Hawaii Rifle Association, SECOND AMENDMENT LAW CENTER, INC.. . (Michel, Carl) Modified on 7/14/2023 (eta). (Entered: 07/13/2023) |
| 07/13/2023 | 41 | *Amicus* Brief *of the Second Amendment Foundation in Support of 7 Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction* . (Wilkerson, Donald) Modified on 7/14/2023 (eta). (Entered: 07/13/2023) |
| 07/14/2023 | 42 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO C. D. MICHEL, ESQ. re 32 - Signed by MAGISTRATE JUDGE WES REBER PORTER on 7/14/2023. (eta) (Entered: 07/14/2023) |
| 07/14/2023 | 43 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO KONSTADINOS T. MOROS, ESQ. re 33 - Signed by MAGISTRATE JUDGE WES REBER PORTER on 7/14/2023. (eta) (Entered: 07/14/2023) |
| 07/14/2023 | 44 | MOTION for Pro Hac Vice *of Neal Katyal* Filing fee $ 300, receipt number AHIDC-2866131.Kaliko'onalani D. Fernandes appearing for Defendant Anne E. Lopez (Fernandes, Kaliko'onalani) (Entered: 07/14/2023) |

| | | |
|---|---|---|
| 07/14/2023 | 45 | MOTION for Pro Hac Vice *for Dana A. Raphael* Filing fee $ 300, receipt number AHIDC-2866141.Kaliko'onalani D. Fernandes appearing for Defendant Anne E. Lopez (Fernandes, Kaliko'onalani) (Entered: 07/14/2023) |
| 07/14/2023 | 46 | ~~Application~~ MOTION *for Pro Hac Vice of Rupa Bhattacharyya*. (Fernandes, Kaliko'onalani) Modified on 7/14/2023 (eta). (Entered: 07/14/2023) |
| 07/14/2023 | 47 | ~~Application~~ MOTION *for Pro Hac Vice of Ben Gifford*. (Fernandes, Kaliko'onalani) Modified on 7/14/2023 (eta). (Entered: 07/14/2023) |
| 07/14/2023 | 48 | ~~Application~~ MOTION *for Pro Hac Vice of Mary B. McCord*. (Fernandes, Kaliko'onalani) Modified on 7/14/2023 (eta). (Entered: 07/14/2023) |
| 07/14/2023 | 49 | Filing fee: $ 300, receipt number (Pay.gov Tracking ID): 276K9QJ2 re 46 MOTION for Pro Hac Vice of Rupa Bhattacharyya (eta) (Entered: 07/14/2023) |
| 07/14/2023 | 50 | Filing fee: $ 300, receipt number (Pay.gov Tracking ID): 276K9QGE re 47 MOTION for Pro Hac Vice of Ben Gifford (eta) (Entered: 07/14/2023) |
| 07/14/2023 | 51 | Filing fee: $ 300, receipt number (Pay.gov Tracking ID): 276K9QID re 48 MOTION for Pro Hac Vice of Mary B. McCord (eta) (Entered: 07/14/2023) |
| 07/14/2023 | 52 | Brief of *Amicus Curiae* City and County of Honolulu in Opposition to 7 Plaintiff's MOTION for Temporary Restraining Order *AND Preliminary Injunction* . (Gluck, Daniel) Modified on 7/17/2023 to add City and County of Honolulu as "Amicus Curiae", docket text modified (eta). (Entered: 07/14/2023) |
| 07/14/2023 | 53 | *Amicus* Brief of *Gun Owners of America, Inc., Second Amendment Law Center, Hawaii Rifle Association, California Rifle & Pistol Association, Incorporated, Gun Owners of California, and Gun Owners Foundation* in Support of 7 Plaintiffs' MOTION for Temporary Restraining Order *AND Preliminary Injunction* . (Michel, Carl) Docket text modified on 7/17/2023 (eta). (Entered: 07/14/2023) |
| 07/14/2023 | 54 | ~~MEMORANDUM~~ *Amicus Curiae Brief of National Association for Gun Rights* re 7 Plaintiffs' MOTION for Temporary Restraining Order *AND Preliminary Injunction* filed by National Association for Gun Rights. (Victor, Marc) Docket text modified on 7/17/2023 (eta). (Entered: 07/14/2023) |
| 07/14/2023 | 55 | MEMORANDUM in Opposition 7 to Plaintiffs' MOTION for Temporary Restraining Order *AND Preliminary Injunction* filed by Anne E. Lopez. (Attachments: # 1 Declaration of Nicholas M. McLean, # 2 Declaration of Saul Cornell, # 3 Exhibit 1 (Cornell), # 4 Declaration of Dr. Brennan Gardner Rivas, # 5 Exhibit A (Rivas), # 6 Exhibit B (Rivas), # 7 Exhibit C (Rivas), # 8 Exhibit D (Rivas), # 9 Exhibit E (Rivas), # 10 Exhibit F (Rivas), # 11 Exhibit G (Rivas), # 12 Exhibit H (Rivas), # 13 Exhibit I (Rivas), # 14 Exhibit J (Rivas), # 15 Exhibit K (Rivas), # 16 Exhibit L (Rivas), # 17 Exhibit M (Rivas), # 18 Exhibit N (Rivas), # 19 Exhibit O (Rivas), # 20 Exhibit P (Rivas), # 21 Exhibit Q (Rivas), # 22 Exhibit R (Rivas), # 23 Exhibit S (Rivas), # 24 Exhibit T (Rivas), # 25 Exhibit U (Rivas), # 26 Exhibit V (Rivas), # 27 Exhibit W (Rivas), # 28 Exhibit X (Rivas), # 29 Exhibit Y (Rivas), # 30 Declaration of Terence Young, # 31 Exhibit 1 (Young), # 32 Declaration of Patrick McCall, # 33 Declaration Laura H. Thielen, # 34 Exhibit 1 (McLean), # 35 Exhibit 2 (McLean), # 36 Exhibit 3 (McLean), # 37 Exhibit 4 (McLean), # 38 Exhibit 5 (McLean), # 39 Exhibit 6 (McLean), # 40 Exhibit 7 (McLean), # 41 Exhibit 8 (McLean), # 42 Exhibit 9 (McLean), # 43 Exhibit 10 (McLean), # 44 Exhibit 11 (McLean), # 45 Exhibit 12 (McLean), # 46 Exhibit 13 (McLean), # 47 Exhibit 14 (McLean), # 48 Exhibit 15 (McLean), # 49 Exhibit 16 (McLean), # 50 Exhibit 17 (McLean), # 51 Exhibit 18 (McLean), # 52 Exhibit 19 (McLean), # 53 Exhibit 20 (McLean), # 54 Exhibit 21 (McLean), # 55 Exhibit 22 (McLean), # 56 Exhibit 23 (McLean), # 57 Exhibit 24 (McLean), # 58 Exhibit 25 (McLean), # 59 Exhibit 26 (McLean), # 60 Exhibit 27 (McLean), # 61 Exhibit 28 (McLean), # 62 Exhibit 29 (McLean), # 63 Exhibit 30 |

|  |  |  |
|---|---|---|
|  |  | (McLean), # 64 Exhibit 31 (McLean), # 65 Exhibit 32 (McLean), # 66 Exhibit 33 (McLean), # 67 Exhibit 34 (McLean), # 68 Exhibit 35 (McLean), # 69 Exhibit 36 (McLean), # 70 Exhibit 37 (McLean), # 71 Exhibit 38 (McLean), # 72 Exhibit 39 (McLean), # 73 Exhibit 40 (McLean), # 74 Exhibit 41 (McLean), # 75 Exhibit 42 (McLean), # 76 Exhibit 43 (McLean), # 77 Exhibit 44 (McLean), # 78 Exhibit 45 (McLean), # 79 Certificate of Service)(McLean, Nicholas) Modified on 7/17/2023 (eta). (Entered: 07/14/2023) |
| 07/17/2023 | 56 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO NEAL KUMAR KATYAL, ESQ. re 44 - Signed by MAGISTRATE JUDGE WES REBER PORTER on 7/17/2023. (eta) (Entered: 07/17/2023) |
| 07/17/2023 | 57 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO DANA A. RAPHAEL, ESQ. re 45 - Signed by MAGISTRATE JUDGE WES REBER PORTER on 7/17/2023. (eta) (Entered: 07/17/2023) |
| 07/17/2023 | 58 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO RUPA BHATTACHARYYA, ESQ. re 46 - Signed by MAGISTRATE JUDGE WES REBER PORTER on 7/17/2023. (eta) (Entered: 07/17/2023) |
| 07/17/2023 | 59 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO BEN GIFFORD, ESQ. re 47 - Signed by MAGISTRATE JUDGE WES REBER PORTER on 7/17/2023. (eta) (Entered: 07/17/2023) |
| 07/17/2023 | 60 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO MARY B. MCCORD, ESQ. re 48 - Signed by MAGISTRATE JUDGE WES REBER PORTER on 7/17/2023. (eta) (Entered: 07/17/2023) |
| 07/21/2023 | 61 | REPLY to Response to Motion re 7 First MOTION for Temporary Restraining Order *AND Preliminary Injunction* filed by Alison Wolford, Jason Wolford. (Attachments: # 1 Exhibit 1: *Declarations of Clayton Cramer*, # 2 Exhibit 2: *Map of Maui County*, # 3 Exhibit 3: *Declaration of Maui Businesses*, # 4 Exhibit 4: *Declaration of Maui Restaurants*, # 5 Exhibit 5: *Supplemental Declaration of Plaintiffs*, # 6 Certificate of Service)(Beck, Alan) Docket text modified (to label/describe exhibits) on 7/24/2023 (eta). (Entered: 07/21/2023) |
| 07/28/2023 | 62 | EP: 7 Plaintiffs Motion for Temporary Restraining Order held by video teleconference ("VTC").

Counsel for Plaintiffs: Alan Beck, Kevin OGrady presentby VTC.Counsel for Defense: Ben Gifford, Kaliko Fernandes, Nicholas McLean, Mary McCord, Dana Raphael present by VTC.

Arguments presented by: Alan Beck and Ben Gifford.

Matter is taken under advisement; Court to issue order.

(Reporter-Debra Read)
(JUDGE LESLIE E. KOBAYASHI)(afe) (Entered: 07/28/2023) |
| 08/01/2023 | 64 | EO: For good cause shown, the Court GRANTS the parties' request to continue the Telephonic Rule 16 Scheduling Conference. The Telephonic Rule 16 Scheduling Conference is **CONTINUED** from 8/21/2023 **to 10/17/2023 at 8:30 a.m.** before MAGISTRATE JUDGE WES REBER PORTER via Zoom: Dial in number: 1-833-568-8864; Meeting ID: 161 0084 2470.

(MAGISTRATE JUDGE WES REBER PORTER)
(jo) (Entered: 08/01/2023) |

| Date | # | Description |
|---|---|---|
| 08/07/2023 | 65 | NOTICE *of Supplemental Authority* by Hawaii Firearms Coalition, Atom Kasprzycki, Alison Wolford, Jason Wolford . (Attachments: # 1 Exhibit Teter ruling)(O'Grady, Kevin) Modified on 8/8/2023 (eta). (Entered: 08/07/2023) |
| 08/08/2023 | 66 | ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION re 7 - Signed by JUDGE LESLIE E. KOBAYASHI on 8/8/2023.<br><br>For the foregoing reasons, Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, filed June 23, 2023, is HEREBY GRANTED IN PART AND DENIED IN PART. The TRO Motion is GRANTED to the extent that the following provisions are enjoined:<br><br>- the portions of § 134-A(a)(1) that prohibit carrying firearms in parking areas owned, leased, or used by the State or a county which share the parking area with non-governmental entities, are not reserved for State or county employees, or do not exclusively serve the State or county building;<br><br>- the entirety of §§ 134-A(a)(4) and (a)(12);<br><br>- the portions of § 134-A(a)(9) prohibiting the carrying of firearms in beaches, parks, and their adjacent parking areas; and<br><br>- the portion of § 134-E that prohibits carrying firearms on private properties held open to the public.<br><br>The TRO Motion is DENIED in all other respects.<br><br>(eta) (Entered: 08/08/2023) |
| 08/11/2023 | 67 | MOTION for Stay *Pending Appeal and, In the Alternative, Temporary Administrative Stay* re 66 Order on Motion for TRO Benjamin Adam Gifford appearing for Defendant Anne E. Lopez (Attachments: # 1 Memorandum in support, # 2 Certificate of Service )(Gifford, Benjamin) Modified on 8/14/2023 (eta). (Entered: 08/11/2023) |
| 08/14/2023 | 68 | NOTICE OF APPEAL as to 66 Order on Motion for TRO, by Anne E. Lopez. Filing fee $ 505, receipt number AHIDC-2880033. USCA No. 23-16094. (Attachments: # 1 Representation Statement, # 2 Certificate of Service)(McLean, Nicholas) Modified on 8/15/2023 (eta). (Entered: 08/14/2023) |
| 08/15/2023 | 69 | USCA Case Number 23-16094 for 68 Notice of Appeal filed by Anne E. Lopez. (eta) (Entered: 08/15/2023) |
| 08/15/2023 | 70 | ORDER of USCA as to 68 Notice of Appeal, filed by Anne E. Lopez, USCA No. 23-16094. (eta) (Entered: 08/15/2023) |
| 08/15/2023 | 71 | **Attorney Appeal Packet** re 68 Notice of Appeal filed by Anne E. Lopez, USCA No. 23-16094. (Attachments: # 1 Notice of Appeal, # 2 Instructions for Civil Appeals, # 3 Additional Instructions for Transcript Designation and Ordering Form, # 4 Letter Re Court Reporters, # 5 Transcript Designation and Ordering Form, # 6 Docket Sheet)(eta) (Entered: 08/15/2023) |
| 08/16/2023 | 72 | EO: Defendant Anne E. Lopez's MOTION 67 for Stay Pending Appeal and in the Alternative, Temporary Administrative Stay re 66 Order on Motion for TRO will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.<br><br>Memorandum in Opposition is due: 8/25/2023.<br>Reply Memorandum is due: 9/1/2023. |

| | | |
|---|---|---|
| | | Defendant Anne E. Lopez's MOTION 67 for Stay Pending Appeal and in the Alternative, Temporary Administrative Stay re 66 Order on Motion for TRO will be taken under submission thereafter. Court to issue Order.<br><br>(JUDGE LESLIE E. KOBAYASHI)(afe) (Entered: 08/16/2023) |
| 08/17/2023 | 73 | ORDER of USCA as to 68 Notice of Appeal, filed by Anne E. Lopez, USCA No. 23-16094: This court will take no action on appellant's emergency motion at this time, as the stay motion, filed on August 11, 2023, is pending before the district court. This denial is without prejudice to renewing the motion once the district court decides the stay motion or if the district court does not decide the motion by September 1, 2023. (eta) (Entered: 08/18/2023) |
| 08/21/2023 | 74 | TRANSCRIPT of STATUS CONFERENCE ON FIRST MOTION FOR TRO and PRELIM. INJUNCTION Proceedings held on 06/28/2023, before Judge Leslie E. Kobayashi. Court Reporter - Debi Read, Telephone number - 808-541-2062,Email Address - readit3949@gmail.com. PP. - 14 **90-Day Transcript Restriction:** PACER access to filed transcripts is restricted for 90 days from the file date to permit redaction of personal identifiers. Citations to restricted transcripts in filed documents must be limited to those portions of the proceedings that are relevant and in need of judicial review. Attaching restricted transcripts, in their entirety, to filed documents should be limited to situations with specific need. Transcript may be viewed at the court public terminal or ordered through the Court Reporter before the deadline for Release of Transcript. Redaction Request due 9/8/2023. Redacted Transcript Deadline set for 9/18/2023. Release of Transcript Restriction set for 11/16/2023. (Read, Debra) (Entered: 08/21/2023) |
| 08/21/2023 | 75 | TRANSCRIPT of STATUS CONFERENCE Proceedings held on 07/03/2023, before Judge Leslie E. Kobayashi. Court Reporter - Debi Read, Telephone number - 808-541-2062,Email Address - readit3949@gmail.com. PP. - 10 **90-Day Transcript Restriction:** PACER access to filed transcripts is restricted for 90 days from the file date to permit redaction of personal identifiers. Citations to restricted transcripts in filed documents must be limited to those portions of the proceedings that are relevant and in need of judicial review. Attaching restricted transcripts, in their entirety, to filed documents should be limited to situations with specific need. Transcript may be viewed at the court public terminal or ordered through the Court Reporter before the deadline for Release of Transcript. Redaction Request due 9/8/2023. Redacted Transcript Deadline set for 9/18/2023. Release of Transcript Restriction set for 11/16/2023. (Read, Debra) (Entered: 08/21/2023) |
| 08/21/2023 | 76 | TRANSCRIPT of PLFS' MOTION FOR TRO and PRELIM INJUNCTION Proceedings held on 07/28/2023, before Judge Leslie E. Kobayashi. Court Reporter - Debi Read, Telephone number - 808-541-2062,Email Address - readit3949@gmail.com. PP. - 39 **90-Day Transcript Restriction:** PACER access to filed transcripts is restricted for 90 days from the file date to permit redaction of personal identifiers. Citations to restricted transcripts in filed documents must be limited to those portions of the proceedings that are relevant and in need of judicial review. Attaching restricted transcripts, in their entirety, to filed documents should be limited to situations with specific need. Transcript may be viewed at the court public terminal or ordered through the Court Reporter before the deadline for Release of Transcript. Redaction Request due 9/8/2023. Redacted Transcript Deadline set for 9/18/2023. Release of Transcript Restriction set for 11/16/2023. (Read, Debra) (Entered: 08/21/2023) |
| 08/22/2023 | 77 | EO: COURT ORDER DIRECTING THE PARTIES TO: MEET AND CONFER REGARDING A PROPOSED BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; AND SUBMIT THEIR PROPOSED SCHEDULE |

| | | |
|---|---|---|
| | | On June 23, 2023, Plaintiffs Jason Wolford, Alison Wolford, Atom Kasprzycki, and Hawaii Firearms Coalition (collectively "Plaintiffs") filed their Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"). [Dkt. no. 7 .] On August 8, 2023, the Court issued an order ruling on the portion of the Motion requesting a temporary restraining order. See Order Granting in Part and Denying in Part Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, filed 8/8/23 (dkt. no. 66 ) ("8/8 Order"). The 8/8 Order only addressed Plaintiffs request for a temporary restraining order and stated that "Plaintiffs' request for a preliminary injunction will be subsequently and separately briefed, heard, and ruled on." [8/8 Order at 2 n.2.]<br><br>Accordingly, Plaintiffs and Defendant Anne E. Lopez, in her official capacity as the Attorney General of the State of Hawai'i ("Defendant"), are DIRECTED: to meet and confer regarding a proposed briefing schedule and hearing date for the portion of the Motion requesting a preliminary injunction; and to submit their proposed schedule by **September 7, 2023**. If the parties are unable to agree upon a proposed schedule, Plaintiffs and Defendant may submit separate proposals.<br><br>(JUDGE LESLIE E. KOBAYASHI)(afe) (Entered: 08/22/2023) |
| 08/25/2023 | 78 | RESPONSE in Opposition re 67 MOTION for Stay, *Pending Appeal and, In the Alternative, Temporary Administrative Stay* re 66 Order on Motion for TRO filed by Alison Wolford, Jason Wolford. (Attachments: # 1 Certificate of Service)(Beck, Alan) (Entered: 08/25/2023) |
| 09/01/2023 | 79 | REPLY MEMORANDUM in Support of 67 MOTION for Stay, *Pending Appeal and, In the Alternative, Temporary Administrative Stay* re 66 Order on Motion for TRO filed by Anne E. Lopez. (Attachments: # 1 Certificate of Compliance with Word Limitations, # 2 Certificate of Service Certificate of service)(Gifford, Benjamin) Modified on 9/5/2023 (eta). (Entered: 09/01/2023) |
| 09/06/2023 | 80 | JOINT STIPULATION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION AND TO STAY FURTHER PROCEEDINGS IN THE DISTRICT COURT PENDING APPEAL re 7 , 66 , 67 - Signed by JUDGE LESLIE E. KOBAYASHI on 9/6/2023. (eta) Modified on 9/6/2023 (eta). (Entered: 09/06/2023) |
| 09/07/2023 | 81 | **NOTICE OF APPEAL** by Anne E. Lopez; USCA No. 23-16164. Filing fee $ 505, receipt number AHIDC-2890764. (Attachments: # 1 Representation Statement, # 2 Certificate of Service)(Gifford, Benjamin) Modified on 9/8/2023 (jni) (Entered: 09/07/2023) |
| 09/07/2023 | 82 | ORDER of USCA as to 68 Notice of Appeal, filed by Anne E. Lopez; USCA No. 23-16094:<br><br>The motion filed by the appellant on September 7, 2023 for voluntary dismissal of this appeal is granted. This appeal is dismissed. See Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.<br><br>This order shall constitute the mandate.<br><br>(jni) (Entered: 09/08/2023) |
| 09/08/2023 | 83 | USCA Case Number 23-16164 for 81 Notice of Appeal, filed by Anne E. Lopez. (jni) (Additional attachment(s) added on 9/8/2023: # 1 Notice to All Parties and Counsel, # 2 Mediation Letter, # 3 Mediation Questionnaire) (jni). (Entered: 09/08/2023) |

**PACER Service Center**

| **Transaction Receipt** | | | |
|---|---|---|---|
| 09/08/2023 08:08:43 | | | |
| **PACER Login:** | clerkshi | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-00265-LEK-WRP |
| **Billable Pages:** | 14 | **Cost:** | 1.40 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |